# EXHIBIT 7



**Republic of Iraq**
**Communications and Media Commission**
**Director General's Office**

جمهورية العراق
هيئة الإعلام والاتصالات
كؤميسيؤني راكَه ياندن وكَه ياندن
السيد مكتب المدير العام
بالتاريخ

No.: 96420
Date: 10/12/2013 to/Korek Telecom Ltd.

### Subject/Inquiry and explanation on the partnership

Greetings,

In reference to the letter of your company No. (11-50) dated 13/3/2011,

And in reference to the letter of our Commission No. 2713 dated 29/5/2011,

And in reference to both letters of your company, the first under No. (11-95) dated 5/6/2011, and the second under No. (116-011) dated 9/8/2011,

After over 2 years of the partnership between you and France Telecom and our investigation into the technical and financial position of your company, we would like to inform you of the following:

1.      The approval of the Communications and Media Commission to the partnership between your company (licensee) and the French company France Telecom, is conditional upon a number of requirements and obligations that must be fulfilled, particularly:

-      Providing the best services in the communications field throughout Iraq.

-      Making use of the French company France Telecom's technologies in terms of establishing investment, technical, financial and commercial plans, and hiring the experienced individuals as necessary to allow development of the communications sector in Iraq.

-      Providing intensive and necessary technical support by France Telecom to improve the quality, extent and coverage of services throughout Iraq.

-      Securing the required funding to enable KOREK to meet its financial obligations, extend and develop its services and network, increase its client base and perform its investment obligations.

-      Complying with the terms of the licensing contract, particularly listing the company shares on the Iraq Stock Exchange.

2.      As of this date, the Commission could not verify that you met the above requirements, which deprives the said partnership of its main goal and enables a foreign company to exploit the resources of the telecom sector in Iraq without any positive returns by the foreign company for the sector.

Thus, and in line with the role of our Commission to sponsor, supervise and maintain the communications sector being an essential component of national wealth, and based upon the authorities granted to us by Order No. 65 of 2004, we kindly request your company, within a period no later than one week from the date of this letter, to provide us with the reasons for the failure to meet the conditions mentioned above upon which the partnership was based, in order to take the necessary steps to allow us to maintain the communications sector in Iraq.

With appreciation,

[Signature]

Dr. Safa Aldin Rabee

Acting Director General

Director General of the Commission

[Seal of the Communications and Media Commission, Outgoing, Administrative Department]

Copy to:

-      Board of Commissioners Office, for your kind information.

-      Communications Regulation Department/ for your kind information.

-      Outgoing file/for filing.

Email: enquiries@cmc.iq                          Al Masbah/Babel Quarter
P.O.Box 2044 Jadreiah Baghdad-Iraq              Baghdad - Iraq
Fax:00964(1)7195839                              Tel.: +964(1)7180009
Websiter:www.cmc.iq

**1**

**C-026**



هيئة الإعلام والإتصالات

كۆمیسیۆنی راگه یاندن وگه یاندن

Communications and Media Commission

No.: 2713
Date: 29/5/2011

To/Korek Telecom Company

Subject/Approval

Greetings,

Based on your letter no. (11-05) dated 13/3/2011; in execution of the decision by the Board of Commissioners No. 16 dated 19/5/2011; based upon the approval of the Ministry of Finance/General Commission for Taxes in their letter No. (61S/959) dated 24/5/2011; for the purpose of developing investment in order to provide the best services in the field of telecommunications throughout Iraq; based upon the authorities granted to us as per Order No. 65 of 2004; and in application of the provisions of Article 24, paragraph b, of the licensing contract with Korek company, we have decided the following:
The Commission approved the partnership between Korek Telecom Ltd. (Licensee) with the French company France Telecom, according to the following conditions:

1. Payment of the dues of the first instalment being USD 125,000,000 (only one hundred twenty five million US Dollars) with their legal interest being USD 37,500,000 (only thirty seven million and five hundred thousand US Dollars) upon signature of the partnership contract. Otherwise the Commission will apply the provisions of Section 9(I) of Order No. 65 of 2004 (Commission's law in effect) without notice or court judgment.

2. Commitment to pay the remaining due instalments according to the schedule specified in Cabinet resolution No. 89 of 2010.

3. Commitment to all the conditions and legal, financial and technical obligations indicated in the licensing contract including the provision of Article 24 in regards to listing the shares on the Iraq Stock Exchange.

4. Commitment to all the applicable laws of the Republic of Iraq including the provisions of Order No. 65 of 2004 or any law replacing it.

| | |
|---|---|
| **Email:enquiries@cmc.iq** | |
| **Website:http://www.cmc.iq** | Al Masbah/Babel Quarter |
| **P.O.Box 2044 Jadreiah Baghdad - Iraq** | Baghdad - Iraq |
| **Fax: 00964(1)7195839** | Tel.: +964(1)7180009 |

**2**

**C-026**



هيئة الإعلام والإتصالات
كۆميسيۆنى راگه ياندن وگه ياندن
Communications and Media Commission

5.  Providing the Commission with the technical, financial and commercial plans upon signature of the partnership contract.

Our approval shall be considered valid from the date of receiving your letter approving the abovementioned.

With appreciation,

[Signature]
Dr. Borhan Shawi
Director General
Director General of the Commission

[Seal of the Communications and Media Commission, Outgoing]

**Copy to:**
-  Office of Prime Minister/For your kind information, with appreciation...
-  Parliament/Labour and Services Commission/ For your kind information, with appreciation...
-  Parliament/Legal Commission/ For your kind information, with appreciation...
-  Federal Board of Supreme Audit/Board President Office/ For your kind information, with appreciation...
-  Ministry of Finance/General Commission for Taxes/ For your kind information, with appreciation...
Ministry of Trade/Companies Registrar/ To take the necessary procedures and inform us of the partnership contract, with appreciation...
-  Ministry of Industry and Minerals/Trademarks Department/ For your kind information and to take the necessary procedures, with appreciation...
-  Director General Office
-  Board of Commissioners' Office
-  Financial Department
-  Legal Department
-  Frequencies Department
-  Audit
-  Outgoing file

| | |
|---|---|
| **Email:enquiries@cmc iq** | |
| **Website:http://www.cmc.iq** | Al Masbah/Babel Quarter |
| **P.O.Box 2044 Jadreiah Baghdad - Iraq** | Baghdad - Iraq |
| **Fax: 00964(1)7195839** | Tel.: +964(1)7180009 |

**3**

**C-026**





Head Office

No.: 95-11
Date: 5/6/2011

### To/Communications and Media Commission

<div align="center">Subject/ Approval</div>

Greetings,

In reference to the letter of your esteemed Commission under No. 2713 dated 29/5/2011, our company declares consent of the conditions indicated in your letter above, as our company would like to support and promote investment, develop the communications field and provide the best services to the citizens.
For your kind information... With appreciation..

[Signature]
Sirwan Saber Mustafa
Chairman of the Board of Directors



[Incoming No. 2294, dated 14/6/2011]

**Copy to**:
- Office of Prime Minister/For your kind information, with appreciation...
- Parliament/Labour and Services Commission/ For your kind information, with appreciation...
- Parliament/Legal Commission/ For your kind information, with appreciation...
- Federal Board of Supreme Audit/Board President Office/ For your kind information, with appreciation...
- Ministry of Finance/General Commission for Taxes/ For your kind information, with appreciation...
- Ministry of Trade/Companies Registrar/ For your kind information, with appreciation...
- Ministry of Industry and Minerals/Trademarks Department/ For your kind information, with appreciation...

Korek Telecom Co.
45 Kurdistan Str.
Salahideen, Erbil-IRAQ                              www.korektel.com
                                                    Mail: info@koraklet.com
        Tel: (066) 2423406        Mob: (0750) 4450022        Fax: +964 750 4460022

**C-026**



Office of the Chairman

مكتب رئيس مجلس الادارة

No.: 116-011
Dated: 9/8/2011

To: Communications and Media Commission
Subject: Settlement of dues

Greetings,

In reference to your letter No. 2713 dated 29/5/2011 in regards to the partnership contract between Korek Telecom and France Telecom, we would like to inform you that the final partnership contract was signed between both companies.

In execution of clause 1 of your letter mentioned above, we would like to inform you that we transferred to your bank account an amount of USD 162,500,000 (one hundred sixty two million five hundred thousand US Dollars) including the following:

USD 125,000,000 (only one hundred twenty five million US Dollars) from the dues of the second instalment, the first payment of the license amount with the legal interest incurred thereto being USD 37,500,000 (only thirty seven million and five hundred thousand US Dollars). We kindly ask you to confirm receipt thereof.

And we would like to confirm our commitment to all the terms of the license contract.

With best regards,

Korek-Building                    Tel: (066) 2423406
45 Kurdistan Str. Salahideen      Mob: (0750) 4450022
Erbil-IRAQ                        Fax: +964 750 4460022        www.korektel.com
                                                              Mail: info@koraklet.com



Office of the Chairman

مكتب رئيس مجلس الادارة

Enclosures: Notification of depositing the amount for the Commission

[Signature]
Sirwan Saber Mustafa
Chairman of the Board of Directors


Copy to:
- Office of Prime Minister/For your kind information, with appreciation...
- Parliament/Labour and Services Commission/ For your kind information, with appreciation...
- Parliament/Legal Commission/ For your kind information, with appreciation...
- Federal Board of Supreme Audit/Board President Office/ For your kind information, with appreciation...
- Ministry of Finance/General Commission for Taxes/ For your kind information, with appreciation...
- Ministry of Trade/Companies Registrar/ For your kind information, with appreciation...
- Ministry of Industry and Minerals/Trademarks Department/ For your kind information, with appreciation...
- Director General Office
- Board of Commissioners Office
- Financial Department
- Legal Department
- Frequencies Department
- Audit

Korek-Building
45 Kurdistan Str. Salahideen
Erbil-IRAQ

Tel: (066) 2423406
Mob: (0750) 4450022
Fax: +964 750 4460022

www.korektel.com
Mail: info@koraklet.com

  

Head Office

No.: 11-50
Date: 13/3/2011

Dr. Borhan Shawi
Director General of the Communications and Media Commission
Baghdad - Iraq

Subject: Request for approval to transfer the shares of Korek Telecom company in order to ensure a strategic investment through the contribution of France Telecom (Orange) company

Greetings,

On behalf of Korek Telecom company, I would like to write to you requesting your approval to the agreement indicated below, which Korek company is seeking to implement, noting that it strongly supports the policy of Iraq to attract foreign investment, and complies with the requirements of the Commission and the terms of the license granted to us.

I would like to confirm, as a result of extensive negotiations from France Telecom and Agility, that it declared its intention to mainly invest in Korek Telecom company.

This important investment will benefit Iraq, with a value exceeding USD 800 million, to support the policy of the Iraqi government in this respect. The mentioned investment will be spent to develop the services and network of Korek Telecom company in Iraq and will also support the desire of Korek company to carry out its financial and investment obligations arising from the provisions of the license granted thereto by the esteemed Commission.

As part of this process, France Telecom (Orange) and Agility will provide extensive and necessary technical support to improve the quality, extent and coverage of services throughout Iraq.

Each of France Telecom and Agility are committed, upon completion of this agreement, to transfer an amount of USD 125 million to the account of the Commission on behalf of Korek company for the instalment which the company had to pay by the end of 2010.


[Signature]
[seal:] Communications and Media Commission, confidential, Incoming No. 26, 14/3/[illegible] [illegible handwriting]
[Seal: Korek: Head Office]

As mentioned during the meeting held between the Commission and France Telecom last 16 January, Korek company will, after a few weeks from completion of the agreement, present its practical program for full service coverage.

As a condition to carry out this investment, the full ownership (100%) of the current shareholding in Korek will be transferred to a holding company to be established in Dubai International Financial Centre into which France Telecom/Agility will make their investment.

Capital increase leads France Telecom/Agility to indirectly obtain 44% of Korek shares and the Iraqi shareholders will keep in Korek capital 56% of the other company shares and Korek Telecom will notify the Commission on a regular basis of the accurate proportions of the holding company shares.

We would also like to confirm that transfer of the shares mentioned above will not affect the management of Korek company in Iraq, which will completely remain in Iraq subject to the provisions of the license signed with you, and thus subject to the instructions of the esteemed Commission.

In light of the foregoing, we kindly ask you to approve the transfer of Korek Telecom's shares outside Iraq and the investment by each of France Telecom (Orange) and Agility in Korek company according to the provisions of Chapter H/24 of the license.

With best regards,

[Signature]
Sirwan Saber Mustafa
Chairman of the Board of Directors

[Seal of Korek, Head Office]


Copy to:

:                 Eli Girard, Senior Executive Vice President, France Telecom Group السيد   –

                  Tanek Sultan, Chairman, Agility Group السيد   –

Korek Telecom Co.
45 Kurdistan Str.                                              www.korektel.com
Salahideen, Erbil-IRAQ                                         Mail: info@koraklet.com
        Tel: (066) 2423406          Mob: (0750) 4450022        Fax: +964 750 4460022

C-026

**C-026**



| | |
|---|---|
| **Republic of Iraq** | جمهورية العراق |
| **Communications and Media Commission** | هيئة الإعلام والاتصالات |
| | كؤميسيوني راگه ياندن وگه باندن |
| **Director General's Office** | العدد **مكتب المدير العام** |
| | التاريخ: |

العدد :- ٩/٢٢/١
التاريخ: ١٤/١٠/٠٦ الى / شركة كورك تيليكوم المحدودة....

**م/ إستفسار وتوضيح حول مبدأ الشراكة**

**تحيّة طيّبة وبعد،**

بالإشارة الى كتاب شركتكم المرقم (١١-٥٠) تاريخ (٢٠١١/٣/١٣)،
وبالإشارة الى كتاب هيئتنا المرقم (٢٧١٣) تاريخ (٢٠١١/٥/٢٩)،
وبالإشارة الى كتابي شركتكم، الأول المرقم (١١-٩٥) تاريخ (٢٠١١/٦/٥) والثاني المرقم (١١٦-٠١١) تاريخ (٢٠١١-٨-٩)،

وبعد انقضاء أكثر من سنتين على الشراكة بين شركتكم وشركة فرانس تيليكوم الفرنسية ومتابعة هيئتنا لوضع شركتكم التقني والمالي ، نفيدكم بما يلي:

١- إن موافقة هيئة الإعلام والإتصالات على مبدأ الشراكة بين شركتكم (المرخص له) وشركة فرانس تيليكوم الفرنسية، هي موافقة مشروطة ومعلقة على تحقق عدد من الشروط والإلتزامات ولا سيما:

- تقديم أفضل الخدمات في مجال الإتصالات في عموم العراق.
- الإستفادة من تقنيات شركة فرانس تيليكوم الفرنسية لجهة وضع الخطط الإستثمارية والفنية والمالية والتجارية واستقدام الخبرات اللازمة التي تتيح تطوير قطاع الإتصالات في العراق.
- تقديم شركة فرانس تيليكوم للمساعدة الفنية المكثفة واللازمة لتحسين نوعية الخدمات ومداها وشمولها لكافة أنحاء العراق.
- تأمين التمويلات اللازمة لتمكين شركة كورك من الإلتزام بتسديد المستحقات المترتبة بذمتها وتوسيع وتطوير خدماتها وشبكتها وزيادة حجم المتعاملين معها وتنفيذ إلتزاماتها الإستثمارية.
- الإلتزام ببنود عقد الترخيص ولا سيما إدراج أسهم الشركة في سوق العراق للأوراق المالية.

٢- لم يتبين لهيئتنا لغاية تاريخه تحقق الشروط المبينة أعلاه، مما يفقد بالتالي الشراكة المذكورة غايتها الأساسية ويتيح لشركة أجنبية من الإستفادة من موارد قطاع الإتصالات في العراق بدون أي وارد ايجابي من قبل الشركة الأجنبية على القطاع المذكور.

لذلك، وانطلاقا من دور هيئتنا في رعاية قطاع الإتصالات والإشراف والحفاظ عليه بوصفه عنصراً أساسياً من عناصر الثروة الوطنية واستنادا الى الصلاحيات المخولة لنا بالأمر (٦٥ لسنة ٢٠٠٤) نطلب من شركتكم ضمن مهلة أقصاها أسبوع من تاريخ هذا الكتاب تزويدنا بالأسباب التي حالت دون تحقق الشروط المبينة أعلاه التي عُلّقت الشراكة على تحققها، ليصار على ضوء ذلك الى اتخاذ الإجراءات اللازمة والكفيلة بالحفاظ على قطاع الإتصالات في العراق.

**مع التقدير....**

**د. صفاء الدين ربيع**
**المدير العام بالوكالة**
**رئيس الجهاز التنفيذي للهيئة**

نسخه منه الى:
- مكتب السادة الأمناء .. للتفضل بالإطلاع
- دائرة تنظيم الاتصالات / للتفضل بالإطلاع
- اضبارة الصادر / للحفظ

Email: enquiries@cmc.iq
P.O.Box 2044 Jadreiah Baghdad-Iraq
Fax:00964(1)7195839
Website:www.cmc.iq

المسبح / حي بابل
بغداد – العراق
هاتف : ٧١٨٠٠٠٩(١)٩٦٤+



**هيئة الإعلام والإتصالات**
كۆمیسیۆنی راگه یاندن وگه یاندن
**Communications and Media Commission**

الـعـدد: ٢٤٧٦
التاريخ:٢٠١١/٥/٩

إلى / شركة كورك تيليكوم ...

<u>م/موافقة</u>

تحية طيبة،

كتابكم المرقم (١١-٥٠) في (٢٠١١/٣/١٣) وتنفيذا لقرار مجلس الأمناء رقم (١٦) في (٢٠١١/٥/١٩) واستنادا إلى موافقة وزارة المالية / الهيئة العامة للضرائب بكتابهم المرقم (٦١س /٩٥٩ في ٢٠١١/٥/٢٤ ) و لغرض تنمية الاستثمار وصولًا الى تقديم أفضل الخدمات في مجال الاتصالات في عموم العراق و استنادا إلى الصلاحيات المخولة لنا بالأمر (٦٥ لسنة ٢٠٠٤ ) و عملا بأحكام المادة (٢٤ ) الفقرة ( ب ) من عقد الترخيص مع شركة كورك قررنا ما يلي:
وافقت الهيئة على الشراكة بين شركة كورك تيليكوم المحدودة ( المرخص له ) مع شركة فرانس تيليكوم الفرنسية وفق الشروط التالية:

١ ــ تسديد مستحقات القسط الأول البالغة ( ١٢٥٠٠٠٠٠ $) فقط مائة و خمسة و عشرون مليون دولار أمريكي مع فوائدها القانونية البالغة ( ٣٧٥٠٠٠٠ $ ) فقط سبعة و ثلاثون مليون و خمسمائة الف دولار أمريكي عند توقيع عقد الشراكة. و بخلافه تطبق الهيئة أحكام القسم التاسع (طَـ) من الأمر (٦٥) لسنة ٢٠٠٤ ( قانون الهيئة النافذ ) دون إنذار أو حكم قضائي .

٢ ــ الالتزام بتسديد الأقساط المتبقية المستحقة وفق التواقيت المحددة بقرار مجلس الوزراء رقم ( ٨٩ لسنة ٢٠١٠ ) .

٣ ــ الالتزام بجميع الشروط والالتزامات القانونية والمالية والفنية الواردة في عقد الترخيص بما فيها ما ورد في البند (٢٤ ) الخاص بإدراج الأسهم في سوق العراق للأوراق المالية.

٤ ــ الالتزام بجميع قوانين جمهورية العراق النافذة بما فيها أحكام الأمر (٦٥) لسنة ٢٠٠٤ أو أي قانون يحل محله .

E-mail:enquiries@cmc.iq
Website:http://www.cmc.iq
P.O.Box 2044 Jadreiah Baghdad - Iraq
Fax: 00964(1)7195839

المسبح / حـِيّ بابل
بغداد- العراق
هاتف: 7180009(1)964+

**11**

**C-026**



هيئة الإعلام والإتصالات

كۆميسيۆنی راگه ياندن وگه ياندن

**Communications and Media Commission**

٥ ـ تزويد الهيئة بالخطط الاستثمارية الفنية و المالية و التجارية عند توقيع عقد الشراكة .

تعد موافقتنا هذه نافذة من تاريخ استلامكم كتابكم بالموافقة على ما ورد أعلاه.

مع التقدير...



دبرمتان شاوي

الـمـدير الـعـام

رئيس الجهاز التنفيذي للهيئة

نسخة منه إلى:-

ـ مكتب دولة رئيس الوزراء/للتفضل بالاطلاع ، مع التقدير.

ـ مجلس النواب / لجنة العمل والخدمات/للتفضل بالاطلاع ، مع التقدير.

ـ مجلس النواب /اللجنة القانونية/ للتفضل بالاطلاع ، مع التقدير.

ـ ديوان الرقابة المالية/ مكتب معالي رئيس الديوان  للتفضل بالاطلاع ، مع التقدير.

ـ وزارة المالية ـ الهيئة العامة للضرائب / كتابكم أعلاه ، مع التقدير.

ـ وزارة التجارة ـ مسجل الشركات ، لاتخاذ ما يلزم و إعلامنا بعقد الشراكة . مع التقدير

ـ وزارة الصناعة و المعادن ـ دائرة العلامات التجارية ، للعلم و اتخاذ اللازم . مع التقدير

ـ مكتب المدير التنفيذي العام .

ـ مكتب السادة مجلس الأمناء.

ـ الدائرة المالية.

ـ الدائرة القانونية.

ـ دائرة الترددات.

ـ التدقيق.

ـ اضبارة الصادر.

E-mail:enquiries@cmc.iq

Website:http://www.cmc.iq

P.O.Box 2044 Jadreiah Baghdad - Iraq

Fax: 00964(1)7195839

المسبح /حي بابل

بغداد ـ العراق

هاتف:+964(1)7180009

2

**C-026**



كورَك تيليكوم

كورەك تيليكۆم

**KOREK** Telecom

**Head Office**

بەڕێوەبەرايەتى گشتى

المديرية العامة

العدد : 11-95

التاريخ : 5 / 6 / 2011

الى/ هيئة الإعلام والاتصالات

م/ موافقة

تهديكم شركتنا اطيب تحياتها وبعد ,

إشارة الى كتاب هيئتكم الموقرة ذو العدد 2713 فـــــي 2011/5/29 , تعلن شركتنا الموافقة على ما ذكر من شروط في كتابكم اعلاه وذلك لرغبة شركتنا الشديده في دعم وتشجيع ألأستثمار وتطوير جانب الأتصالات وتقديم أفضل الخدمات للمواطنيين .

للتفضل بالإطلاع ... مع الشكر والتقدير ...



سيروان صابر مصطفى

رئيس مجلس الإدارة



**KOREK** Telecom

**Head Office**
المديرية العامة

نسخه منه الى :-
- مكتب رئيس الوزراء / للتفضل بالاطلاع ,مع التقدير ...
- مجلس النواب / لجنة العمل والخدمات / للتفضل بالاطلاع ,مع التقدير ...
- مجلس النواب / اللجنة القانونية/ للتفضل بالاطلاع ,مع التقدير ...
- ديوان الرقابة المالية /مكتب معالي رئيس الديوان / للتفضل بالاطلاع ,مع التقدير ...
- وزارة المالية/ الهيئة العامة للضرائب / للتفضل بالاطلاع ,مع التقدير ...
- وزارة التجارة / مسجل الشركات/ للتفضل بالاطلاع ,مع التقدير ...
- وزارة الصناعة والمعادن /دائرة العلامات التجارية/ للتفضل بالاطلاع ,مع التقدير ...

Korek Telecom Co.
45 Kurdistan Str.
Salahideen , Erbil-IRAQ

Tel:(066) 2423406    Mob:( 0750) 4450022    Fax+9647504460022

www.korektel.com
mail: Info@korektel.com

**13**

 

Office of the Chairman

مكتب رئيس مجلس الادارة

العدد : 011-116
التاريخ :9-8-2011

الى / هيئة الاعلام والاتصالات الموقرة

م / تسديد مستحقات ماليه

تحية طيبة وبعد.....

اشارة الى كتابكم المرقم 2713 في 29-5-2011 والخاص بعقد الشراكة بين شركة كورك تيليكوم و شركة فرانس تيليكوم، نود ان نعلمكم بانه قد تم توقيع عقد الشراكة النهائي بين الشركتين .

وتنفيذا لما ورد في الشرط (1) من كتابكم المشار اليه اعلاه، نود ان اعلامكم باننا قد حولنا الى حسابكم المصرفي مبلغا قدره 162,500,000 ( مائة واثنان وستون مليون وخمسمانة الف دولار فقط) والذي يتضمن مايلي :

125,000,000 (مائة وخمسة وعشرون مليون دولار ) من مستحقات القسط الثاني الدفعة الاولى لمبلغ الرخصة مع الفوائد القانونية المترتبة عليه البالغه 37,500,000 (سبعة وثلاثين مليون وخمسمئة الف دولار فقط ) راجين من سيادتكم تاكيد الاستلام .

كما نود ان نؤكد على التزامنا بجميع بنود عقد الترخيص

وتقبلوا منا فائق التقدير

Korek Building
45 Kurdistan Str, Salahideen
Erbil-IRAQ

Tel:  (066)  2423406
Mob:  (0750)  4450022
Fax: +964 750 4460022

www.korektel.com
Mail: info@korektel.com

**14**



Office of the Chairman



كورَك

مكتب رئيس مجلس الادارة

المرفقات: اشعار ايداع المبلغ لصالح الهيئه

سيروان صابر مصطفى

رئيس مجلس الادارة

نسخه منه الى.

- مكتب دولة رئيس الوزراء / للتفضل بالاطلاع , مع التقدير

- مجلس النواب / لجنة العمل والخدمات /للتفضل بالاطلاع مع التقدير .

- مجلس النواب /اللجنة القانونية / للتفضل بالاطلاع مع التقدير .

- ديوان الرقابة المالية / مكتب معالي رئيس الديوان للتفضل بالاطلاع ، مع التقدير .

- وزارة المالية — الهيئة العامة للضرائب  مع التقدير .

- وزارة التجارة — مسجل الشركات ، مع التقدير .

- وزارة الصناعة والمعادن — دائرة العلامات التجارية ، للعلم مع التقدير .

- مكتب المدير التنفيذي العام .

- مكتب السادة مجلس الأمناء .

- الدائرة المالية .

- الدائرة القانونية .

- دائرة الترددات .

- التدقيق .

Korek Building
45 Kurdistan Str, Salahideen
Erbil-IRAQ

Tel: (066) 2423406
Mob: (0750) 4450022
Fax: +964 750 4460022

www.korektel.com
Mail: info@korektel.com



KOREK

كورك تيليكوم
المديرية العامة
Head Office

العدد : 50-11-
تاريخ : 2011/03/13

السيد المهندس برهان شاوي المحترم
المدير العام رئيس الجهاز التنفيذي لهيئة الإعلام و الإتصالات
بغداد-العراق

الموضوع : طلب الموافقة على تحويل أسهم شركة كورك تليكوم من أجل تأمين استثمار استراتيجي عن طريق اشتراك
شركة فرانس تليكوم (أورانج)

تحية طيبة

نيابة عن شركة كورك تليكوم أود الكتابة اليكم و اجيبا موافقتكم عن الاتفاقية الموقعة في أوائل و التي تعمل شركة
كورك من آجلها، علما بأنها تدعم في جوهرها سياسة العراق في جلب الاستثمار الأجنبي و تتفق مع متطلبات الهيئة
و افكارها السياسية الممنوحة لنا.

و يسعدني أن أؤكد و نتيجة مفاوضات مكثفة مع فرانس تليكوم و اعلنى تقدم آملكم عن عزمها في الاستثمار و
بشكل مؤشر في شركة كورك تليكوم .

و يسعدنا هذا الاستثمار المهم في العراق و الذي تزيد قيمته عن $800 مليون دولار في دعم سياسة الحكومة
العراقية في هذا المجال و سيتم اتفاق الاستثمار المذكور في تطور خدمات و شبكة كورك تليكوم في العراق و سيدعم
ايضا التزام شركة كورك في تنفيذ التزاماتها المالية و الاستشارية التزمت عن احكام الحصة الممنوحة لها من قبل
الهيئة الموقرة.

و كبرزء من هذه العملية ستقوم فرانس تليكوم (أورانج) و أجلتي بتقديم المساعدة التقنية المكثفة و اللازمة لتحسين
نوعية الاتصالات و مداها و تحويلها لكافة انحاء العراق.

و عليه، كل من فرانس تليكوم و أجلتى و عند اكمال هذه الاتفاقية يتم دفع مبلغ $125 مليون دولار الى حساب
الهيئة تليكوم من شركة كورك و ذلك عن تسديد القسط الذي كان من شركة كورك بذمة نهاية 2010

وكما تم ذكره خلال الاجتماع الذي عقد بين الهيئة و فرانس تليكوم في 16 كانون الثاني الماضي فإن شركة كورك ستقوم و بعد ان يتم "بدؤة من إكمال الإضافية بتقديم برنامجها العملي للتخطية المدمية الكاملة .

و كنتيجة لتنفيذ هذا الاستثمار فان كامل 100% ملكية أسهم المساهمين الحاليين في كورك سيتم نقله الى شركة تابيعة يتم تأسيسها في مركز دبي الدولي المالي في دبي و التي ستقوم فرانس تليكوم و أجلتي في استثمار فيها.

و يؤدي هذا الى زيادة الرأسمال حصول فرانس تليكوم و أجلتي و بيشكل غير مباشر على 44% من أسهم كورك و سيحتفظ المساهمين العراقيون في رأسمال كورك بنسبة 56% من باقي اسهم الشركة و ستقوم كورك تليكوم بأسهم الهيئة و بأعلام بالنسب الدقيقة لأسهم الشركة القابضة.

و نود التأكيد لدينا بأن نقل الأسهم المشار اليه في اعلاه سوف لن يأثر على إدارة شركة كورك في العراق و التي سوف تبقى كلها في العراق و خاضعة لأحكام الرخصة الموقعة معكم و بالتالي خاضعة لتعليمات الهيئة الموقرة.

– لذا نرجو ما جاء في اعلاه نرجو التفضل بالموافقة على تحويل أسهم كورك تليكوم الى خارج العراق و كذلك على قيام     كل من فرانس تليكوم (أوراتج) و أجلتي بالاستثمار في شركة كورك و فق أحكام الفصل م/24 من الرخصة .

و تفضلوا بقبول فائق التقدير و الاحترام ....



Eli Girard, Senior Executive Vice President, France Telecom Group –
Tarek Sultan, Chairman, Agility Group –

Korek Telecom Co.
45 Kurdistan St.
Salahldeen, Erbil-IRAQ

www.korek.com
mail: info@korek.com



```
Wed Aug 10 2011 09:48:01 AM BST IRQCON:51241 Page 1

********************* GROUP MESSAGING GATEWAY *****************************
* PRT NO IRQCON:51241 BY IRQ OPR 790  10-Aug-2011 AT 09:48:00              *
*                                                                         *
* IRN 11220324731            SERVICE IN GUI       HASH 85928              *
* SRN IRQ222IRQ-3987         SERVICE OUT          ISN                     *
*                                                                         *
* RECEIVER ADDRESS     MRMDUS33                                           *
* ROUTE CODE (MMBIMNY)  HSBC BANK USA NA                                  *
*                       NEW YORK                                          *
*                       NY 10018                                          *
*                       U S A                                             *
* ORIGINATOR DSIVIQBA                                                     *
*************************************************************************
*************************************************************************
{1:F01DSIVIQBAXXXX0000000000}
{2:I103MRMDUS33XXXXN}
MT 103    SINGLE CUSTOMER CREDIT TRANSFER
20        Sender's Reference              TT SON003987 MNY
23B       Bank Operation Code             CRED
32A       Value Date/Currency/Interbank Settled Amount
          Date                            10AUG2011
          Currency                        USD
          Amount                          162,500,000.00
33B       Currency/Instructed Amount
          Currency                        USD
          Amount                          162,500,000.00
50K       Ordering Customer
          Account                         /021-021118-160
          Name & Address                  KOREK TELECOM HEAD OFFICE
                                          ERBIL-IRAQ
57A       Account With Institution
          Identifier Code                 TRIQIQBA
                                          TRADE BANK OF IRAQ
                                          PO BOX 28445 BUILDING NO 20
                                          STREET NO 1 608 AL-YARMOUK DISTRICT
                                          12631 BAGHDAD IRAQ
59        Beneficiary Customer
          Account                         /0002-001717-001
          Name & Address                  COMMUNICATIONS AND MEDIA COMMISSION
                                          IRAQ
70        Remittance Information          PAYMENT FOR COMMUNICATION
                                          INV.DATE:7/8/2011
71A       Details of Charges              OUR

*************************************************************************
PRT NO IRQCON:51241 BY IRQ OPR 790  10-Aug-2011 AT 09:48:00
END OF MESSAGE
```

# EXHIBIT 8

**C-029**

| | | |
|---|---|---|
| **Republic of Iraq**<br>**Communications and Media Commission**<br>**Communications and Media Commission**<br>**Director General's Office** | [emblem]<br>Republic of Iraq | **Republic of Iraq**<br>**Communications and Media**<br>**Commission**<br>**Director General's Office** |

[document background:] Communications and Media Commission [logo]

No.: *355*
Date: 16/1/2014

To / Korek Telecom

<u>**Subject / Final Notice**</u>

Our commission offers you its greetings...

This is in reference to your letter no. (11-50) dated 13/3/2011, the minutes of the meeting held between us and your company on 21/4/2011, and our commission's letter no. (2713) dated 29/5/2011. This is also in reference to your company's letters no. (11-95) and (116-11), dated 5/6/2011 and 9/8/2011, respectively, as well as our Commission's most recent letter no. 9642 dated 10/12/2013. We hereby confirm the following:

1- The one-week grace period granted to your company and to France Telecom / Agility to provide us with the reasons that prevented fulfilment of the conditions set forth in the aforementioned letters and minutes has expired. The partnership was conditional upon fulfilment of these conditions. Expiration of the grace period and passage of over one month since our most recent aforementioned letter without the submission of any answer or response, and without demonstration of the reasons that prevented fulfilment of the suspensive conditions and augmentation of the company's capital by France Telecom / Agility, reflects poorly on you with respect to this matter. Indeed, it proves that there is an inability to respond and provide any justifications for that.

2. This matter is coupled with your undoubted knowledge that the failure to fulfil any of the conditions specified in the aforementioned letters and minutes results in consideration of the aforementioned company as null and void, and as though it never existed, without the need for prior notice or a court judgment.

3. We reiterate that the partnership between you has gone on for over two years without the fulfilment of any of the suspensive conditions upon which validity of the partnership is conditioned, and particularly the following:

| | |
|---|---|
| Al-Masbah - Hay Babel | Email: enquiries@cmc.iq |
| Baghdad- Iraq | P.O. Box 2044 Jadreiah Baghdad - Iraq |
| Tel: +964(1)7180009 | Fax: 00964(1)7195839 |
| | Website: www.cmc.iq |

| Republic of Iraq<br>Communications and Media Commission<br>Communications and Media Commission<br>Director General's Office | [emblem]<br>Republic of Iraq | Republic of Iraq<br>Communications and Media<br>Commission<br>Director General's Office |
|---|---|---|

[document background:] Communications and Media Commission [logo]

- Actually augmenting your company's capital by contributing cash to the capital totalling no less than (800) million US dollars in the first year of the partnership in exchange for the French entity's subscription to the [shares of the] current entity that it owns.

- Benefiting from the foreign partner's technologies in order to develop investment, technical, financial and commercial plans, as well as recruiting the expertise necessary to enable development of the telecommunications sector in Iraq.

- Having the foreign entity provide the intensive technical assistance necessary to improve the quality of services and ensure they encompass all areas of Iraq.

- Securing the financing necessary to enable your original company (Korek) to fulfil its obligation by paying the sums it owes, expanding and developing its services and network, increasing the number of its subscribers, and fulfilling its investment obligations.

- Fulfilling the clauses of the licensing contract, and specifically listing the company's shares on the Iraq Stock Exchange.

**For this reason, we provide you with final notice that you must provide us with the reasons that prevented fulfilment of the aforementioned conditions upon whose fulfilment the Commission's approval was conditional. You must provide a response within one week of this letter. We would like to inform you that the Commission will undertake all procedures and hold you legally and financially responsible for the consequences of failing to fulfil the aforementioned suspensive conditions, which are necessary to protect the telecommunications sector in Iraq.**

**... with appreciation**

[seal:] Communications and Media Commission
Communications and Media Commission
Administrative Dept. [logo] Outgoing
Communications and Media Commission

[signature]
**Dr Safaa Aldin Rabee**
**Acting Director General**

Copy thereof to:
- Office of the Board of Commissioners ... Kindly review
- Communications Organization Department ... Kindly review
- Sent mail file

| Al-Masbah - Hay Babel<br>Baghdad- Iraq<br>Tel: +964(1)7180009 | Email: enquiries@cmc.iq<br>P.O. Box 2044 Jadreiah Baghdad - Iraq<br>Fax: 00964(1)7195839<br>Website: www.cmc.iq |
|---|---|

**2**

**C-029**

**C-029**

Republic of Iraq
Communications and Media
Commission
Director General's Office



جمهورية العراق
هيئة الإعلام والاتصالات
كۆمیسیۆنی راگه یاندن وگه یاندن
مكتب المدير العام

العـدد : ٢٥٥
التاريخ :١٦/ ١ /٢٠١٤

الـى / شركة كورك تيليكوم

<u>م / إنذار نهائي</u>

تهديكـم هيئتنا تحياتـها ...

بالاشارة الى كتابكم شركتكم المرقم (١١- ٥٠) في ٢٠١١/٣/١٣ و محضر الأجتماع المعقود بيننا و بين شركتكم بتاريخ ٢٠١١/٤/٢١ و كتاب هيئتنا المرقم (٢٧١٣) في ٢٠١١/٥/٢٩ ، كما نشير الى كتابي شركتكم المرقمين (١١-٩٥) و (١١٦-١١) في ٢٠١١/٦/٥ و ٢٠١١/٨/٩ و كتاب هيئتنا الأخير المرقم ٩٦٤٢ في ٢٠١٣/١٢/١٠ نؤكد على ما يلي :

١- لقد انقضت مهله الاسبوع الممنوحة لشركتكم و لشركة فرانس تيليكوم/أجيلتي لزويدنا بلاسباب التي حالت دون تحقيق الشروط المبينة في الكتب و المحاضر اعلاه و التي كانت من تحقيقها شروط الشراكة و أن أنقضاء المدة و مرور أكثر من شهر على كتابنا الأخير اعلاه دون تقديم اي رد أو جواب و دون بيان الأسباب التي منعت تحقيق شروط التعليق و زيادة رأس مال الشركة بشكل فعلي من قبل شركة فرانس تيليكوم/أجيلتي يدل على تعاطي سلبي من قبلكم في هذا الموضوع لا بل يثبت وجود عجز في الرد و في تقديم اي مبررات له .

٢- أن هذا الأمر يتزامن مع علمكم الأكيد بأن عدم تحقيق أي من الشروط المجددة في الكتب و المحاضر اعلاه يؤدي الى أعتبار الشركة المذكورة باطلة و كأنها لم تكن دون حاجة لأنذار مسبق أو لمراجعة القضاء .

٣- نؤكد مجدداً أنه انقضى أكثر من سنتين على الشراكة بينكم دون تحقق أي شرط من شروط التعليق علق عليها نفاذ الشراكة و لاسيما :-

Email: enquiries@cmc.iq
P.O.Box 2044 Jadreiah Baghdad-Iraq
Fax:00964(1)7195839
Website:www.cmc.iq

المسبح / حي بابل
بغداد - العراق
هاتف : ٠٠٩٦٤(١)٧١٨٠٠٠٩+

**4**



**Republic of Iraq**
**Communications and Media**
**Commission**
Director General's Office

جمهورية العراق
هيئة الإعلام والاتصالات
ئوميسيوَني راگه ياندن وگه ياندن
مكتب المدير العام

- زيادة رأس مال شركتكم بشكل فعلي عن طريق منح اموال نقدية في رأس المال لا تقل عن (٨٠٠) مليون دولار أمريكي في السنة الأولى للشراكة لقاء أكتتاب الجهه الفرنسية بالجهه الحالية التي تعود لها .

- الأستفادة من تقنيات الشريك الأجنبي لجهه وضع الخطط الأستثمارية و الفنية و المالية و التجارية و أستقدام الخبرات اللازمة التي تتيح تطوير قطاع الأتصالات في العراق .

- تقديم الجهه الأجنبية للمساعدة الفنية المكثفة و اللازمة لتحسين نوعية الخدمات و شمولها لكافة انحاء العراق .

- تأمين التمويلات اللازمة لتمكين شركتكم الأصلية ( كورك ) من الألتزام بتسديد المستحقات المترتبة بذمتها و توسيع و تطوير خدماتها و شبكتها و زيادة حجم المتعاملين معها و تنفيذ التزاماتها الأستثمارية .

- الألتزام ببنود عقد الترخيص ولاسيما أدراج أسهم الشركة في سوقالعراق للأوراق المالية .

**لذلك ننذركم و بشكل نهائي بوجوب تزويدنا بالأسباب التي منعت تحقيق الشروط المبينة اعلاه التي اشترطت موافقة الهيئة تحقيقها و الأجابة خلال أسبوع من تاريخ هذا الكتاب . و نود أبلاغكم بأن الهيئة ستتخذ جميع الأجراءات و تحملكم التبعات القانونية و المالية نتيجة عدم تحقيق شروط التعليق المذكورة و الكفيلة بالحفاظ على قطاع الأتصالات في العراق .**

..... مع التقدير



د . صفاء الدين ربيع
المدير العام وكالة

نسخة منه الى :
- مكتب السادة الأمناء .. للتفضل بالأطلاع .
- دائرة تنظيم الأتصالات .. للتفضل بالأطلاع .
-- اضبارة الصادر .

Email: enquiries@cmc.iq
P.O.Box 2044 Jadreiah Baghdad-Iraq
Fax:00964(1)7195839
Website:www.cmc.iq

المسبح / حي بابل
بغداد - العراق
هاتف : ٧١٨٠٠٠٩(١)٩٦٤+

**5**

# EXHIBIT 9

tp:news
tp:research
tp:events
Edition: **International**
Nederlands
**Naomi Tarawali**
My account
Log out
Products
0 Article Binder
Edition:
**International**
**Nederlands**
**Naomi Tarawali**
Log out
Article Binder 0
Products
Telecompaper

Search keywords

0
Sections
Subscriptions

Search keywords

Home
Wireless
Broadband
:
Video
:
General
:
IT
:
Industry Resources
:
Jobs
:
Calendar
Subscriptions
Wireless

# Orange aims to boost Korek, Meditel stakes to over 50% - CEO

Thursday 29 May 2014 | 11:57 CET | News

Orange plans to become the majority shareholder in some operators in which it currently holds a stake, chairman and CEO Stephane Richard said in a Les Echos interview. Asked about the group's progress towards its target of having 300 million customers outside France by the end of

2015, he said: "We currently have a slightly fewer than 250 million customers, if you include the customer bases in countries we entered but where we are minority shareholders and where, if everything goes well, we will become majority owners by next year. I am thinking of countries like Irak and Morocco in particular."

Orange owns 20 percent of Korek Telecom in Irak and 40 percent of Meditel in Morocco. Richard said that other things remaining equal the group will not have 300 million customers abroad by the end of 2015, but its growth could accelerate if opportunities arise. He added that it would be wrong to attribute too much importance to the target number and that Orange had increased its customer base by over 40 million in Africa and the Middle East since setting its target in 2010. He added that in countries such as Romania and Belgium, where Orange only offers mobile services, it seeks to offering convergent services with fixed-line partners.

---

2

Categories:    Mobile & Wireless
Companies:    Korek Telecom / Meditel / Orange
Countries:    Belgium / Iraq / Morocco / Romania / World
::: add a comment

## Add comment

| | |
|---|---|
| Naomi | Tarawali |

Submit

We welcome comments that add value to the discussion. We attempt to block comments that use offensive language or appear to be spam, and our editors frequently review the comments to ensure they are appropriate. If you see a comment that you believe is inappropriate to the discussion, you can bring it to our attention by using the report abuse links. As the comments are written and submitted by visitors of the Telecompaper website, they in no way represent the opinion of Telecompaper.

# Related

## Mobinil becomes Orange in Egypt

Published 09 Mar 2016 09:06 CET | Egypt
Orange has announced the launch of the Orange brand in Egypt, replacing the Mobinil brand. Egypt is the French operator's largest ...

## Orange buying control of Meditel, to be named Orange Morocco

Published 23 Feb 2015 10:52 CET | Morocco
Moroccan operator Meditel is set to be majority-owned by Orange and renamed Orange Morocco, reports L'Express. Orange appointed ...

## Orange in talks to buy another 9% of Meditel - report

Published 09 Oct 2014 10:50 CET | Morocco
Orange is in talks to buy another 9 percent of Moroccan operator Medi Telecom from Moroccan shareholders Finance.com and CDG, a ...

## Orange weighs acquisition of Bouygues Telecom - report

Published 16 May 2014 08:36 CET | France
Orange CEO Stephane Richard and Martin Bouygues have spoken on several occasions since April about the possible sale of Bouygues ...

## Orange looking at possible fixed acquisitions

Published 30 Apr 2014 17:21 CET | Europe
Romania and Moldova are among the markets where the French group Orange is looking for possible acquisitions, with a focus on the ...

## Orange Business Services accelerates growth strategy in Asia

Published 22 Nov 2011 14:16 CET | Asia
Orange Business Services (OBS) is accelerating its growth strategy in Asia Pacific by focusing on key areas such as network ...

## France Telecom offers little to support growth forecasts

Published 31 May 2011 17:43 CET | France
France Telecom has presented its targets for the period 2011-15 at an Investor Day in Paris. This follows its 'Conquests 2015' ...

## France Telecom outlines plans to 'adapt and conquer'

Published 31 May 2011 09:22 CET | France
France Telecom-Orange outlined its strategic and financial plans for 2011-15, focusing on increased investment and cost ...

## Orange aims for 300 million customers by 2015

Published 05 Jul 2010 08:39 CET | World
France Telecom-Orange has unveiled a five-year action plan called 'Conquests 2015' and featuring its objective of increasing its ...

## Wireless

14:19 **Vodafone expands Private Recharge to Maharashtra & Goa**
    India | News
13:36

Orange aims to boost Korek, Meditel stakes to over 50% - CEO - Telecompaper                    Page 4 of 6

**Spain ports nearly half a million mobile lines in February**
Spain | News
13:43**Youfone starts deal aimed at Vodafone, T-Mobile, Tele2 users**
Netherlands | News
12:52**Airtel Payments Bank expands to 100 villages in Tamil Nadu**
India | News
12:44**RCom gets approval for wireless unit demerger into Aircel**
India | News
12:26**Elisa reveals 2016 key corporate responsibility figures**
Finland | News
11:59**Halebop tops Nordic Bench net promoter score survey**
Sweden | News
11:38**Tigo El Salvador in talks to renew mobile licences**
El Salvador | News
13:02**Fraunhofer IIS develops IoT fieldbus**
Germany | News
10:56**Android, iOS consolidate OS domination over holiday period**
World | News
::: more wireless

## Related Info

**Mobinil becomes Orange in Egypt**
9 Mar 2016 | Egypt | News
**Orange buying control of Meditel, to be named Orange Morocco**
23 Feb 2015 | Morocco | News
**Orange in talks to buy another 9% of Meditel** - report
9 Oct 2014 | Morocco | News
**Orange weighs acquisition of Bouygues Telecom** - report
16 May 2014 | France | News
**Orange looking at possible fixed acquisitions**
30 Apr 2014 | Europe | News
**Orange Business Services accelerates growth strategy in Asia**
22 Nov 2011 | Asia | News
**France Telecom offers little to support growth forecasts**
31 May 2011 | France | Background
**France Telecom outlines plans to 'adapt and conquer'**
31 May 2011 | France | News
**Orange aims for 300 million customers by 2015**
5 Jul 2010 | World | News



market share broadband revenues KPN on business market

Netherlands  |  2016 Q3

**::: more facts & figures**

## Market Commentary

2 Mar Snap IPO: is it a new Facebook or more like Twitter?
22 Feb Telenet wants to be number one but still has a long way to go
21 Feb Dutch takeover law sympathetic, but risks bureaucracy, arbitrariness and discounts
13 Feb Belgian MVNO market consolidates: Telenet/Base becomes dominant host network
20 Jan NLziet, T-Mobile to lead Dutch market evolution in 2017
**::: more market commentary**

## Background Articles

09:01 IoT: showing more concrete examples at MWC 2017 but explosive growth unlikely until 5G
has been implemented.
14 Mar German mobile revenues fall in Q4 after sharp cut in MTR
13 Mar European cable sector prepares for faster broadband, new regulations
13 Mar AT&T looks to accelerate 5G testing
13 Mar Mobile payments: scope expanded with payments via wearables
**::: more background articles**

## **Calendar**  /  **Industry Events**

11 Mar ICANN58
14 Mar Mastering the Requirements Process
15 Mar Synacor Q4 2016
15 Mar Cellcom Israel Q4 2016
15 Mar magicJack VocalTec Q4 2016
17 Mar Doro Q4 2016
19 Mar OFC 2017
20 Mar Customer Contact Week Europe
21 Mar Cabsat 2017
22 Mar CK Hutchison Q4 2016
**::: More Calendar Items**
Twitter            ::: follow Telecompaper on Twitter::: follow
Facebook        ::: like Telecompaper on Facebook::: like
LinkedIn         ::: connect with Telecompaper on LinkedIn::: connect
Free Headlines ::: subscribe now

**Telecompaper**

We have been keeping professionals in the telecoms industry up-to-date since 2000.
Telecompaper is a well respected, independent research and publishing company focussed on the
telecommunications industry.

tp:news
tp:research
tp:events

Orange aims to boost Korek, Meditel stakes to over 50% - CEO - Telecompaper          Page 6 of 6

**This Site**

Log out
My account
Alerts
Subscriptions
Products
iPhone app
Syndication
FAQ / Help
Advertise
Press
Contact
Jobs
Industry events

**Contact Information**

**Corporate HQ**
Standerdmolen 20-III
3995 AA Houten
The Netherlands

Phone: +31 30 6349600
Fax: +31 30 6349699

**Legal Information**

© 2000 - 2017 Telecom.paper BV. All rights reserved. Telecompaper is a trademark of Telecom.paper BV. No part of this site can be reproduced without the expressed permission of Telecom.paper BV. Our General Terms and Conditions can be found here.

Privacy Policy
Cookie Statement
Terms and Conditions

OK
For optimum operation, this website makes use of cookies. For more information click here.

# EXHIBIT 10

| Republic of Iraq | [emblem] | Republic of Iraq |
|---|---|---|
| **Communications and Media Commission** | Republic of Iraq | **Communications and Media Commission** |
| **Communications and Media Commission** | | |
| **Financial Directorate** | | **Financial Directorate** |

[document background:] Communications and Media Commission [logo]

Date: 10/6/2014

No.: *3/A/4753*

To / Korek Telecom Ltd.

**<u>Subject / Notice</u>**

Our commission offers you its greetings...

Upon auditing your company's legal form, we determined that the company's structure, in terms of the ownership of shares in its capital, does not satisfy the applicable legal requirements of the Iraqi companies to pay our Commission 15% only of your revenues as a regulatory fee.

Final benefit from your company does not belong to Iraqi partners who own a stake of over 51% of your company's capital. Moreover, your company's management has been assigned to the foreign partner, which cannot, in this case, be considered anything other than a controlling or major shareholder.

The aforementioned points were supported by detailed reports prepared by international auditors who have been accredited by our Commission.

For these reasons, and in application of the provisions of the licensing agreement signed with you, as well as in application of the provisions of the Iraqi Companies Law, we hereby notify you that you must pay our Commission's regulatory fee constituting 18% of your revenues. You must also pay our Commission the differential in the regulatory fee your company owes; a differential that has not been paid and totals 3% of your total revenues realized between the date of your company's partnership with the foreign partner and the end of the first half of the year 2013. This sum totals ($43,536,000) forty three million five hundred thirty six thousand dollars only. The Commission will inform you of the sum you owe for the period between the second half of the year 2013 and this date.

Please take the actions necessary ... with appreciation

[seal:] Communications and Media Commission        [signature]

Communications and Media Commission        **Dr Safaa Eldin Rabee**

Administrative Dept. [logo] Outgoing        **Director General**

Communications and Media Commission

<u>Copy thereof to:</u>

- Office of the Board of Commissioners / Kindly review ... with appreciation, and make a notation therein.
- Office of the Chairman of the Executive Body/ Reference to his margin in our memorandum no. 1315, dated 5/5/2014, with appreciation.

- The Financial Directorate / with the preliminaries
- Sent mail file.

| | |
|---|---|
| Al-Masbah - Hay Babel | Email: enquiries@cmc@.iq |
| Baghdad- Iraq | P.O. Box 2044 Jadreiah Baghdad - Iraq |
| Tel: +964(1)7180009 | Fax: 00964(1)7195839 |
| | Website: www.cmc.iq |

**1**

**C-035**



| Republic of Iraq<br>Communications and Media<br>Commission<br>Financial Directorate | جمهورية العراق<br>هيئة الإعلام والاتصالات<br>كۆمیسیۆنی راگە یاندن وگە یاندن<br>الدائرة المالية |

التاريخ: ٢٠١٤/٦/١٠
العـدد:٣ /أ/ ٩ە ٩٧

إلى/ شركة كورك تيليكوم المحدودة

م/ إنذار

تهدیکـــم هیئتـــنا تحياتهــا....

بعد التدقيق في الشكل القانوني لشركتكم تبين لنا أن هيكلية الشركة على صعيد ملكية الحصص في رأسمالها لا تلبي المتطلبات المفروض توفرها قانوناً لاعتبار شركتكم من عداد الشركات العراقية للاكتفاء بتسديد لهيئتنا الأجر التنظيمي على أساس ١٥٪ من إيراداتكم.

وبما أن المنفعة النهائية في شركتكم لا تؤول لشركاء عراقيين تتجاوز حصصهم ٥١٪ من رأسمال شركتكم وبما أن هذا الأمر يتزامن مع إناطة إدارة شركتكم بالشريك الأجنبي الذي لا يمكن اعتباره في هذه الحالة سوى من عداد أصحاب الحصص المسيطرة او المهيمنة.

وبما ان المعطيات المبينة أعلاه قد تأيدت بتقارير مفصلة منظمة من قبل المدققين العالميين المعتمدين من قبل هيئتنا،

لذلك وعملاً باحكام اتفاقية الترخيص الموقعة معكم وعملاً باحكام قانون الشركات العراقي  نذكركم بضرورة التقيد بتسديد الاجر التنظيمي العائد لهيئتنا على اساس نسبة ١٨٪ من وارداتكم فضلا عن وجوب اعادة تسديد لهيئتنا فارق الاجر التنظيمي المترتب بذمة شركتكم بفارق النسبة غير المسددة والبالغة ٣٪ من مجموع وارداتكم المحققة اعتباراً من تاريخ الشراكة في شركتكم مع الشريك الاجنبي ولغاية نهاية النصف الاول لعام ٢٠١٣ وبمبلغ مقداره (٤٣,٥٣٦,٠٠٠ \$) فقط ثلاثة واربعون مليوناً وخمسمائة وستة وثلاثون الف دولار لاغيرها على ان الهيئة ستبلغكم بالمبلغ المستحق عليكم للنصف الثاني من عام ٢٠١٣ ولغاية الآن.

لإتخاذ ما يلزم.   مع التقدير



د.صفاء الدين ربيع
رئيس الجهاز التنفيذي

نسخة منه إلى:-
- مكتب السادة الأمناء للتفضل بالإطلاع  ..مع التقدير .و اشارة
- مكتب السيد رئيس الجهاز التنفيذي ، اشارة الى هامش سيادته على مذكرتنا المرقمة ١٣١٥ في ٢٠١٤/٥/٥ مع التقدير ..
- الدائرة المالية /مع الأوليات.
- اضبارة الصادر.

| Email: enquiries@cmc.iq<br>P.O.Box 2044 Jadreiah Baghdad-Iraq<br>Fax:00964(1)7195839<br>Website:www.cmc.iq | المسبح / حي بابل<br>بغداد ـ العراق<br>هاتف : ٧١٨٠٠٠٩ (١) ٩٦٤+ |

# EXHIBIT 11

**C-036**



Republic of Iraq
Communications and Media
Commission
Director General Office

No.: 1/M/130
Date: 19/6/2014

Subject/ Revocation of the partnership between Korek and France Telecom/Agility

In reference to the letter of Korek company under No. (11-50) dated 13/3/2011,
In reference to the meeting report dated 21/4/2011,
In reference to the letter of our Commission under No. (2713) dated 29/5/2011,
In reference to the letters of Korek company, the first one under No. (11-95) dated 5/6/2011, and the second under No. (116-011) dated 9/8/2011,
And in reference to the letter of our Commission under No. (9642) dated 10/12/2013,
We would like to clarify to your esteemed Board as follows:

1. It is evident to our Commission that our reviews and inquiries, in regards to the partnership between Korek and the foreign French company France Telecom/Agility, did not receive any reply which proves the lack of seriousness of the foreign partner even to prove that the conditions, upon which the partnership is based, have been met.

2. It is also evident to our Commission, through our vigorous follow-up about the activity of the foreign company/Agility in the field of the desired partnership, that there is a certain and obvious defect in the partnership, based on the following:

- The foreign French company France Telecom/Agility did not invest amounts of USD 800 million to support, activate and develop the activity of Korek company, whereas the partnership was limited to the fact that the foreign company has granted a loan to Korek company which benefited the foreign company, in addition to payment by the latter of a part of its debts by owning shares in the capital of Korek company.

- Noting that the partnership and investment of the amounts specified above, according to the letter of Korek company No. (11-50) dated 13/3/2011, required the foreign company to actually invest these amounts by increasing the company's capital and issuing new shares for an amount not less than USD 800 million to be fully underwritten in cash by the foreign company to implement the partnership and carry out an actual investment of the amounts to be invested, which was not realized.

- For the purpose of transparency, it is necessary to confirm that the capital increase, which Korek company is committed to implement for the validity of the desired partnership, would have led at the end to cause ownership to the foreign company of a share in the company's capital according to the structure that was previously proposed at 44%, that is to say the mentioned share shall be equivalent to the value of underwriting in the capital specified at an amount of USD 800 million, while the fact has led to cause ownership to the foreign company of the 44% against debts and interest without actual investment in the legal meaning of the investment and partnership, whereas the result was to change Korek company from debtor for the benefit of third parties to debtor for the interest of the foreign company mentioned above,

E-mail: appeals_cmc@ymail.com
P.O.Box 2044 Jadreiah Baghdad-Iraq          Al Masbah/Babel Quarter
Fax: 00964(1)7195839                                      Baghdad - Iraq
www.cmc.iq                                                       Tel.: +964 (1) 7180009

**1**

**C-036**



| | |
|---|---|
| Republic of Iraq | جمهورية العراق |
| Communications and Media Commission | هيئة الإعلام والاتصالات |
| Director General Office | مكتب المدير التنفيذي العام |

which rendered the operation a false partnership that only aims to transfer, purchase and assign debt from a third party to new shareholders while keeping the company's indebtedness and amending the creditor.

- The foreign French company France Telecom/Agility did not develop investment, technical, financial and commercial plans, and did not hire the necessary experienced individuals which would have allowed the development of the communications sector in Iraq.

- The foreign French company France Telecom/Agility did not provide extensive technical help as necessary to improve the quality, extent and coverage of services throughout Iraq.

- The foreign French company France Telecom/Agility did not provide the necessary financing to enable Korek company to commit to settle the dues payable thereby, which constituted a threat to the license granted to the company.

- Korek company did not expand and develop its services and network, and did not increase the number of subscribers in an appropriate way in line with the results desired from partnership, leading to failure to invest in the frequencies allocated to the company according to the purpose desired from the partnership, which mitigated the increase in the number of subscribers and has also negatively affected the amount of revenues by our Commission as foreseen from the desired partnership.

- Failure to comply with the terms of the license, in particular not listing the company's shares on the Iraq Stock Exchange, which also constituted a threat to the license granted to the company.

3. Thus, after the lapse of more than two years from the partnership desired between Korek company and the foreign French company France Telecom/Agility, it was obvious to our Commission that the desired partnership is unfounded in matter of law and fact, and that this false partnership only covers a borrowing operation and foreign intervention in the affairs of the Iraqi communications sector without any intention to support the policy of the Iraqi government.

Whereas this matter only helped to realize material and moral benefits to the foreign French company France Telecom/Agility at the expense of the Iraqi communications sector without any real intention to realize any valuable actual gain to Korek company.

Whereas what was undertaken by the foreign company in this respect proves the existence of certain intentions not to develop the situation of Korek company to directly or indirectly take over and manage its funds and rights in light of overwhelming it with debts and interest, which contradicts the principle of partnership and sharing of profit and obligations.

Whereas the desired partnership became limited only to earning profits and interest without any intention to undertake the obligations, burdens and losses, and also without intention to put at the disposal of the company, and within its capital, cash allowing it to deal with its requirements and carry out its obligations.

Whereas the approval of the Communications and Media Commission to the partnership between Korek company and the foreign French company France Telecom/Agility was an approval conditional upon meeting all the conditions and obligations mentioned above, upon which its validity is based.

Whereas the expired period to meet these conditions is sufficient and the quick intervention of our Commission is now required to prevent any harm to the communications sector and to the national resources of Iraq.

E-mail: appeals_cmc@ymail.com

| | |
|---|---|
| P.O.Box 2044 Jadreiah Baghdad-Iraq | Al Masbah/Babel Quarter |
| Fax: 00964(1)7195839 | Baghdad - Iraq |
| www.cmc.iq | Tel.: +964 (1) 7180009 |

C-036



**Republic of Iraq**
**Communications and Media**
**Commission**
**Director General Office**

جمهورية العراق
هيئة الإعلام والاتصالات
مكتب المدير التنفيذي العام

Whereas the Board of Commissioners, based upon the role of our Commission to protect, supervise and maintain the communications sector, and after long and deep study, and under the negative dealing by Korek company and by the foreign French company France Telecom/Agility in this respect, we kindly request your esteemed Board to approve consideration of the partnership desired between Korek company and the foreign French company France Telecom/Agility as null, void and invalid for failure to meet the relevant partnership conditions and for lack of justifications without any legal or material effects of any type whatsoever to our Commission provided that the company directly proceeds, within a period of no later than 15 days from the date of notification of this decision, to reinstate the status as it was before 13/3/2011, thus to take the appropriate procedures to revoke and terminate any contracts assigning shares in the company's capital and prove this revocation in the entries of the companies registrar. Otherwise, Korek company shall bear all the legal consequences in case of their failure to obey and implement the content of the decision mentioned above.

With appreciation,


[Signature]
Dr. Safa Aldin Rabee
Director General


E-mail: appeals_cmc@ymail.com
P.O.Box 2044 Jadreiah Baghdad-Iraq          Al Masbah/Babel Quarter
Fax: 00964(1)7195839                                    Baghdad - Iraq
www.cmc.iq                                                   Tel.: +964 (1) 7180009

 

Head Office

No.: 11-50
Date: 13/3/2011

Dr. Borhan Shawi
Director General  of the Communications and Media Commission
Baghdad - Iraq

Subject: Request for approval to transfer the shares of Korek Telecom company in order to ensure a strategic investment through the contribution of France Telecom (Orange) company

Greetings,

On behalf of Korek Telecom company, I would like to write to you requesting your approval to the agreement indicated below, which Korek company is seeking to implement, noting that it strongly supports the policy of Iraq to attract foreign investment, and complies with the requirements of the Commission and the terms of the license granted to us.

I would like to confirm, as a result of extensive negotiations from France Telecom and Agility, that it declared its intention to mainly invest in Korek Telecom company.

This important investment will benefit Iraq, with a value exceeding USD 800 million, to support the policy of the Iraqi government in this respect. The mentioned investment will be spent to develop the services and network of Korek Telecom company in Iraq and will also support the desire of Korek company to carry out its financial and investment obligations arising from the provisions of the license granted thereto by the esteemed Commission.

As part of this process, France Telecom (Orange) and Agility will provide extensive and necessary technical support to improve the quality, extent and coverage of services throughout Iraq.

Each of France Telecom and Agility are committed, upon completion of this agreement, to transfer an amount of USD 125 million to the account of the Commission on behalf of Korek company for the instalment which the company had to pay by the end of 2010.

[Signature]
[seal:] Communications and Media Commission, confidential, Incoming No. 26, 14/3/[illegible] [illegible] handwriting]
[Seal: Korek: Head Office]

4

**C-036**

Handwriting: *Mr. Hinderin*

| Korek Telecom Ltd. established in Iraq since 2000 by the shareholders |
|---|
| Sirwan Saber Mustafa          Jawshin Hassan Jawshin       Jiqsy Hamo Mustafa |

| CSLTD company established outside Iraq by the Iraqi shareholders |
|---|
| Sirwan Saber Mustafa         Aso Mohamed Ali    Jawshin Hassan Jawshin      Jiqsy Hamo Mustafa |

| Korek Telecom Holding (IH) company intended to be established in Dubai by | |
|---|---|
| Global Korek Telecom (CS Ltd) company partnership at 56% of the shares | IT Ltd company contributing at 44% of shares established between Orange and Agility |

By virtue of the holding companies law, Korek Telecom Holding company is not a substitute for Iraqi Korek Telecom company, which intends to provide a guarantee for France Telecom/Agility company to protect its rights to own the shares outside Iraq as the shareholding is structured for most major companies operating in Iraq.

The holding companies are similar to the corporate group aiming to manage the companies' shares, as an umbrella company, approved in most international stock exchange markets, recognized by virtue of Commerce and Companies Law in most countries of the world and approved under the international commercial rules.

Thus, we kindly ask your esteemed Commission to approve the project to establish Korek Telecom Holding company in partnership with IT Ltd according to the aforementioned, based upon the provided legal basis, in application of the economic strategies approved in Iraq and in line with Order 65 issued by the coalition authority in order to serve the communications sector in Iraq, to enable our Company to enter into fair competition at the level of Iraq, and to meet our request.

With appreciation,

[Signature]
Sirawan Saber Mustafa
Chairman of the Board of Directors
[Seal of Korek, Head Office]

Korek Telecom Co.
45 Kurdistan Str.                                        www.korektel.com
Salahideen, Erbil-IRAQ                                   Mail: info@koraklet.com
          Tel: (066) 2423406        Mob: (0750) 4450022    Fax: +964 750 4460022

**5**

As mentioned during the meeting held between the Commission and France Telecom last 16 January, Korek company will, after a few weeks from completion of the agreement, present its practical program for full service coverage.

As a condition to carry out this investment, the full ownership (100%) of the current shareholding in Korek will be transferred to a holding company to be established in Dubai International Financial Centre into which France Telecom/Agility will make their investment.

Capital increase leads France Telecom/Agility to indirectly obtain 44% of Korek shares and the Iraqi shareholders will keep in Korek capital 56% of the other company shares and Korek Telecom will notify the Commission on a regular basis of the accurate proportions of the holding company shares.

We would also like to confirm that transfer of the shares mentioned above will not affect the management of Korek company in Iraq, which will completely remain in Iraq subject to the provisions of the license signed with you, and thus subject to the instructions of the esteemed Commission.

In light of the foregoing, we kindly ask you to approve the transfer of Korek Telecom's shares outside Iraq and the investment by each of France Telecom (Orange) and Agility in Korek company according to the provisions of Chapter H/24 of the license.

With best regards,

[Signature]
Sirwan Saber Mustafa
Chairman of the Board of Directors

[Seal of Korek, Head Office]


Copy to:

| : | Eli Girard, Senior Executive Vice President, France Telecom Group اﻟ | – |
| | Tanek Sultan, Chairman, Agility Group اﻟ | – |

Korek Telecom Co.
45 Kurdistan Str.                                          www.korektel.com
Salahideen, Erbil-IRAQ                                    Mail: info@koraklet.com
          Tel: (066) 2423406          Mob: (0750) 4450022          Fax: +964 750 4460022



In the name of God, All Mighty, All Merciful

Thursday, 21/4/2011
At 10:30


Subject/Meeting report

The persons, whose names are listed below, held a meeting in order to discuss the partnership between Korek Telecom company and France Telecom company:

| | |
|---|---|
| 1. Mr. Hinderin Osman Khaled | Head of the Legal Department/Korek |
| 2. Mr. Fadel Al Tawi | Regional Department/Korek |
| 3. Dr. Hamid Aqrawi | Vice-President /Korek |
| 4. Dr. Nozad Hussein Khairy | Vice-Chairman/Korek |
| 5. Dr. Jiqsy Hamo Mustafa | Head of the Financial Department/Korek |
| 6. Dr. Borhan Shawi | Director General /Communications and Media Commission |
| 7. Dr. Sharkout Naqis [Signature] | Member of the Board of Commissioners / Communications and Media Commission |
| 8. Dr. Ahmed Al Amri [Signature] | Member of the Board of Commissioners/ Communications and Media Commission |
| 9. Dr. Iraq Mohamed Ali Neemeh | Head of Financial Department/ Communications and Media Commission |
| 10. Dr. Najeh Neemeh Al Khafaji [Signature] | Financial Consultant/ Communications and Media Commission |
| 11. Dr. Karim Akla Al Sameri [Signature] | Legal Consultant/ Communications and Media Commission |
| 12. Dr. Salem Abdul Kader Jasem [Signature] | Head of Legal Department/ Communications and Media Commission |
| 13. Dr. Mohamed Al Gharbawi [Signature] | Head of Frequencies Spectrum Department / Communications and Media Commission |
| 14. Dr. Mohamed Qasim [Signature] | Legal Department/ Communications and Media Commission |

**7**

C-036



THE IRAQI NATIONAL COMMUNICATIONS AND MEDIA COMMISSION

Email: Enquiries@ncmc-Iraq.org
Website: http://www.ncmc-Iraq.org
Tel: + 964 (1) 7187119

15. Dr. Karim [illegible]                    [illegible] [Signature]

16. Bassel Naim                              Financial Department/ Communications and Media Commission

And the following subjects, listed in the agenda, were discussed:

1. Mechanism of partnership between Korek and France Telecom companies

2. Compatibility of this partnership with the licensing agreement

3. Guarantees requested by the Communications and Media Commission for the purpose of settlement of the amounts payable by Korek company.

4. It was agreed as follows:

1 - Korek company requested approval to dispose of the license for the interest of a third party based upon Article 24, paragraph b, being Korek Holding company that is intended to be established in Dubai provided that the latter contributes to the company composed of Orange and Agility; 56% of the shares to CS Ltd company and 44% of the shares to IT Ltd company composed of Orange and Agility provided that the approval is based upon the following conditions: [signature]                    [signature]

[signature]

In case of failure to meet any of the following conditions, this approval shall be considered invalid and all consequences thereof are invalid, and Korek company shall not be entitled to file an appeal against the decision

**C-036**



of revocation thereof whereas it shall be revoked by a decision of the Commission without any need for a notice or court judgment.

1- Settlement of the amounts within a limited period.

2.  Providing the relevant documents of the companies that will be involved in the obligations and rights of the license contract.

3.  Commitment to implement the obligations of partnership and that Korek company is the party that is committed towards the Communications and Media Commission.

4.  Iraqi laws shall be applicable to the disputes in regards to the licensing contract, in particular the Law on Collecting Governmental Debts No. 56 of year 1977.

5.  Commitment of Korek company to list its shares on the Iraq Stock Exchange based upon Article 23, paragraph 2, of the license contract and within the specified period.

6.  The previous items  shall be presented to the Director General of the Commission and the Board of Commissioners to issue the appropriate decision.

[Strikethrough: The report was concluded on 21/4/2011 *Thursday*]
[Signature]      [Signature]        [Signature]        [Signature]        [Signature] [illegible handwritten text]

(3)

**C-036**



Korek company submitted its objection to the conditions above and declared its commitment to the following conditions:

1.  Specification of the amounts requested by the Communications and Media Commission that are payable by Korek company, being an amount of USD [illegible] million with an amount of 6% for interest.

2.  Commitment by Korek company to all the terms of the license contract and the Iraqi laws in force.

Thus, the report was concluded on Thursday, 21/04/2011.

| [Signature] | [Signature] | [Signature] | [Signature] |
|---|---|---|---|
| [illegible] | Borhan Shawi | Ahmed Al Amri | [illegible] |

| [Signature] | [Signature] | [Signature] | [Signature] |
|---|---|---|---|
| Hinderin Osman | Khaled Salem | Abdul Kader Jasem [illegible] | Mohamed Qasim |

| [Signature] | [Signature] | [Signature] | [Signature] |
|---|---|---|---|
| [illegible] | [illegible] | Bassel Naim | [illegible] |
|  | 21/4/2011 | 21/4/2011 | 21 April 2011 |



هيئة الإعلام والإتصالات
كۆميسيۆنى راگه ياندن وگه ياندن
Communications and Media Commission

No.: 2713
Date: 29/5/2011

To/Korek Telecom Company

Subject/Approval

Greetings,

Based on your letter no. (11-05) dated 13/3/2011; in execution of the decision by the Board of Commissioners No. 16 dated 19/5/2011; based upon the approval of the Ministry of Finance/General Commission for Taxes in their letter No. (61S/959) dated 24/5/2011; for the purpose of developing investment in order to provide the best services in the field of telecommunications throughout Iraq; based upon the authorities granted to us as per Order No. 65 of 2004; and in application of the provisions of Article 24, paragraph b, of the licensing contract with Korek company, we have decided the following:

The Commission approved the partnership between Korek Telecom Ltd. (Licensee) with the French company France Telecom, according to the following conditions:

1. Payment of the dues of the first instalment being USD 125,000,000 (only one hundred twenty five million US Dollars) with their legal interest being USD 37,500,000 (only thirty seven million and five hundred thousand US Dollars) upon signature of the partnership contract. Otherwise the Commission will apply the provisions of Section 9(I) of Order No. 65 of 2004 (Commission's law in effect) without notice or court judgment.

2. Commitment to pay the remaining due instalments according to the schedule specified in Cabinet resolution No. 89 of 2010.

3. Commitment to all the conditions and legal, financial and technical obligations indicated in the licensing contract including the provision of Article 24 in regards to listing the shares on the Iraq Stock Exchange.

4. Commitment to all the applicable laws of the Republic of Iraq including the provisions of Order No. 65 of 2004 or any law replacing it.

| | |
|---|---|
| **Email:enquiries@cmc.iq** | |
| **Website:http://www.cmc.iq** | Al Masbah/Babel Quarter |
| **P.O.Box 2044 Jadreiah Baghdad - Iraq** | Baghdad - Iraq |
| **Fax: 00964(1)7195839** | Tel.: +964(1)7180009 |

**C-036**



هيئة الإعلام والإتصالات
كۆميسيۆنى راگە ياندن وگە ياندن
Communications and Media Commission

5.  Providing the Commission with the technical, financial and commercial plans upon signature of the partnership contract.

Our approval shall be considered valid from the date of receiving your letter approving the abovementioned.

With appreciation,

[Signature]
Dr. Borhan Shawi
Director General
Director General of the Commission

[Seal of the Communications and Media Commission, Outgoing]

**Copy to:**
-  Office of Prime Minister/For your kind information, with appreciation...
-  Parliament/Labour and Services Commission/ For your kind information, with appreciation...
-  Parliament/Legal Commission/ For your kind information, with appreciation...
-  Federal Board of Supreme Audit/Board President Office/ For your kind information, with appreciation...
-  Ministry of Finance/General Commission for Taxes/ For your kind information, with appreciation...
Ministry of Trade/Companies Registrar/ To take the necessary procedures and inform us of the partnership contract, with appreciation...
-  Ministry of Industry and Minerals/Trademarks Department/ For your kind information and to take the necessary procedures, with appreciation...
-  Director General Office
-  Board of Commissioners' Office
-  Financial Department
-  Legal Department
-  Frequencies Department
-  Audit
-  Outgoing file

| | |
|---|---|
| **Email:enquiries@cmc iq** | |
| **Website:http://www.cmc.iq** | Al Masbah/Babel Quarter |
| **P.O.Box 2044 Jadreiah Baghdad - Iraq** | Baghdad - Iraq |
| **Fax: 00964(1)7195839** | Tel.: +964(1)7180009 |

**12**

**C-036**

  

Head Office

No.: 95-11
Date: 5/6/2011

### To/Communications and Media Commission

Subject/ Approval

Greetings,

In reference to the letter of your esteemed Commission under No. 2713 dated 29/5/2011, our company declares consent of the conditions indicated in your letter above, as our company would like to support and promote investment, develop the communications field and provide the best services to the citizens.
For your kind information... With appreciation..

[Signature]
Sirwan Saber Mustafa
Chairman of the Board of Directors



[Incoming No. 2294, dated 14/6/2011]

**Copy to:**
- Office of Prime Minister/For your kind information, with appreciation...
- Parliament/Labour and Services Commission/ For your kind information, with appreciation...
- Parliament/Legal Commission/ For your kind information, with appreciation...
- Federal Board of Supreme Audit/Board President Office/ For your kind information, with appreciation...
- Ministry of Finance/General Commission for Taxes/ For your kind information, with appreciation...
- Ministry of Trade/Companies Registrar/ For your kind information, with appreciation...
- Ministry of Industry and Minerals/Trademarks Department/ For your kind information, with appreciation...

Korek Telecom Co.
45 Kurdistan Str.                                                    www.korektel.com
Salahideen, Erbil-IRAQ                                         Mail: info@koraklet.com
        Tel: (066) 2423406            Mob: (0750) 4450022          Fax: +964 750 4460022

**13**

**C-036**



Office of the Chairman

مكتب رئيس مجلس الادارة

No.: 116-011
Dated: 9/8/2011

To: Communications and Media Commission
Subject: Settlement of dues

Greetings,

In reference to your letter No. 2713 dated 29/5/2011 in regards to the partnership contract between Korek Telecom and France Telecom, we would like to inform you that the final partnership contract was signed between both companies.

In execution of clause 1 of your letter mentioned above, we would like to inform you that we transferred to your bank account an amount of USD 162,500,000 (one hundred sixty two million five hundred thousand US Dollars) including the following:

USD 125,000,000 (only one hundred twenty five million US Dollars) from the dues of the second instalment, the first payment of the license amount with the legal interest incurred thereto being USD 37,500,000 (only thirty seven million and five hundred thousand US Dollars). We kindly ask you to confirm receipt thereof.

And we would like to confirm our commitment to all the terms of the license contract.

With best regards,

Korek-Building              Tel: (066) 2423406
45 Kurdistan Str. Salahideen   Mob: (0750) 4450022
Erbil-IRAQ                  Fax: +964 750 4460022         www.korektel.com
                                                          Mail: info@koraklet.com

**14**

**C-036**



Office of the Chairman

Enclosures: Notification of depositing the amount for the Commission

[Signature]
Sirwan Saber Mustafa
Chairman of the Board of Directors


Copy to:
-  Office of Prime Minister/For your kind information, with appreciation...
-  Parliament/Labour and Services Commission/ For your kind information, with appreciation...
-  Parliament/Legal Commission/ For your kind information, with appreciation...
-  Federal Board of Supreme Audit/Board President Office/ For your kind information, with appreciation...
-  Ministry of Finance/General Commission for Taxes/ For your kind information, with appreciation...
-  Ministry of Trade/Companies Registrar/ For your kind information, with appreciation...
-  Ministry of Industry and Minerals/Trademarks Department/ For your kind information, with appreciation...
-  Director General Office
-  Board of Commissioners Office
-  Financial Department
-  Legal Department
-  Frequencies Department
-  Audit

Korek-Building                Tel: (066) 2423406
45 Kurdistan Str. Salahideen   Mob: (0750) 4450022          www.korektel.com
Erbil-IRAQ                    Fax: +964 750 4460022        Mail: info@koraklet.com

**C-036**

| Republic of Iraq<br>Communications and Media Commission<br>Director General's Office |  جمهورية العراق<br>هيئة الإعلام والاتصالات<br>كومسيوني راكه يانين وك يانين<br>ليده مكتب المدير العام<br>الناريخ |
|---|---|

No.: 96420

Date: 10/12/2013 to/Korek Telecom Ltd.

### Subject/Inquiry and explanation on the partnership

Greetings,

In reference to the letter of your company No. (11-50) dated 13/3/2011,

And in reference to the letter of our Commission No. 2713 dated 29/5/2011,

And in reference to both letters of your company, the first under No. (11-95) dated 5/6/2011, and the second under No. (116-011) dated 9/8/2011,

After over 2 years of the partnership between you and France Telecom and our investigation into the technical and financial position of your company, we would like to inform you of the following:

1.    The approval of the Communications and Media Commission to the partnership between your company (licensee) and the French company France Telecom, is conditional upon a number of requirements and obligations that must be fulfilled, particularly:

-    Providing the best services in the communications field throughout Iraq.

-    Making use of the French company France Telecom's technologies in terms of establishing investment, technical, financial and commercial plans, and hiring the experienced individuals as necessary to allow development of the communications sector in Iraq.

-    Providing intensive and necessary technical support by France Telecom to improve the quality, extent and coverage of services throughout Iraq.

-    Securing the required funding to enable KOREK to meet its financial obligations, extend and develop its services and network, increase its client base and perform its investment obligations.

-    Complying with the terms of the licensing contract, particularly listing the company shares on the Iraq Stock Exchange.

2.    As of this date, the Commission could not verify that you met the above requirements, which deprives the said partnership of its main goal and enables a foreign company to exploit the resources of the telecom sector in Iraq without any positive returns by the foreign company for the sector.

Thus, and in line with the role of our Commission to sponsor, supervise and maintain the communications sector being an essential component of national wealth, and based upon the authorities granted to us by Order No. 65 of 2004, we kindly request your company, within a period no later than one week from the date of this letter, to provide us with the reasons for the failure to meet the conditions mentioned above upon which the partnership was based, in order to take the necessary steps to allow us to maintain the communications sector in Iraq.

With appreciation,

[Signature]

Dr. Safa Aldin Rabee

Acting Director General

Director General of the Commission

[Seal of the Communications and Media Commission, Outgoing, Administrative Department]

Copy to:

-    Board of Commissioners Office, for your kind information.

-    Communications Regulation Department/ for your kind information.

-    Outgoing file/for filing.

| | |
|---|---|
| Email: enquiries@cmc.iq | Al Masbah/Babel Quarter |
| P.O.Box 2044 Jadreiah Baghdad-Iraq | Baghdad - Iraq |
| Fax:00964(1)7195839 | Tel.: +964(1)7180009 |
| Webster:www.cmc.iq | |

**16**

Republic of Iraq
Communications and Media
Commission
Chief Executive Office



جمهورية العراق
هيئة الإعلام والاتصالات
مكتب المدير التنفيذي العام

العـــدد: ١/م/ ١٣٠
التاريخ: ٢٠١٤/٦/١٩

م/ إبطال مبدأ الشراكة بين شركة كورك وفرانس تيليكوم/اجيليتي

بالإشارة الى كتاب شركة كورك المرقم (١١-٥٠) تاريخ (٢٠١١/٣/١٣)،
وبالإشارة الى محضر الاجتماع بتاريخ (٢٠١١/٤/٢١)،
وبالإشارة الى كتاب هيئتنا المرقم (٢٧١٢) تاريخ (٢٠١١/٥/٢٩)،
وبالإشارة الى كتابي شركة كورك، الأول المرقم (١١-٩٥) تاريخ (٢٠١١/٦/٥) والثاني المرقم (١١٦-١١٠) تاريخ (٩-٨-٢٠١١)،
وبالإشارة أيضاً الى كتاب هيئتنا المرقم (٩٦٤٢) تاريخ ٢٠١٣/١٢/١٠،

نود ان نوضح لمجلسكم الموقر مايلي:

١- يتبين لهيئتنا أن مراجعاتنا واستفساراتنا بشأن مبدأ الشراكة بين شركة كورك والجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي لم يرد بشأنها أي جواب مما يفيد بعدم جدية الشريك الأجنبي حتى في إثبات تحقق الشروط المبنية عليها الشراكة.

٢- يتبين لهيئتنا أيضاً ومن خلال متابعتنا الحثيثة لدور ونشاط الجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي في مجال الشراكة المرجوة، وجود خلل واضح وأكيد في مبدأ الشركة نثبت بما يلي:

- عدم قيام الجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي باستثمار مبالغ مالية بقيمة ٨٠٠ مليون دولار أميركي لدعم وتفعيل وتطوير نشاط شركة كورك، بحيث اقتصر مبدأ الشراكة على قيام الجهة الأجنبية المذكورة بإقراض مبالغ مالية لشركة كورك، استفادت منها الجهة الأجنبية، فضلاً عن استيفاء الأخيرة لجزء من ديونها عن طريق تملك حصص في رأسمال شركة كورك.

هذا مع العلم أن مبدأ الشراكة واستثمار المبالغ المالية المحددة أعلاه وكما جاء في كتاب شركة كورك المرقم (١١-٥٠) تاريخ (٢٠١١/٣/١٢) كان يحتم على الجهة الأجنبية ضخ فعلياً هذه المبالغ المالية عن طريق زيادة رأسمال الشركة وإصدار أسهم جديدة بقيمة لا تقل عن ٨٠٠ مليون دولار أميركي يتم الإكتتاب بها بالكامل نقداً من قبل الجهة الأجنبية لتجسيد مبدأ الشراكة وإجراء ضخ فعلي للأموال المنوي استثمارها، الأمر الذي لم يتحقق.

ومن باب الحرص والشفافية، يقتضي التأكيد على أن زيادة رأس المال الذي التزمت به شركة كورك بتحقيقها لسريان الشراكة المرجوة كانت ستؤدي بنتيجتها الى تمليك الجهة الأجنبية حصة في رأسمال الشركة وفقاً للهيكلية المقترحة سابقاً بنسبة ٤٤%، أي أن تكون الحصة المذكورة موازية لقيمة الإكتتاب في رأس المال المحدد بمبلغ ٨٠٠ مليون دولار أميركي، في حين أن الأمر الواقع أدى الى تمليك الجهة الأجنبية نسبة الـ ٤٤% مقابل ديون وفوائد ودون أي استثمار فعلي بالمفهوم القانوني للإستثمار والمشاركة، بحيث جاءت النتيجة بتحويل شركة كورك

المسيح/حي بابل
بغداد- العراق
هاتف:٩٦٤(١)٧١٨٠٠٠٩+

E-mail:appeals_cmc@ymail.com
P.O.Box 2044 Jadreiah Baghdad- Iraq
Fax: 00964(1)7195839
www.cmc.iq

**18**



Republic of Iraq
**Communications and Media Commission**
**Chief Executive Office**

جمهورية العراق
هيئة الإعلام والاتصالات
مكتب المدير التنفيذي العام

من مدين لصالح أطراف ثالثين الى مدين لصالح الجهة الأجنبية المبينة أعلاه، ما جعل من العملية شراكة وهمية لا تهدف سوى الى تحويل وشراء ونقل دين من طرف ثالث الى مساهمين جدد مع البقاء على مديونية الشركة وتعديل شخص الدائن.

– عدم قيام الجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي بوضع الخطط الإستثمارية والفنية والمالية والتجارية واستقدام الخبرات اللازمة التي تتيح تطوير قطاع الإتصالات في العراق.

– عدم قيام الجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي بتقديم المساعدة الفنية المكثفة واللازمة لتحسين نوعية الخدمات ومداها وشمولها لكافة أنحاء العراق.

– عدم تأمين الجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي للتمويلات اللازمة لتمكين شركة كورك من الإلتزام بتسديد المستحقات المترتبة بذمتها، مما شكل تهديداً بحد ذاته للترخيص الممنوح للشركة.

– عدم توسيع وتطوير خدمات شركة كورك وشبكتها وزيادة حجم المتعاملين بشكل يتناسب مع النتائج المرجوة من الشراكة، الأمر الذي أدى الى عدم استثمار الترددات المخصصة للشركة وفقاً للغاية المرجوة من الشراكة مما انعكس سلباً على زيادة عدد المشتركين وانعكس بدوره سلباً أيضاً على حجم واردات هيئتنا المرتقبة من الشراكة المرجوة.

– عدم الإلتزام ببنود عقد الترخيص ولا سيما إدراج أسهم الشركة في سوق العراق للأوراق المالية، مما شكل أيضاً تهديداً بحد ذاته للترخيص الممنوح للشركة.

٣– وعليه، وبعد انقضاء أكثر من سنتين على الشراكة المرجوة بين شركة كورك والجهة الأجنبية فرانس تيليكوم الفرنسية/أجيلتي، تبين لهيئتنا أن الشراكة المرجوة فاقدة لاساسها القانوني والواقعي وأن هذه الشراكة المموهة لا تخفي سوى عملية إقراض وتدخل أجنبي في شؤون قطاع الإتصالات العراقي دون أية نية في دعم سياسة الحكومة العراقية،

وبما أن هذا الأمر لم يساهم سوى بتحقيق مكاسب مادية ومعنوية للجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي على حساب قطاع الإتصالات العراقي دون أية نية وحقيقية بإكساب شركة كورك أي مردود فعلي ذو قيمة،

وبما أن ما اتبعته الجهة الأجنبية في هذا الإطار يفيد بوجود نوايا أكيدة بعدم تطوير وضع شركة كورك بهدف الإستيلاء بشكل مباشر أو غير مباشر على أموالها وحقوقها وإدارتها في ظل إرهاقها بديون وأعباء وفوائد تنفي بحد ذاتها مبدأ الشراكة والتشارك في الأرباح والإلتزامات معاً بحيث باتت الشراكة المرجوة تقتصر فقط على جني الأرباح والفوائد دون أية نية بتحمل الموجبات والأعباء والخسائر، ودون أية نية أيضاً بوضع بتصرف الشركة وضمن رأسمالها أموالاً نقدية تتيح لها مواجهة متطلباتها وتنفيذ موجباتها،

وبما أن موافقة هيئة الإعلام والإتصالات على مبدأ الشراكة بين شركة كورك والجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي، كانت موافقة مشروطة ومعلّق سريانها على تحقق الشروط والإلتزامات المبينة أعلاه،

E-mail:appeals_cmc@ymail.com
P.O.Box 2044 Jadreiah Baghdad-Iraq
Fax: 00964(1)7195839
www.cmc.iq

المسرب/حجي بابل
بغداد–العراق
هاتف:964(1)7180009+

**19**



Republic of Iraq
Communications and Media
Commission
Chief Executive Office

جمهورية العراق
هيئة الإعلام والاتصالات
مكتب المدير التنفيذي العام

وبما أن الفترة المتقضية لتحقق هذه الشروط هي فترة كافية وبات يقتضي تدخل هيئتنا السريع لوقف أي تعد على قطاع
الإتصالات و على الثروة الوطنية للعراق،

وبما أن مجلس الامناء ، وانطلاقاً من دور هيئتنا في رعاية قطاع الإتصالات والإشراف والحفاظ عليه ، وبعد دراسة
مطولة ومكثفة، وفي ظل التعاطي السلبي من قبل شركة كورك ومن قبل الجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي في
هذا الإطار، نطلب من مجلسكم الموقر بالموافقة على اعتبار الشراكة المرجوة بين شركة كورك وبين الجهة الأجنبية
فرانس تيليكوم الفرنسية/ أجيلتي باطلة ولاغية و غير نافذة لعدم تحقق شروط الشراكة الخاصة بها ولانتفاء ما يبررها ودون
أية آثار قانونية أو مادية من أي نوع كانت على هيئتنا ، على ان تقوم الشركة الى المبادرة فوراً وضمن مهلة أقصاها ١٥
يوم من تاريخ تبليغهم بهذا القرار الى إعادة الحال الى ما كانت عليه كما هو قبل تاريخ ٢٠١١/٣/١٣ وعليهم اتخاذ
الإجراءات الكفيلة بإبطال وإلغاء أية عقود تفرغ عن حصص في رأسمال الشركه وإثبات هذا الإبطال في قيود مسجل
الشركات. وبخلاف ذلك تتحمل شركة كورك جميع التبعات القانونية في حالة عدم إنصياعهم وتنفيذهم لمضمون القرار
المبين أعلاه.

مع التقدير....

د. صفاء الدين ربيع
رئيس الجهاز التنفيذي

E-mail:appeals_cmc@ymail.com
P.O.Box 2044 Jadreiah Baghdad- Iraq
Fax: 00964(1)7195839
www.cmc.iq

الموسع/ حي بابل
بغداد- العراق
هاتف:7180009(1)964+

**20**

**C-036**



كورك تيليكوم
بەرێوەبەرايەتى گشتى

Head Office

كورك تيليكوم
المديرية العامة

العدد : 50-11

التاريخ : 2011/03/13

السيد الدكتور برهان شاوي المحترم
المدير العام ورئيس الجهاز التنفيذي لهيئة الإعلام و الاتصالات
بغداد-العراق

الموضوع/ طلب الموافقة على تحويل اسهم شركة كورك تليكوم من اجل تأمين استثمار استراتيجي عن طريق اشتراك
شركة فرانس تليكوم (أورانج)

تحية طيبة

نيابة عن شركة كورك تليكوم اود الكتابة اليكم راجيا موافقتكم عن الاتفاقية الموضحة في أدناه و التي تعمل شركة
كورك عن أنجازها، علما بأنها تدعم في جوهرها سياسة العراق في جلب الأستثمار الأجنبي و تتفق مع متطلبات الهيئة
و أحكام الرخصة الممنوحة لنا.

و يسرني أن أوكد و نتيجة مفاوضات مكثفة من فرانس تليكوم و أجلتي قد أعلنت عن عزمها في الأستثمار و
يمتلكنا بيوسي في شركة كورك تليكوم

و سيساهم هذا الأستثمار المهم في العراق و التي تزيد قيمتها عن 800$ مليون دولار في دعم سياسة الحكومة
العراقية في هذا المجال، و سيتم انفاق الأستثمار المذكور في: تطوير خدمات و شبكة كورك تليكوم في العراق و سيدعم
ايضا رغبة شركة كورك في تنفيذ التزاماتها المالية و الأستثمارية المترتبة عن احكام الرخصة الممنوحة لها من قبل
الهيئة الموقرة.

و كجزء من هذا العملية ستقوم فرانس تليكوم (أورانج) و أجلتي بتقديم المساعدة الفنية المكثفة و اللازمة لتحسين
نوعية الخدمات و مداها و شوليها لكافة انحاء العراق.

و تلتزم كل من فرانس تليكوم و أجلتي و عند إكمال هذه الأتفاقية بتحويل مبلغ 125$ مليون دولار الى حساب
الهيئة نيابة عن شركة كورك و ذلك عن تسديد القسط الذي كان على شركة دفعه نهاية 2010.

**21**

استمارة كورك



شركة كورك تيليكوم للإتصالات المحدودة المؤسس في العراق منذ سنة 2000 من قبل المساهمين

| سيران صابر مصطفى | جاوشين حسن جاوشين | جقسي حمو مصطفى |

شركة CSLTD المؤسس في خارج العراق من قبل المساهمين العراقيين

| سيران صابر مصطفى | اسو محمد علي | جاوشين حسن جاوشين | جقسي حمو مصطفى |

شركة كورك تيليكوم القابضة (IH) المزمع تأسيسها في دبي المكون من

| شركة كورك تيليكوم العالمية (CSLtd) | شركة (ITLtd) المشارك براقع 44% من الأسهم |
| براقع شراكة 56% من الأسهم | والمتكونة بين ( أورنج وأجاتي ) |

وبوجب نظام الشركات القابضة لاتكون شركة كورك تيليكوم القابضة بديلاً عن شركة كورك تيليكوم العراقية ولايحل محله بل أن التعهد من ذلك هو لتقديم ضمان لشركة فرانس تيليكوم و أجاتي لحماية حقوقها في ملكية الأسهم خارج العراق كما هو متبع في إدارة الأسهم في معظم الشركات الكبرى العاملة في العراق.

تشيد الشركات القابضة بمجموعة الشركات والفرض منهما هو إدارة أسهم الشركات كمظلة هيكلية معتمدة في معظم الأسواق والبورصات الدولية، معترف بها بوجب قوانين التجارة والشركات في معظم بلدان العالم ومعتمد ضمن قواعد التجارة العالمية.

عليه نطلب من هيئتكم المحترمة الموافقة على مشروع تأسيس شركة كورك تيليكوم القابضة بالشراكة مع (ITLtd) وفقاً للنسب المذكورة، بناءً على الأسس القانونية المقدمة، وهذا تطبيقاً للأستراتيجيات الإقتصادية المعتمدة في العراق وتماشياً مع روح الأمر 65 الصادر من سلطة الإئتلاف وخدمةً لقطاع الإتصالات في العراق وتمكيناً لشركتنا لتنافس شرعي على مستوى العراق وتلبية لطلبنا.

مع التقدير

سيروان صابر مصطفى
(رئيس مجلس الإدارة)

KOREK Telecom
Head Office:
المديرية العامة

Korek Telecom Co.
45 Kurdistan Str.
Salahideen , Erbil-IRAQ
Tel:(066) 2423406   Mob:(0750) 4450022   Fax: 003248 4460022

www.korektel.com
mail: Info@korektel.com

22

وكما تم ذكره خلال الأجتماع الذي عقد بين الهيئة و فرانس تليكوم في 16 كانون الثاني الماضي فإن شركة كورك ستقوم و بعد اسابيع عدودة من إكمال الإضافية بتقديم برنامجها العملي للتخطيط الخدمية الكاملة .

و كشرط لتنفيذ هذا الأستثمار فإن كامل 100% ملكية أسهم المساهمين الحاليين في كورك سيتم نقله الى شركة قابضة يتم تأسيسها في مركز الدولي المالي في دبي و التي ستقوم فرانس تليكوم و أجلتى في استثمار فيها .

و يترتب على زيادة الرأسمال حصول فرانس تليكوم و أجلتى و بشكل غير مباشر على 44% من أسهم كورك و سيحتفظ المساهمون العراقيون في رأسمال كورك بنسبة 56% من باقي اسهم الشركة و ستقوم كورك تليكوم بأشعار الهيئة و بأنتظام بالنسب الدقيقة لأسهم الشركة القابضة.

و نود التأكيد ايضا بأن نقل الأسهم المشار اليه في اعلاه سوف لن يأثر على إدارة شركة كورك في العراق و التي سوف تبقى كليا في العراق و خاضعة لأحكام الرخصة الموقعة معكم و بالتالي خاضعة لتعليمات الهيئة الموقرة.

– في ضوء ما جاء في اعلاه نرجو التفضل بالموافقة على تحويل أسهم كورك تليكوم الى خارج العراق و كذلك على قيام  كل من فرانس تليكوم (أورانج) و أجلتى بالأستثمار في شركة كورك وفق أحكام الفصل ح/24 من الرخصة .

و تفضلوا بقبول فائق التقدير و الأحترام ....



سيروان صابر مصطفى
رئيس مجلس الإدارة

نسخة منه الى :

– السيد Eli Girard, Senior Executive Vice President, France Telecom Group
– السيد Tarek Sultan, Chairman, Agility Group

Korek Telecom Co.
45 Kurdistan Str.
Salahadeen , Erbil-IRAQ

Tel (066) 2423406   Mob: (0750) 4450022   Fax: 003248 4460022

www.korektel.com
mail: Info@korektel.com











هيئة الإعلام والإتصالات
كۆميسيۆنى راگه ياندن وگه ياندن
Communications and Media Commission

العدد: ٧١٢
التاريخ: ٢٠١١/٥/٩

إلى / شركة كورك تيليكوم ...

م/موافقة

تحية طيبة،

كتابكم المرقم (١١-٥٠) في (٢٠١١/٣/١٣) وتنفيذا لقرار مجلس الأمناء رقم (١٦) في (٢٠١١/٥/١٩) واستنادا إلى موافقة وزارة المالية / الهيئة العامة للضرائب بكتابهم المرقم (١٦س /٩٥٩ في ٢٠١١/٥/٢٤) و لغرض تنمية الاستثمار وصولاً الى تقديم أفضل الخدمات في مجال الاتصالات في عموم العراق و استنادا إلى الصلاحيات المخولة لنا بالأمر (٦٥ لسنة ٢٠٠٤ ) و عملاً بأحكام المادة (٢٤) الفقرة (ب ) من عقد الترخيص مع شركة كورك قررنا ما بل
وافقت الهيئة على الشراكة بين شركة كورك تيليكوم المحدودة ( المرخص له ) مع شركة فرانس تيليكوم الفرنسية وفق الشروط التالية

١ ـ تسديد مستحقات القسط الأول البالغة ( ١٢٥٠٠٠٠٠٠ $ ) فقط مائة و خمسة و عشرون مليون دولار أمريكي مع فوائدها القانونية البالغة ( ٢٧٥٠٠٠٠٠ $ ) فقط سبعة و ثلاثون مليون و خميسمائة الف دولار أمريكي عند توقيع عقد الشراكة و بخلافه تطبق الهيئة أحكام القسم التاسع (خ) من الأمر (٦٥) لسنة ٢٠٠٤ ( قانون الهيئة النافذ ) دون إنذار أو حكم قضائي .

٢ ـ الالتزام بتسديد الأقساط المتبقية المستحقة وفق التواقيت المحددة بقرار مجلس الوزراء رقم ( ٨٩ لسنة ٢٠١٠ ) .

٣ ـ الالتزام بجميع الشروط والالتزامات القانونية والمالية والفنية الواردة في عقد الترخيص بما فيها ما ورد في البند ( ٢٤ ) الخاص بإدراج الأسهم في سوق العراق للأوراق المالية.

٤ ـ الالتزام بجميع قوانين جمهورية العراق النافذة بما فيها أحكام الأمر (٦٥) لسنة ٢٠٠٤ أو أي قانون يحل محله .

mail:enquiries@cmc.iq
bsite:http://www.cmc.iq
).Box 2044 Jadreiah Baghdad - Iraq
x: 00964(1)7195839

المسبح / حي بابل
بغداد – العراق
هاتف:7180009(1)964+



هيئة الإعلام والإتصالات
كۆمیسیۆنی راگه یاندن وگه یاندن
Communications and Media Commission

٥ ـ تزويد الهيئة بالخطط الاستثمارية الفنية و المالية و التجارية عند توقيع عقد الشراكة .

تعد موافقتنا هذه نافذة من تاريخ استلامنا كتابكم بالموافقة على ما ورد أعلاه.

مع التقدير...



المـدير العام
المـدير العام
رئيس الجهاز التنفيذي للهيئة

نسخة منه إلى/
ـ مكتب دولة رئيس الوزراء/التفتيش بالإطلاع ، مع التقدير.
ـ مجلس النواب/ لجنة العمل والخدمات/اللجنة القانونية ـ مع التقدير.
ـ مجلس النواب/اللجنة القانونية/ للتفضل بالإطلاع ، مع التقدير.
ـ ديوان الرقابة المالية/ مكتب معالي رئيس الديوان/ للتفضل بالإطلاع ، مع التقدير.
ـ وزارة المالية ـ الهيئة العامة للضرائب / كتابكم أعلاه ، مع التقدير.
وزارة التجارة ـ مسجل الشركات ، لاتخاذ ما يلزم و إعلامنا بعقد الشراكة . مع التقدير
ـ وزارة الصناعة و المعادن ـ دائرة العلامات التجارية ، للعلم و اتخاذ اللازم . مع التقدير.
ـ مكتب المدير التنفيذي العام .
ـ مكتب السادة مجلس الأمناء.
ـ الدائرة المالية.
ـ الدائرة القانونية.
ـ دائرة الترددات.
ـ التدقيق.
ـ اضبارة الصادر.

mail:enquiries@cmc.iq
ebsite:http://www.cmc.iq
O.Box 2044 Jadreiah Baghdad - Iraq
x: 00964(1)7195839

المسبح / حي بابل
بغداد ـ العراق
هاتف: 964(1)7180009+

**29**

 

كورەك تيليكۆم
بەرێوەبەرايەتى گشتى

**Head Office**

كورَك تيليكوم
المديرية العامة

العدد : 95-11
التاريخ : 2011/6/5

الى/ هيئة الإعلام والاتصالات

م/ موافقة

تهديكم شركتنا اطيب تحياتها وبعد ,

إشارة الى كتاب هيئتكم الموقرة ذو العدد 2713 فــــي 2011/5/29 , تعلن شركتنا الموافقة على ما ذكر من شروط في كتابكم اعلاه وذلك ارغبة شركتنا الشديده في دعم وتشجيع الأستثمار وتطوير جانب الأتصالات وتقديم أفضل الخدمات للمواطنين .

للتفضل بالإطلاع ... مع الشكر والتقدير ...





سيروان صابر مصطفى

رئيس مجلس الإدارة

**Head Office**
المديرية العامة

نسخة منه الى :-
-مكتب رئيس الوزراء / للتفضل بالاطلاع ,مع التقدير ...
- مجلس النواب / لجنة العمل والخدمات / للتفضل بالاطلاع ,مع التقدير ...
- مجلس النواب / اللجنة القانونية/ للتفضل بالاطلاع ,مع التقدير ...
-ديوان الرقابة المالية /مكتب معالي رئيس الديوان / للتفضل بالاطلاع ,مع التقدير ...
-وزارة المالية/ الهيئة العامة للضرائب / للتفضل بالاطلاع ,مع التقدير ...
-وزارة التجارة / مسجل الشركات/ للتفضل بالاطلاع ,مع التقدير ...
-وزارة الصناعة والمعادن /دائرة العلامات التجارية/ للتفضل بالاطلاع ,مع التقدير ...

Korek Telecom Co.
45 Kurdistan Str.
Salahideen , Erbil-IRAQ

Tel:(066) 2423406   Mob:(0750) 4450022   Fax:9647504460022

www.korektel.com
mail: Info@korektel.com

**30**


Office of the Chairman


مكتب رئيس مجلس الادارة

العدد : 116-011
التاريخ :2011-8-9

الى / هيئة الاعلام والاتصالات الموقرة

م / تسديد مستحقات ماليه

تحية طيبة وبعد.....

اشارة الى كتابكم المرقم 2713 في 29-5-2011 والخاص بعقد الشراكة بين شركة كورك تيليكوم و شركة فرانس تيليكوم، نود ان نعلمكم بانه قد تم توقيع عقد الشراكة النهائي بين الشركتين .

وتنفيذا لما ورد في الشرط (1) من كتابكم المشار اليه اعلاه، نود ان اعلامكم باننا قد حولنا الى حسابكم المصرفي مبلغا قدره 162,500,000 ( مائة واثنان وستون مليون وخمسمائة الف دولار فقط) والذي يتضمن مايلي :

125,000,000 (مائة وخمسة وعشرون مليون دولار ) من مستحقات القسط الثاني الدفعة الاولى لمبلغ الرخصة مع الفوائد القانونية المترتبة عليه البالغه 37,500,000 (سبعة وثلاثين مليون وخمسمئة الف دولار فقط ) راجين من سيادتكم تاكيد الاستلام .

كما نود ان نؤكد على التزامنا بجميع بنود عقد الترخيص

وتقبلوا منا فائق التقدير

Korek Building
45 Kurdistan Str, Salahideen
Erbil-IRAQ

Tel:  (066)  2423406
Mob:  (0750)  4450022
Fax: +964 750 4460022

www.korektel.com
Mail: info@korektel.com

**31**



كوريك

مكتب رئيس مجلس الادارة

Office of the Chairman

المرفقات: اشعار ايداع المبلغ لصالح الهيئه

سيروان صابر مصطفى

رئيس مجلس الادارة

نسخه منه الى.

- مكتب دولة رئيس الوزراء / للتفضل بالاطلاع ، مع التقدير
- مجلس النواب /لجنة العمل والخدمات /للتفضل بالاطلاع مع التقدير .
- مجلس النواب /اللجنة القانونية / للتفضل بالاطلاع مع التقدير .
- ديوان الرقابة المالية / مكتب معالي رئيس الديوان للتفضل بالاطلاع ، مع التقدير .
- وزارة المالية — الهيئة العامة للضرائب  مع التقدير .
- وزارة التجارة — سجل الشركات ، مع التقدير .
- وزارة الصناعة والمعادن — دائرة العلامات التجارية ، للعلم مع التقدير .
- مكتب المدير التنفيذي العام .
- مكتب السادة مجلس الأمناء .
- الدائرة المالية .
- الدائرة القانونية .
- دائرة الترددات .
- التدقيق .

Korek Building
45 Kurdistan Str, Salahideen
Erbil-IRAQ

Tel: (066) 2423406
Mob: (0750) 4450022
Fax: +964 750 4460022

www.korektel.com
Mail: info@korektel.com



Republic of Iraq
Communications and Media
Commission
Director General's Office

جمهورية العراق
هيئة الإعلام والاتصالات
كؤميسيؤني راته باندن وكه باندن
مكتب المدير العام
التاريخ:
العدد: ٩٦٤٤

انتهت عبر ٧/٩/٩ اله الى / شركة كورك تيليكوم المحدودة....

## م/ إستفسار وتوضيح حول مبدأ الشراكة

تحيّة طيّبة وبعد،

بالإشارة الى كتاب شركتكم المرقم (١١-٥٠) تاريخ (٢٠١١/٣/١٣)،
وبالإشارة الى كتاب هيئتنا المرقم (٢٧١٣) تاريخ (٢٠١١/٥/٢٩)،
وبالإشارة الى كتابي شركتكم الأول المرقم (١١-٩٥) تاريخ (٢٠١١/٦/٥) والثاني المرقم (١١١-١١٦) تاريخ (٢٠١١-٨-٩)،

وبعد انقضاء أكثر من سنتين على الشراكة بين شركتكم وشركة فرانس تيليكوم الفرنسية ومتابعة هيئتنا لوضع شركتكم التقني والمالي ، نعلمكم بما يلي:

١- إن موافقة هيئة الإعلام والاتصالات على مبدأ الشراكة بين شركتكم (المرخص له) وشركة فرانس تيليكوم الفرنسية، هي موافقة مبدئية ومعلقة على تحقق عدد من الشروط والإلتزامات أهمها:

- تقديم أفضل الخدمات في مجال الإتصالات في عموم العراق.
- الإستفادة من تقنيات شركة فرانس تيليكوم الفرنسية لجهة وضع الخطط الإدارية والفنية والمالية والكادر وإستخدام الخبرات اللازمة لتطوير قطاع الإتصالات في العراق.
- تقديم شركة فرانس تيليكوم للمساعدة الفنية المتقدمة واللازمة لتحسين نوعية الخدمات ومداها وشمولها لكافة مناطق العراق.
- تأمين التمويلات اللازمة لتمكين شركة كورك من الإلتزام بتسديد المستحقات المترتبة بذمتها وتوسيع وتطوير خدماتها وشبكتها وإستيعاب الطلب الإستثماري والتأسيس لتلبية إلتزاماتها الإيرادية.
- الإلتزام بورود عقد الترخيص إسم العراق في سوق العراق للأوراق المالية.

٢- لم يتبين لهيئتنا لحد تاريخه تحقق الشروط المبينة أعلاه، مما يؤكد للتالي الضرورة غايتها الأساسية ويتيح لشركة أجنبية الاستفادة من موارد قطاع الإتصالات في العراق بدون أي أداء إيجابي من قبل الشركة الأجنبية على النطاق المذكور.

لذلك، وانطلاقاً من دور وإستثمارات قطاع الإتصالات والإدارة عليه بوصفه عنصراً أساسياً من عناصر الثروة الوطنية واستناداً لأحكام القانون ٢٠٠٤ نطالب من شركتكم ضمن مهلة أقصاها أسبوع من تاريخ هذا الكتاب بتحقيق الشروط دون تحقق الشروط المبينة أعلاه التي علّقت الشراكة على تحققها، ليصار على ضوء ذلك اتخاذ الإجراءات اللازمة والكفيلة بالحفاظ على قطاع الإتصالات في العراق.

د. صفاء الدين ربيع
المدير العام بالوكالة
رئيس الجهاز التنفيذي للهيئة

نسخة منه الى:
- مكتب السادة الأمناء .. للتفضل بالإطلاع
- دائرة تنظيم الإتصالات / للتفضل بالإطلاع
- اضبارة الصادر / للحفظ

---

Email: enquiries@cmc.iq
P.O.Box 2044 Jadreiah Baghdad-Iraq
Fax:00964(1)7195839
Website:www.cmc.iq

المسبح / حي بابل
بغداد ـ العراق
هاتف : ٠٠٩+٩٦٤(١)٧١٨٠

**33**

# EXHIBIT 12



| Republic of Iraq<br>Communications and Media<br>Commission<br>Legal Directorate | | جمهورية العراق<br>هيئة الإعلام والاتصالات<br>كۆمیسیۆنی راگه یاندن وگه یاندن<br>الدائرة القانونية |

No.: Q/4/*5332*
Date: 2/7/2014

**To/ Korek Telecom Ltd.**
**Subject/ Decision to revoke partnership between Korek Ltd. and France Telecom / Agility**

Greetings,

In reference to the letter of your company under No. (11-50) dated 13/3/2011,
In reference to the meeting report dated 21/4/2011,
In reference to the letter of our Commission under No. (2713) dated 29/5/2011,
In reference to the letters of your company, the first one under No. (11-95) dated 5/6/2011, and the second under No. (116-011) dated 9/8/2011,
And in reference to the letter of our Commission under No. (9642) dated 10/12/2013,

We inform you that, after long and deep study of the subject of partnership between your company and the foreign French company France Telecom/Agility, studying its different legal and factual aspects, and in respect of the authority granted to our Commission by virtue of the terms of the meeting which was held on 21/4/2011 between our Commission and your company, and based upon the regulatory role exercised by our Commission within the framework of verifying that the suspension conditions have been met, upon which the partnership was based, and to determine the appropriate legal consequences, including the revocation of the mentioned partnership in light of the fact that the suspension conditions have not been collectively met, the Board of Commissioners decided, in its session held on 24/6/2014, in report No. 19/2014, to consider the approval of our Commission based upon the principle of partnership dated 29/5/2011 as void and null as the suspension conditions, to which you were committed to fully carry out, have not been met by virtue of the report of the meeting dated 21/4/2011 and by virtue of your repetitive letters.

Thus, we inform you by virtue of this letter of the final decision of our Commission by considering the partnership, desired between you and the foreign French company France Telecom/Agility, as void, null and invalid because the related suspension conditions have not been met, and for lack of evidence thereof without any legal or material effects of any type whatsoever. And we warn you in this respect to immediately proceed, within a period of no later than 15 days from the date of this letter, to reinstate the status as it was on 13/3/2011, take the procedures to revoke and terminate any contracts assigning shares in your company's capital that were concluded after 13/3/2011, prove this revocation in the legal entries with the companies registrar and provide our Commission with a new statement proving the return of

Email: enquiries@cmc.iq
P.O.Box 2044 Jadreiah Baghdad-Iraq          Al Masbah/Babel Quarter
Fax: 00964(1)7195839                        Baghdad - Iraq
Website:www.cmc.iq                          Tel.: +964 (1) 7180009

**1**

**C-037**



|  |  |
|---|---|
| **Republic of Iraq**<br>**Communications and Media**<br>**Commission**<br>**Legal Directorate** | جمهورية العراق<br>هيئة الإعلام والاتصالات<br>كۆميسيۆني راك باندن وكه باندن<br>الدائرة القانونية |

shares to their original owners. Otherwise, your company shall bear all the legal consequences and necessary procedures will be taken against your company to compel you to obey and execute the content of the decision mentioned above.

With appreciation,

[Signature]
Dr. Safa Aldin Rabee
Director General of the Commission

[Seal of the Communications and Media Commission, Administrative Department, Outgoing]

**Copy to:**
*Office of Commissioners.. For your kind information/with appreciation.
*Director General Office.. For your kind information/with appreciation.
*Legal Department.. For filing with priorities.
*Outgoing file.

Email: enquiries@cmc.iq

P.O.Box 2044 Jadreiah Baghdad-Iraq        Al Masbah/Babel Quarter

Fax: 00964(1)7195839                              Baghdad - Iraq

Website:www.cmc.iq                                Tel.: +964 (1) 7180009

**C-037**



Republic of Iraq
Communications and Media
Commission
**Board of Commissioners**

جمهورية العراق
هيئة الإعلام والاتصالات
مجلس الأمناء

No.: 14/2014
Date: 25/6/2014

**Mr. Director General by proxy**

<u>**Subject/Approval**</u>

The Board of Commissioners approved, in its session held on 24/6/2014, your proposal to revoke the partnership between Korek and France Telecom/Agility, as mentioned in your memorandum No. (1/M/131 dated 19/6/2014).

With thanks and appreciation...

**Enclosures:**
*Memorandum of the Executive Management No. (1/M/131 dated 19/6/2014)

[Signature]
**Dr. Ali Nasser Al Khwildi**
**President of the Board of Commissioners**

Handwriting :*According to the meeting on 25/6.*
*Legal/*
[illegible]
[Signature] [illegible]

*5050/ 29/6/2012*

E-mail: enquiries@cmc.iq

P.O.Box 2044 Jadreiah Baghdad-Iraq          Al Masbah/Babel Quarter

Fax: 00964(1)7195839                         Baghdad - Iraq

Website:www.cmc.iq                           Tel.: +964 (1) 7180009

**C-037**

Republic of Iraq
Communications and Media
Commission
**Director General Office**

Internal Memorandum

جمهورية العراق
هيئة الإعلام والاتصالات
مكتب المدير التنفيذي العام
مذكرة داخلية

No. 1/M/131                                  [Signature]
Date: 19/6/2014                          Dr. Ali Al Khwildi
                                                            *24/6*

To/Messrs. President and Members of the Board of Commissioners
   **Subject/Revocation of the partnership between Korek and France Telecom/Agility**

Greetings,

Please find enclosed the memorandum of the Director General under No. (130) dated 19/6/2014 in regards to the partnership between Korek and France Telecom/Agility.
For your kind information... with appreciation
**Enclosures:**
-  Memorandum of the Director General mentioned above

[Signature] *24/6*
Handwriting: *I reserve and propose to give a timeline for Korek and France Telecom to meet the conditions contained in the* [cut off]
    -    *The Board approved by majority the revocation of the partnership as indicated in letter 1/M/131.*

[Signature]                                  [Signature]
Dr. Safaa Aldine Rabee                *Jasem Alami*
Director General                           *24/6/2014*

*Statement of the mandating reasons for the previous correspondence* [illegible]
[Signature] *Salem Mashkour 24/6/2014*

 [Signature]                                  Khalil [Illegible]
 Dr. Safaa Aldine Rabee                *[Signature]*

Copy to:
-  File of internal memorandums

E-mail: enquiries@cmc.iq
P.O.Box 2044 Jadreiah Baghdad-Iraq          Al Masbah/Babel Quarter
Fax: 00964(1)7195839                              Baghdad - Iraq
Website:www.cmc.iq                               Tel.: +964 (1) 7180009

**4**

**C-037**



Republic of Iraq
Communications and Media
Commission
Director General Office

جمهورية العراق
هيئة الإعلام والاتصالات
مكتب المدير التنفيذي العام

No.: 1/M/130
Date: 19/6/2014

Subject/ Revocation of the partnership between Korek and France Telecom/Agility

In reference to the letter of Korek company under No. (11-50) dated 13/3/2011,
In reference to the meeting report dated 21/4/2011,
In reference to the letter of our Commission under No. (2713) dated 29/5/2011,
In reference to the letters of Korek company, the first one under No. (11-95) dated 5/6/2011, and the second under No. (116-011) dated 9/8/2011,
And in reference to the letter of our Commission under No. (9642) dated 10/12/2013,
We would like to clarify to your esteemed Board as follows:

1. It is evident to our Commission that our reviews and inquiries, in regards to the partnership between Korek and the foreign French company France Telecom/Agility, did not receive any reply which proves the lack of seriousness of the foreign partner even to prove that the conditions, upon which the partnership is based, have been met.

2. It is also evident to our Commission, through our vigorous follow-up about the activity of the foreign company/Agility in the field of the desired partnership, that there is a certain and obvious defect in the partnership, based on the following:

- The foreign French company France Telecom/Agility did not invest amounts of USD 800 million to support, activate and develop the activity of Korek company, whereas the partnership was limited to the fact that the foreign company has granted a loan to Korek company which benefited the foreign company, in addition to payment by the latter of a part of its debts by owning shares in the capital of Korek company.

- Noting that the partnership and investment of the amounts specified above, according to the letter of Korek company No. (11-50) dated 13/3/2011, required the foreign company to actually invest these amounts by increasing the company's capital and issuing new shares for an amount not less than USD 800 million to be fully underwritten in cash by the foreign company to implement the partnership and carry out an actual investment of the amounts to be invested, which was not realized.

- For the purpose of transparency, it is necessary to confirm that the capital increase, which Korek company is committed to implement for the validity of the desired partnership, would have led at the end to cause ownership to the foreign company of a share in the company's capital according to the structure that was previously proposed at 44%, that is to say the mentioned share shall be equivalent to the value of underwriting in the capital specified at an amount of USD 800 million, while the fact has led to cause ownership to the foreign company of the 44% against debts and interest without actual investment in the legal meaning of the investment and partnership, whereas the result was to change Korek company from debtor for the benefit of third parties to debtor for the interest of the foreign company mentioned above,

E-mail: appeals_cmc@ymail.com
P.O.Box 2044 Jadreiah Baghdad-Iraq          Al Masbah/Babel Quarter
Fax: 00964(1)7195839                         Baghdad - Iraq
www.cmc.iq                                   Tel.: +964 (1) 7180009

**C-037**



Republic of Iraq
Communications and Media
Commission
Director General Office

which rendered the operation a false partnership that only aims to transfer, purchase and assign debt from a third party to new shareholders while keeping the company's indebtedness and amending the creditor.

- The foreign French company France Telecom/Agility did not develop investment, technical, financial and commercial plans, and did not hire the necessary experienced individuals which would have allowed the development of the communications sector in Iraq.

- The foreign French company France Telecom/Agility did not provide extensive technical help as necessary to improve the quality, extent and coverage of services throughout Iraq.

- The foreign French company France Telecom/Agility did not provide the necessary financing to enable Korek company to commit to settle the dues payable thereby, which constituted a threat to the license granted to the company.

- Korek company did not expand and develop its services and network, and did not increase the number of subscribers in an appropriate way in line with the results desired from partnership, leading to failure to invest in the frequencies allocated to the company according to the purpose desired from the partnership, which mitigated the increase in the number of subscribers and has also negatively affected the amount of revenues by our Commission as foreseen from the desired partnership.

- Failure to comply with the terms of the license, in particular not listing the company's shares on the Iraq Stock Exchange, which also constituted a threat to the license granted to the company.

3.   Thus, after the lapse of more than two years from the partnership desired between Korek company and the foreign French company France Telecom/Agility, it was obvious to our Commission that the desired partnership is unfounded in matter of law and fact, and that this false partnership only covers a borrowing operation and foreign intervention in the affairs of the Iraqi communications sector without any intention to support the policy of the Iraqi government.

Whereas this matter only helped to realize material and moral benefits to the foreign French company France Telecom/Agility at the expense of the Iraqi communications sector without any real intention to realize any valuable actual gain to Korek company.

Whereas what was undertaken by the foreign company in this respect proves the existence of certain intentions not to develop the situation of Korek company to directly or indirectly take over and manage its funds and rights in light of overwhelming it with debts and interest, which contradicts the principle of partnership and sharing of profit and obligations.

Whereas the desired partnership became limited only to earning profits and interest without any intention to undertake the obligations, burdens and losses, and also without intention to put at the disposal of the company, and within its capital, cash allowing it to deal with its requirements and carry out its obligations.

Whereas the approval of the Communications and Media Commission to the partnership between Korek company and the foreign French company France Telecom/Agility was an approval conditional upon meeting all the conditions and obligations mentioned above, upon which its validity is based.

Whereas the expired period to meet these conditions is sufficient and the quick intervention of our Commission is now required to prevent any harm to the communications sector and to the national resources of Iraq.

E-mail: appeals_cmc@ymail.com
P.O.Box 2044 Jadreiah Baghdad-Iraq          Al Masbah/Babel Quarter
Fax: 00964(1)7195839                                     Baghdad - Iraq
www.cmc.iq                                                       Tel.: +964 (1) 7180009

**6**

**C-037**



**Republic of Iraq
Communications and Media
Commission
Director General Office**

Whereas the Board of Commissioners, based upon the role of our Commission to protect, supervise and maintain the communications sector, and after long and deep study, and under the negative dealing by Korek company and by the foreign French company France Telecom/Agility in this respect, we kindly request your esteemed Board to approve consideration of the partnership desired between Korek company and the foreign French company France Telecom/Agility as null, void and invalid for failure to meet the relevant partnership conditions and for lack of justifications without any legal or material effects of any type whatsoever to our Commission provided that the company directly proceeds, within a period of no later than 15 days from the date of notification of this decision, to reinstate the status as it was before 13/3/2011, thus to take the appropriate procedures to revoke and terminate any contracts assigning shares in the company's capital and prove this revocation in the entries of the companies registrar. Otherwise, Korek company shall bear all the legal consequences in case of their failure to obey and implement the content of the decision mentioned above.

With appreciation,

[Signature]
Dr. Safa Aldin Rabee
Director General

E-mail: appeals_cmc@ymail.com
P.O.Box 2044 Jadreiah Baghdad-Iraq          Al Masbah/Babel Quarter
Fax: 00964(1)7195839                              Baghdad - Iraq
www.cmc.iq                                            Tel.: +964 (1) 7180009

**C-037**



Head Office

No.: 11-50
Date: 13/3/2011

Dr. Borhan Shawi
Director General of the Communications and Media Commission
Baghdad - Iraq

Subject: Request for approval to transfer the shares of Korek Telecom company in order to ensure a strategic investment through the contribution of France Telecom (Orange) company

Greetings,

On behalf of Korek Telecom company, I would like to write to you requesting your approval to the agreement indicated below, which Korek company is seeking to implement, noting that it strongly supports the policy of Iraq to attract foreign investment, and complies with the requirements of the Commission and the terms of the license granted to us.

I would like to confirm, as a result of extensive negotiations from France Telecom and Agility, that it declared its intention to mainly invest in Korek Telecom company.

This important investment will benefit Iraq, with a value exceeding USD 800 million, to support the policy of the Iraqi government in this respect. The mentioned investment will be spent to develop the services and network of Korek Telecom company in Iraq and will also support the desire of Korek company to carry out its financial and investment obligations arising from the provisions of the license granted thereto by the esteemed Commission.

As part of this process, France Telecom (Orange) and Agility will provide extensive and necessary technical support to improve the quality, extent and coverage of services throughout Iraq.

Each of France Telecom and Agility are committed, upon completion of this agreement, to transfer an amount of USD 125 million to the account of the Commission on behalf of Korek company for the instalment which the company had to pay by the end of 2010.


[Signature]
[seal:] Communications and Media Commission, confidential, Incoming No. 26, 14/3/[illegible] [illegible handwriting]
[Seal: Korek: Head Office]

**8**

Handwriting: *Mr. Hinderin*

| Korek Telecom Ltd. established in Iraq since 2000 by the shareholders |
|---|
| Sirwan Saber Mustafa          Jawshin Hassan Jawshin       Jiqsy Hamo Mustafa |

| CSLTD company established outside Iraq by the Iraqi shareholders |
|---|
| Sirwan Saber Mustafa        Aso Mohamed Ali    Jawshin Hassan Jawshin       Jiqsy Hamo Mustafa |

| Korek Telecom Holding (IH) company intended to be established in Dubai by | |
|---|---|
| Global Korek Telecom (CS Ltd) company partnership at 56% of the shares | IT Ltd company contributing at 44% of shares established between Orange and Agility |

By virtue of the holding companies law, Korek Telecom Holding company is not a substitute for Iraqi Korek Telecom company, which intends to provide a guarantee for France Telecom/Agility company to protect its rights to own the shares outside Iraq as the shareholding is structured for most major companies operating in Iraq.

The holding companies are similar to the corporate group aiming to manage the companies' shares, as an umbrella company, approved in most international stock exchange markets, recognized by virtue of Commerce and Companies Law in most countries of the world and approved under the international commercial rules.

Thus, we kindly ask your esteemed Commission to approve the project to establish Korek Telecom Holding company in partnership with IT Ltd according to the aforementioned, based upon the provided legal basis, in application of the economic strategies approved in Iraq and in line with Order 65 issued by the coalition authority in order to serve the communications sector in Iraq, to enable our Company to enter into fair competition at the level of Iraq, and to meet our request.

With appreciation,

[Signature]
Sirawan Saber Mustafa
Chairman of the Board of Directors
[Seal of Korek, Head Office]

---

Korek Telecom Co.
45 Kurdistan Str.                                          www.korektel.com
Salahideen, Erbil-IRAQ                                     Mail: info@koraklet.com
        Tel: (066) 2423406          Mob: (0750) 4450022    Fax: +964 750 4460022

**9**

**C-037**

As mentioned during the meeting held between the Commission and France Telecom last 16 January, Korek company will, after a few weeks from completion of the agreement, present its practical program for full service coverage.

As a condition to carry out this investment, the full ownership (100%) of the current shareholding in Korek will be transferred to a holding company to be established in Dubai International Financial Centre into which France Telecom/Agility will make their investment.

Capital increase leads France Telecom/Agility to indirectly obtain 44% of Korek shares and the Iraqi shareholders will keep in Korek capital 56% of the other company shares and Korek Telecom will notify the Commission on a regular basis of the accurate proportions of the holding company shares.

We would also like to confirm that transfer of the shares mentioned above will not affect the management of Korek company in Iraq, which will completely remain in Iraq subject to the provisions of the license signed with you, and thus subject to the instructions of the esteemed Commission.

In light of the foregoing, we kindly ask you to approve the transfer of Korek Telecom's shares outside Iraq and the investment by each of France Telecom (Orange) and Agility in Korek company according to the provisions of Chapter H/24 of the license.

With best regards,

[Signature]
Sirwan Saber Mustafa
Chairman of the Board of Directors

[Seal of Korek, Head Office]


Copy to:

:      Eli Girard, Senior Executive Vice President, France Telecom Group الـ   –

Tanek Sultan, Chairman, Agility Group الـ   –

Korek Telecom Co.
45 Kurdistan Str.                                           www.korektel.com
Salahideen, Erbil-IRAQ                                    Mail: info@koraklet.com
          Tel: (066) 2423406          Mob: (0750) 4450022     Fax: +964 750 4460022

**C-037**



In the name of God, All Mighty, All Merciful

Thursday, 21/4/2011
At 10:30


Subject/Meeting report

The persons, whose names are listed below, held a meeting in order to discuss the partnership between Korek Telecom company and France Telecom company:

1. Mr. Hinderin Osman Khaled              Head of the Legal Department/Korek

2. Mr. Fadel Al Tawi                       Regional Department/Korek

3. Dr. Hamid Aqrawi                        Vice-President /Korek

4. Dr. Nozad Hussein Khairy                Vice-Chairman/Korek

5. Dr. Jiqsy Hamo Mustafa                  Head of the Financial Department/Korek

6. Dr. Borhan Shawi                        Director General /Communications and Media
                                           Commission

7. Dr. Sharkout Naqis                      Member of the Board of Commissioners /
[Signature]                                Communications and Media Commission

8. Dr. Ahmed Al Amri                       Member of the Board of Commissioners/
[Signature]                                Communications and Media Commission

9. Dr. Iraq Mohamed Ali Neemeh            Head of Financial Department/ Communications

                                           and Media Commission

10. Dr. Najeh Neemeh Al Khafaji            Financial Consultant/ Communications
[Signature]                                and Media Commission

11. Dr. Karim Akla Al Sameri               Legal Consultant/ Communications and
[Signature]                                Media Commission

12. Dr. Salem Abdul Kader Jasem            Head of Legal Department/
[Signature]                                Communications and Media
                                           Commission

13. Dr. Mohamed Al Gharbawi                Head of Frequencies Spectrum Department /
[Signature]                                Communications and

                                           Media Commission

14. Dr. Mohamed Qasim                      Legal Department/ Communications
[Signature]                                 and Media Commission

**11**



15. Dr. Karim [illegible]                    [illegible] [Signature]

                                             Financial Department/ Communications and Media
16. Bassel Naim                              Commission

And the following subjects, listed in the agenda, were discussed:

1. Mechanism of partnership between Korek and France Telecom companies

2. Compatibility of this partnership with the licensing agreement

3. Guarantees requested by the Communications and Media Commission for the purpose of settlement of the amounts payable by Korek company.

4. It was agreed as follows:

1 - Korek company requested approval to dispose of the license for the interest of a third party based upon Article 24, paragraph b, being Korek Holding company that is intended to be established in Dubai provided that the latter contributes to the company composed of Orange and Agility; 56% of the shares to CS Ltd company and 44% of the shares to IT Ltd company composed of Orange and Agility provided that the approval is based upon the following conditions: [signature]                    [signature]
                    [signature]

In case of failure to meet any of the following conditions, this approval shall be considered invalid and all consequences thereof are invalid, and Korek company shall not be entitled to file an appeal against the decision

**C-037**



of revocation thereof whereas it shall be revoked by a decision of the Commission without any need for a notice or court judgment.

1- Settlement of the amounts within a limited period.

2. Providing the relevant documents of the companies that will be involved in the obligations and rights of the license contract.

3. Commitment to implement the obligations of partnership and that Korek company is the party that is committed towards the Communications and Media Commission.

4. Iraqi laws shall be applicable to the disputes in regards to the licensing contract, in particular the Law on Collecting Governmental Debts No. 56 of year 1977.

5. Commitment of Korek company to list its shares on the Iraq Stock Exchange based upon Article 23, paragraph 2, of the license contract and within the specified period.

6. The previous items  shall be presented to the Director General of the Commission and the Board of Commissioners to issue the appropriate decision.

[Strikethrough: The report was concluded on 21/4/2011 *Thursday*]
[Signature]      [Signature]      [Signature]      [Signature]      [Signature] [illegible handwritten text]

(3)

**13**



Email: Enquiries@ncmc-iraq.org
Website: http://www.ncmc-iraq.org
Tel: + 964 (1) 7187119

Korek company submitted its objection to the conditions above and declared its commitment to the following conditions:

1. Specification of the amounts requested by the Communications and Media Commission that are payable by Korek company, being an amount of USD [illegible] million with an amount of 6% for interest.

2. Commitment by Korek company to all the terms of the license contract and the Iraqi laws in force.

Thus, the report was concluded on Thursday, 21/04/2011.

| [Signature] | [Signature] | [Signature] | [Signature] |
| [illegible] | Borhan Shawi | Ahmed Al Amri | [illegible] |

| [Signature] | [Signature] | [Signature] | [Signature] |
| Hinderin Osman | Khaled Salem | Abdul Kader Jasem [illegible] | Mohamed Qasim |

| [Signature] | [Signature] | [Signature] | [Signature] |
| [illegible] | [illegible] | Bassel Naim | [illegible] |
|  | 21/4/2011 | 21/4/2011 | 21 April 2011 |

**14**



هيئة الإعلام والإتصالات
كۆمیسیۆنی راگه یاندن وگه یاندن
Communications and Media Commission

No.: 2713
Date: 29/5/2011

To/Korek Telecom Company

Subject/Approval

Greetings,

Based on your letter no. (11-05) dated 13/3/2011; in execution of the decision by the Board of Commissioners No. 16 dated 19/5/2011; based upon the approval of the Ministry of Finance/General Commission for Taxes in their letter No. (61S/959) dated 24/5/2011; for the purpose of developing investment in order to provide the best services in the field of telecommunications throughout Iraq; based upon the authorities granted to us as per Order No. 65 of 2004; and in application of the provisions of Article 24, paragraph b, of the licensing contract with Korek company, we have decided the following:

The Commission approved the partnership between Korek Telecom Ltd. (Licensee) with the French company France Telecom, according to the following conditions:

1. Payment of the dues of the first instalment being USD 125,000,000 (only one hundred twenty five million US Dollars) with their legal interest being USD 37,500,000 (only thirty seven million and five hundred thousand US Dollars) upon signature of the partnership contract. Otherwise the Commission will apply the provisions of Section 9(I) of Order No. 65 of 2004 (Commission's law in effect) without notice or court judgment.

2. Commitment to pay the remaining due instalments according to the schedule specified in Cabinet resolution No. 89 of 2010.

3. Commitment to all the conditions and legal, financial and technical obligations indicated in the licensing contract including the provision of Article 24 in regards to listing the shares on the Iraq Stock Exchange.

4. Commitment to all the applicable laws of the Republic of Iraq including the provisions of Order No. 65 of 2004 or any law replacing it.

| | |
|---|---|
| **Email:enquiries@cmc.iq** | |
| **Website:http://www.cmc.iq** | Al Masbah/Babel Quarter |
| **P.O.Box 2044 Jadreiah Baghdad - Iraq** | Baghdad - Iraq |
| **Fax: 00964(1)7195839** | Tel.: +964(1)7180009 |



هيئة الإعلام والإتصالات
كۆمیسیۆنی راگه یاندن وگه یاندن
Communications and Media Commission

5.  Providing the Commission with the technical, financial and commercial plans upon signature of the partnership contract.

Our approval shall be considered valid from the date of receiving your letter approving the abovementioned.

With appreciation,

[Signature]
Dr. Borhan Shawi
Director General
Director General of the Commission

[Seal of the Communications and Media Commission, Outgoing]

**Copy to:**
-  Office of Prime Minister/For your kind information, with appreciation...
-  Parliament/Labour and Services Commission/ For your kind information, with appreciation...
-  Parliament/Legal Commission/ For your kind information, with appreciation...
-  Federal Board of Supreme Audit/Board President Office/ For your kind information, with appreciation...
-  Ministry of Finance/General Commission for Taxes/ For your kind information, with appreciation...
Ministry of Trade/Companies Registrar/ To take the necessary procedures and inform us of the partnership contract, with appreciation...
-  Ministry of Industry and Minerals/Trademarks Department/ For your kind information and to take the necessary procedures, with appreciation...
-  Director General Office
-  Board of Commissioners' Office
-  Financial Department
-  Legal Department
-  Frequencies Department
-  Audit
-  Outgoing file

| | |
|---|---|
| **Email:enquiries@cmc iq** | |
| **Website:http://www.cmc.iq** | Al Masbah/Babel Quarter |
| **P.O.Box 2044 Jadreiah Baghdad - Iraq** | Baghdad - Iraq |
| **Fax: 00964(1)7195839** | Tel.: +964(1)7180009 |

  

Head Office

No.: 95-11
Date: 5/6/2011

**To/Communications and Media Commission**

Subject/ Approval

Greetings,

In reference to the letter of your esteemed Commission under No. 2713 dated 29/5/2011, our company declares consent of the conditions indicated in your letter above, as our company would like to support and promote investment, develop the communications field and provide the best services to the citizens.
For your kind information... With appreciation..

[Signature]
Sirwan Saber Mustafa
Chairman of the Board of Directors



[Incoming No. 2294, dated 14/6/2011]

**Copy to:**
- Office of Prime Minister/For your kind information, with appreciation...
- Parliament/Labour and Services Commission/ For your kind information, with appreciation...
- Parliament/Legal Commission/ For your kind information, with appreciation...
- Federal Board of Supreme Audit/Board President Office/ For your kind information, with appreciation...
- Ministry of Finance/General Commission for Taxes/ For your kind information, with appreciation...
- Ministry of Trade/Companies Registrar/ For your kind information, with appreciation...
- Ministry of Industry and Minerals/Trademarks Department/ For your kind information, with appreciation...

Korek Telecom Co.
45 Kurdistan Str.                                    www.korektel.com
Salahideen, Erbil-IRAQ                              Mail: info@koraklet.com
Tel: (066) 2423406          Mob: (0750) 4450022    Fax: +964 750 4460022

**17**

C-037



Office of the Chairman

مكتب رئيس مجلس الادارة

No.: 116-011
Dated: 9/8/2011

To: Communications and Media Commission
Subject: Settlement of dues

Greetings,

In reference to your letter No. 2713 dated 29/5/2011 in regards to the partnership contract between Korek Telecom and France Telecom, we would like to inform you that the final partnership contract was signed between both companies.

In execution of clause 1 of your letter mentioned above, we would like to inform you that we transferred to your bank account an amount of USD 162,500,000 (one hundred sixty two million five hundred thousand US Dollars) including the following:

USD 125,000,000 (only one hundred twenty five million US Dollars) from the dues of the second instalment, the first payment of the license amount with the legal interest incurred thereto being USD 37,500,000 (only thirty seven million and five hundred thousand US Dollars). We kindly ask you to confirm receipt thereof.

And we would like to confirm our commitment to all the terms of the license contract.

With best regards,

Korek-Building            Tel: (066) 2423406
45 Kurdistan Str. Salahideen   Mob: (0750) 4450022
Erbil-IRAQ               Fax: +964 750 4460022        www.korektel.com
                                     Mail: info@koraklet.com

**18**



Office of the Chairman

مكتب رئيس مجلس الادارة

Enclosures: Notification of depositing the amount for the Commission

[Signature]
Sirwan Saber Mustafa
Chairman of the Board of Directors


Copy to:
- Office of Prime Minister/For your kind information, with appreciation...
- Parliament/Labour and Services Commission/ For your kind information, with appreciation...
- Parliament/Legal Commission/ For your kind information, with appreciation...
- Federal Board of Supreme Audit/Board President Office/ For your kind information, with appreciation...
- Ministry of Finance/General Commission for Taxes/ For your kind information, with appreciation...
- Ministry of Trade/Companies Registrar/ For your kind information, with appreciation...
- Ministry of Industry and Minerals/Trademarks Department/ For your kind information, with appreciation...
- Director General Office
- Board of Commissioners Office
- Financial Department
- Legal Department
- Frequencies Department
- Audit

Korek-Building
45 Kurdistan Str. Salahideen
Erbil-IRAQ

Tel: (066) 2423406
Mob: (0750) 4450022
Fax: +964 750 4460022

www.korektel.com
Mail: info@koraklet.com

**C-037**



**Republic of Iraq**
**Communications and Media Commission**
**Director General's Office**

جمهورية العراق
هيئة الإعلام والاتصالات
[Arabic text]
السيد مكتب المدير العام
التاريخ

No.: 96420
Date: 10/12/2013 to/Korek Telecom Ltd.

### Subject/Inquiry and explanation on the partnership

Greetings,

In reference to the letter of your company No. (11-50) dated 13/3/2011,

And in reference to the letter of our Commission No. 2713 dated 29/5/2011,

And in reference to both letters of your company, the first under No. (11-95) dated 5/6/2011, and the second under No. (116-011) dated 9/8/2011,

After over 2 years of the partnership between you and France Telecom and our investigation into the technical and financial position of your company, we would like to inform you of the following:

1.    The approval of the Communications and Media Commission to the partnership between your company (licensee) and the French company France Telecom, is conditional upon a number of requirements and obligations that must be fulfilled, particularly:

-    Providing the best services in the communications field throughout Iraq.

-    Making use of the French company France Telecom's technologies in terms of establishing investment, technical, financial and commercial plans, and hiring the experienced individuals as necessary to allow development of the communications sector in Iraq.

-    Providing intensive and necessary technical support by France Telecom to improve the quality, extent and coverage of services throughout Iraq.

-    Securing the required funding to enable KOREK to meet its financial obligations, extend and develop its services and network, increase its client base and perform its investment obligations.

-    Complying with the terms of the licensing contract, particularly listing the company shares on the Iraq Stock Exchange.

2.    As of this date, the Commission could not verify that you met the above requirements, which deprives the said partnership of its main goal and enables a foreign company to exploit the resources of the telecom sector in Iraq without any positive returns by the foreign company for the sector.

Thus, and in line with the role of our Commission to sponsor, supervise and maintain the communications sector being an essential component of national wealth, and based upon the authorities granted to us by Order No. 65 of 2004, we kindly request your company, within a period no later than one week from the date of this letter, to provide us with the reasons for the failure to meet the conditions mentioned above upon which the partnership was based, in order to take the necessary steps to allow us to maintain the communications sector in Iraq.

With appreciation,

[Signature]

Dr. Safa Aldin Rabee

Acting Director General

Director General of the Commission

[Seal of the Communications and Media Commission, Outgoing, Administrative Department]

Copy to:

-    Board of Commissioners Office, for your kind information.

-    Communications Regulation Department/ for your kind information.

-    Outgoing file/for filing.

| | |
|---|---|
| Email: enquiries@cmc.iq | Al Masbah/Babel Quarter |
| P.O.Box 2044 Jadreiah Baghdad-Iraq | Baghdad - Iraq |
| Fax:00964(1)7195839 | Tel.: +964(1)7180009 |
| Webster:www.cmc.iq | |



Head Office

No.: 14-09
Date: 22/1/2014

To: Communications and Media Commission

Subject: Final notice

Greetings,

In reference to your letter No. 355 dated 16/1/2014 and your letter No. 9642 dated 10/12/2013, we list below for your esteemed Commission the answers to the inquiries about the partnership with France Telecom/Agility from both financial and technical aspects:

***Financial aspect:***
1. The new shareholders have contributed more than USD 800 million, which helped Korek Telecom company to settle its debts, as well to expand and develop its network throughout Iraq. Without this contribution, Korek company would not have been able to meet its technical and financial obligations towards the creditors and concerned authorities, and would not have had this stable situation.
2. This contribution also helped Korek company to pay an amount of USD 165 million in addition to the interest of your esteemed Commission in 2011 according to the agreed-upon schedule.
3. Later Korek company could have been able to settle the remaining license payments according to the agreed-upon schedule; however, unfortunately due to the legal disputes, pending before courts and competent authorities with your esteemed Commission, the payments were suspended until the disputes are settled.

***Technical aspect:***
We would like to highlight that Korek company had, after the partnership, appointed a new administrative team that is highly qualified and composed of an executive director, financial director, commercial director and technical director etc... with the support of the shareholders to enable this team to lead the company to expand its network throughout Iraq. In fact, the new administrative team succeeded in realizing big achievements in a short time and despite many difficulties. We detail for you below some of the achievements realized under the leadership of the new team which showed the real value of Korek company to its shareholders and has therefore developed the communications sector in Iraq:
1. Establishing more than 1000 new stations throughout Iraq, representing more than double the number of the stations that existed before partnership, noting that out of 1000 new stations, more than 700 stations were established outside the northern regions.
2. Adding more than 2.7 million actual subscribers, noting that this number represents more than double the number of the subscribers before the partnership, including more than 1.4 million subscribers from outside the northern regions after partnership.

Korek Telecom Co.
45 Kurdistan Str.
Salahideen, Erbil-IRAQ
Tel: (066) 2423406          Mob: (0750) 4450022

www.korektel.com
Mail: info@koraklet.com
Fax: +964 750 4460022

**21**

 

Head Office

3.   As a result of establishing new stations and supporting the shareholders, the company's revenues increased from USD 351 million to around USD [illegible] million from 2010 to 2013, being an increase of around 100% of the revenues after the partnership, which had a positive effect in increasing the share of your esteemed Commission from the company's net revenues.

4.   An independent company has recently conducted a study and evaluation of the performance of Korek's network and the level of its subscribers' satisfaction with the quality of services provided, and the results thereof were very positive and this company has admitted that Korek company manages a network of high quality and that its subscribers are very satisfied with the services received provided.

5.   Also recently, with the support of France Telecom company, Korek company implemented the CBIO system (Charging and Billing in One) system from the international company Ericsson, the only one in Iraq and the Middle East, and the fourth worldwide. This system, which is developed by Ericsson company, will provide Korek's subscribers with control and service quality. By proceeding with this system, Korek company has a single revenue management system for all its services and subscribers, totaling more than five million active subscribers throughout Iraq, including features such as discounts, promotional prices and offers, which was announced to the subscribers in the daily newspapers. Please find enclosed a report including the advertisements in the newspapers.

6.   We should note the technical achievements of the partnership, as indicated below:

a.   Updating three main PBX systems in Baghdad, Erbil and Babel to increase the capacity of subscribers and improve the quality of service.

b.   Rebuilding an advanced MW network for the purpose of increasing the network stability and capacities.

c.   Updating the software for the stations and PBX systems as well as the service centre for the subscribers to be upgraded to the latest international techniques that are approved by France Telecom.

d.   Updating a high-speed data service throughout Iraq and adding new services for the subscribers, including:

- Malicious call barring, Anti-sms spam, Anti bill shock, E-top up, etc.
- Developing a service centre for the subscribers in Erbil by adding new devices of higher capabilities and updating a new service centre for subscribers in Baghdad for the service of subscribers in the centre and south of Iraq.
- Purchasing new tools and equipment to improve the performance of the technical operations and the quality of service for subscribers (Osiris, Daset, Astellia) etc.
- Adding updated technical services on the network (new features) to improve the quality of service in the network (IRC) to limit the effect of the radioactive interferences with the network.
- Purchasing meters of non-ionizing radiations as requested by your esteemed Commission in order to show the effect of transmission to the citizens.
- Purchasing Data Warehouse to provide a data system containing accurate information about the financial reports and the technical information.

The facts mentioned above are part of the achievements realized, thus they shall not be considered a comprehensive list of all the benefits resulting from the partnership as the new partnership has many achievements that will help to improve and develop Korek company in the communications field for the betterment of Iraq. It is clear that the new management, the contribution as well as the direct and indirect support by the shareholders of Korek, have contributed a lot to the company and helped to develop the

Korek Telecom Co.
45 Kurdistan Str.                                                    www.korektel.com
Salahideen, Erbil-IRAQ                                          Mail: info@korektel.com
Tel: (066) 2423406          Mob: (0750) 4450022          Fax: +964 750 4460022

**C-037**



Head Office

communications sector in Iraq in the last few years, as these matters would not have been possible without this partnership.

Korek Telecom Co.
45 Kurdistan Str.
Salahideen, Erbil-IRAQ
    Tel: (066) 2423406        Mob: (0750) 4450022

www.korektel.com
Mail: info@koraklet.com
Fax: +964 750 4460022



Head Office

We hope we made it clearer to your esteemed Commission and showed the significant benefits achieved by Korek company and its subscribers through development of the communications sector in Iraq, and we also confirm that we will always make all efforts to develop the communications sector in Iraq.

Thank you for your understanding for our position

With best regards and appreciation

**Enclosures**:

- CBIO reports

[Signature]
Ghada [illegible] Gebara
Executive Director



Copy to:
- Outgoing file

Korek Telecom Co.
45 Kurdistan Str.
Salahideen, Erbil-IRAQ                                        www.korektel.com
                                                             Mail: info@koraklet.com
        Tel: (066) 2423406        Mob: (0750) 4450022    Fax: +964 750 4460022

**24**

**C-037**



[Your choice is right]

**25**

| **Dr. Bahaa Hussein Rabee Al Muraab<br>Candidate of the State of Law Coalition** | | **My vision** |
|---|---|---|
| <br>27<br>Tel.: 000000000<br>Email: dr_bahaal9@yahoo.com | **Who am I?**<br>I am Dr. Bahaa Hussein Rabee, from a known Alawi family of Al Muraab. I was born in the city of Al Hannah, in Al Taq Quarter in 1963. I grew up in this city that is rich with its history and culture. My father is Mr. Hussein Rabee who was martyred by the American forces. He, may his soul rest in peace, had major impact on the social life of the city of Al Hannah and its suburbs.<br>I suffered as well as my family from the injustice of the ancient regime and my family offered two martyrs in the previous regime period and two martyrs in the religious war initiated by the enemies of Iraq being the terrorists against innocent people. I hold a doctorate in physics and I work as professor in Babel University. I have more than 70 scientific researches published in many specialized scientific journals, and some of my publications are under study as an approved curriculum in the Iraqi universities.<br>I bear the concerns of people and I am keen to keep social contact with them and provide them service as much as possible. I am very positive that Iraq will be saved from the machination of the enemies who intend to harm its people. However, the Iraqis will, with their strength, patience, sacrifices and creativity, be able to build the country which we all share away from the calls for separation, extremism and violence.<br>I seek to be an active member in the Parliament to participate to alleviate the suffering and offer different ideas that are realistic to make changes to the life of Iraqis in general and the people of Babel in particular. | • Iraq where everyone enjoys safety, security, justice, freedom and equality.<br>• Iraq that succeeds to destroy terrorism and protect innocent people from religious targeting.<br>• Babel province to enjoy its rights ensuring its improvement and flourishing in terms of services, job opportunities, human and economic development, and to be the basis for upgrading higher education in Iraq.<br>• Upgrading education in Iraq in support of the teacher, student and administrative cadre, and creating a good educational environment to spread the spirit of creativity and innovation.<br>• Ensuring opportunities to young people for development and growth in an environment that develops their capabilities, encourages their creativity, respects their freedom and develops their economic aspects and capacities.<br>• Realizing social justice and establishing laws to guarantee woman's rights. |

**C-037**

**Together for Iraq**



What I would like to ask from you..

Your participation in the elections are considered a national and ethical duty as well as a right for you guaranteed by the Constitution through which you can choose who has the right to make the decision that concerns the country and your region.

Thus, I would like you, brother, sister, colleagues, to strongly participate in the elections and choose the best in terms of integrity, virtue in action and speaking, proper opinion and mind. This way we can take Iraq in the way of security.

27

Your brother Dr. Bahaa Hussein Rabee Al Muraab

**C-037**

*0750 1111111*

**Golden Lines Distributor**





**Startup Business Plan**

[Signature]

**28**

**C-037**

# Vision & Scope



**Vision**

To build up a national main distributor who provides the Iraqi market with KOREK golden, platinum and diamond numbers as per KOREK pricing policy

| KOREK | Golden Distributor | End users |
|-------|--------------------|-----------|



Korek MDs

End user

Korek SDs

Korek will provide the Golden Distributor with stock of Golden, Platinum and diamond numbers

The Golden Distributor will supply the distribution channels with numbers as per pre set pricing scheme and sales strategies via sales channels.

# Opportunity



Opportunity

- Huge demand for golden numbers in Iraq as kind of social state who are usually high ARPU users.
- Business segment
- First to market with such a concept
- Maximize profit
- Variety of sales channels
- Requested special numbers
- Selling adds within the internet site



# Business Rules

Business Rules

- Outsourcing Concept, to be managed through Independent Entity/Sister Company.
- Commission Margin 25%
- Minimum order $2M.
- Categories/formulas of numbers that are provided Super Silver to Super platinum.
- 15% of numbers' stock will be managed separately by KOREK.
- Special Welcome Pack & Package Design (Dual Branding with KOREK).
- Sales Channels: Sales through conventional channels; Main Distributors, Retailers POS, Korek Shops.
- Direct Sales: Telesales/Call center, Dedicated Corporate & VIP team
- Online Sales: Sales though Dedicated Website for Online Reservation, online Bidding/Auction.



31

# Number Purchase-Online



**C-037**

# Number Purchase-Online

 **ELITE NUMBERS**

⊞ Tell a Friend/Boss     ⊞ Add to favourites   ⊞ View Cart (0)

▸ Elite Numbers™   ▸ Gold Numbers   ▸ Silver Numbers



| |
|---|
| Elite Numbers™ From £700 |
| Gold Numbers™ From £300 |
| Silver Numbers™ From £100 |
| Bronze Numbers™ From £30 |



**ELITE NUMBERS**
*Be Envied, Be The Elite!*

▣ Home
▣ About us
▣ How it works
▣ View mobile numbers
▣ Alphanumeric number
▣ Request a number
▣ Contact us

▵ ▵ Special Offers!

At Elite Numbers™ Ltd we specialise in memorable mobile phone numbers otherwise categorised as either an Elite Number, Gold Number, Silver Number or a Bronze Number. All of our mobile numbers are available on any UK network and a Gold Number can replace your current mobile number.

Whether on contract or Pay As You Go ("See how it works"). The important thing is, once you purchase a memorable mobile number it's ours for life and you can cherish it.

Please use the links below to view the memorable mobile numbers that are currently available today. The numbers are categorised by price, so there is a

 **KOREK** اختبارك صح

**33**

# Number Purchase-Online



# Revenue Stream



| | | |
|---|---|---|
| **Core Revenue** | | Selling KOREK Golden, Platinum & Diamond numbers via multi sales channels.<br>Revenue: Sales value as per KOREK pricing list Profit:<br>- End user           25%<br>- KOREK POSs & MDs    10% | |

| | Auctions | Special Numbers | Adds |
|---|---|---|---|
| **Revenue Generators** | **Golden Distributor**<br>Will be allowed to organize auctions using approved numbers by KOREK through his own web site or an event or any other channels.<br>KOREK will receive (25%)of the extra value of the sold numbers through auctions | **Golden Distributor**<br>Is allowed to request special numbers from KOREK.<br>KOREK will charge the Golden Distributor with 50$ for every approved number. | **Golden Distributor**<br>is allowed to use his own web site for advertising for others. KOREK will has a free advertising offer and special discount for its MDs |

All the operation will be fully automated through web site for all levels



**35**

**C-037**

# Distributor Org. Chart



# Annex 2

| Price category | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 432,000 |
| 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 288,000 |
| 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 126,000 |
| 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 72,000 |
| 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 57,600 |
| 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 50,400 |
| 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 86,400 |
| 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 72,000 |
| 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 57,600 |
| 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 51,840 |
| 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 43,200 |
| 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 37,440 |
| 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 34,560 |
| 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 28,800 |
| 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 34,560 |
| 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 32,400 |
| 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 30,240 |
| 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 25,920 |
| 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 21,600 |
| 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 19,440 |
| 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 57,000 |
| 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 50,400 |
| 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 43,200 |
| 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 36,000 |
| 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 48,000 |
| 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 32,400 |
| 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 34,560 |
| 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 28,800 |



KOREK اختيارك صح

**C-037**

# Sales Forecast & Profit

| Total | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | M12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Core Business | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 382,032 |
| Others | 23000 | 3000 | 3000 | 23000 | 3000 | 3000 | 23000 | 3000 | 3000 | 23000 | 3000 | 49000 | 156,000 |
| Total | 54836 | 34836 | 34836 | 54836 | 34836 | 34836 | 54836 | 34836 | 34836 | 54836 | 34836 | 74836 | 538,032 |

| Other | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | M12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Auctions | 20000 | | | 20000 | | | 20000 | | | 20000 | | 40000 | 120,000 |
| Special Numbers | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 24,000 |
| Adds | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 12,000 |
| Total | 23000 | 3000 | 3000 | 23000 | 3000 | 3000 | 23000 | 3000 | 3000 | 23000 | 3000 | 43000 | 156,000 |



**38**

**C-037**

# Distributor Cost Model

| Cost | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Rent | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 |
| Decoration & Furnature | 15,000 | | | | | | | | | | | 15,000 |
| Salaries | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 129,250 |
| GM | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 27,500 |
| Fin Manager | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 |
| Cashier | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 5,500 |
| Accountant | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 8,250 |
| Sales manager | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 |
| Sales Cor. | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 |
| IT manager | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 |
| Web desiner | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,000 |
| Market manager | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,000 |
| Administration | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 22,000 |
| Web site | 10,000 | | | | | | | | | | | 10,000 |
| Launching event | 50,000 | | | | | | | | | | | 50,000 |
| | 90,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 242,750 |



**C-037**

# Distributor Business Case



Legend: — Acc. Profit   — Acc. Cost

|  | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | M12 |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Profit | 54836 | 34836 | 34836 | 54836 | 34836 | 34836 | 54836 | 34836 | 34836 | 54836 | 34836 | 74836 | 538032 |
| Cost | 90,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,251 | 258001 |
| Net | -35,414 | 19,586 | 19,586 | 39,586 | 19,586 | 19,586 | 39,586 | 19,586 | 19,586 | 39,586 | 19,586 | 59,585 | 280031 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Acc. Profit | 54836 | 89672 | 124508 | 179344 | 214180 | 249016 | 303852 | 338688 | 373524 | 428360 | 463196 | 538032 |  |
| Acc. Cost | 90,250 | 105,500 | 120,750 | 136,000 | 151,250 | 166,500 | 181,750 | 197,000 | 212,250 | 227,500 | 242,750 | 258,001 |  |
| Net | -35,414 | -15,828 | 3,758 | 43,344 | 62,950 | 82,516 | 122,102 | 141,688 | 161,274 | 200,860 | 220,446 | 280,031 |  |



KOREK
اختيارك صح

**40**

# Available Numbers & Potential Value

| Price | 7500 | 7501 | 7502 | 7503 | 7505 | 7506 | 7507 | 7508 | 7509 | 7510 | Total | Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 $ | 83,159 | 27,955 | 90,501 | 16,089 | 57,404 | 24,128 | 6,572 | 4,794 | 89,631 | 94,582 | 444,815 | 44,481,500 |
| 120 $ | 3,813 | 1,227 | 5,124 | 1,940 | 3,972 | 2,784 | 360 | 247 | 3,532 | 5,329 | 28,328 | 3,399,360 |
| 150 $ | 13,418 | 4,003 | 10,911 | 1,608 | 9,196 | 3,188 | 815 | 861 | 7,242 | 11,468 | 62,710 | 9,406,500 |
| 200 $ | 1,808 | 560 | 2,596 | 369 | 2,220 | 754 | 112 | 126 | 1,702 | 2,282 | 12,629 | 2,525,800 |
| 250 $ | 848 | 342 | 1,485 | 680 | 1,492 | 918 | 31 | 105 | 1,372 | 1,422 | 8,703 | 2,175,750 |
| 300 $ | 1,496 | 499 | 1,518 | 368 | 1,094 | 548 | 135 | 133 | 986 | 1,616 | 8,391 | 2,517,300 |
| 350 $ | | 1 | 70 | 72 | 72 | 72 | | | 72 | 72 | 431 | 150,850 |
| 400 $ | 792 | 236 | 731 | 128 | 753 | 211 | 29 | 103 | 549 | 782 | 4,344 | 1,737,600 |
| 450 $ | | 2 | 37 | | 40 | 8 | 1 | | 55 | | 143 | 64,350 |
| 500 $ | 720 | 231 | 982 | 231 | 525 | 523 | 22 | 208 | 916 | 873 | 5,231 | 2,615,500 |
| 600 $ | | 67 | 305 | 71 | 142 | 189 | 12 | 391 | 411 | 9 | 1,597 | 958,200 |
| 700 $ | | 15 | 61 | 1 | 49 | 26 | 6 | 55 | 65 | | 278 | 194,600 |
| 750 $ | 72 | 39 | 127 | 21 | 118 | 56 | | 107 | 123 | 72 | 735 | 551,250 |
| 800 $ | | 5 | 60 | | 57 | 27 | | 49 | 64 | | 262 | 209,600 |
| 1,000 $ | 72 | 54 | 173 | 37 | 178 | 90 | 9 | 150 | 185 | 72 | 1,025 | 1,025,000 |
| 1,200 $ | | 2 | 33 | 20 | 32 | 9 | | 21 | 31 | | 148 | 177,600 |
| 1,300 $ | | 2 | 11 | | 13 | 2 | | 7 | 12 | | 47 | 61,100 |
| 1,500 $ | | 13 | 43 | 5 | 40 | 21 | 2 | 25 | 44 | | 193 | 289,500 |
| 1,800 $ | 5 | 1 | 17 | 8 | 13 | 6 | 7 | 21 | 24 | 9 | 116 | 208,800 |
| 2,000 $ | | 2 | 7 | | 6 | 5 | 2 | 3 | 8 | | 33 | 66,000 |
| 2,500 $ | | 2 | 11 | 2 | 9 | 4 | 1 | 8 | 12 | | 49 | 122,500 |
| 3,000 $ | 8 | 2 | 10 | 11 | 9 | 12 | | 8 | 16 | | 76 | 228,000 |
| 3,500 $ | | 1 | 4 | 1 | 8 | 1 | 1 | 8 | 8 | | 32 | 112,000 |
| 4,000 $ | | | 9 | 5 | 9 | | 1 | 8 | | | 36 | 144,000 |
| 5,000 $ | | | 1 | | 1 | | | 1 | 1 | | 4 | 20,000 |
| 7,500 $ | 1 | 3 | 2 | 2 | 3 | 4 | | 7 | 7 | | 29 | 217,500 |
| 30,000 $ | | | 1 | | | | | 1 | 1 | | 3 | 90,000 |
| Grand Total | 106,210 | 15,334 | 114,139 | 21,682 | 77,455 | 33,386 | 8,118 | 7,457 | 57,069 | 118,598 | 550,338 | $73,730,160.00 |



# Annex 1

| Price category | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | M12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36000 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 24000 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 9000 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 6000 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 4800 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 4200 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3600 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 3000 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 2400 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 2160 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 1800 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 1580 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 1440 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 1200 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 960 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 900 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 840 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 720 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 600 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 540 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 480 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 420 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 360 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 300 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 240 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| 180 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| 144 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 120 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |



KOREK   إختيارك صح

42

# Annex 3

| Price category | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | M12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36000 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7100 | 7200 | 88,400 |
| 24000 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 57,600 |
| 9000 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 21,600 |
| 6000 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 14,400 |
| 4800 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 11,520 |
| 4200 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 10,080 |
| 3600 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 17,280 |
| 3000 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 14,400 |
| 2400 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 11,520 |
| 2100 | 864 | 864 | 864 | 864 | 864 | 864 | 864 | 864 | 864 | 864 | 864 | 864 | 13,348 |
| 1800 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 8,640 |
| 1560 | 624 | 624 | 624 | 624 | 624 | 624 | 624 | 624 | 624 | 624 | 624 | 624 | 7,488 |
| 1440 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 6,912 |
| 1200 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 5,750 |
| 960 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 6,912 |
| 900 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 6,480 |
| 840 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 6,048 |
| 720 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 5,184 |
| 600 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 4,300 |
| 540 | 324 | 324 | 324 | 324 | 324 | 324 | 324 | 324 | 324 | 324 | 324 | 324 | 3,888 |
| 480 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 11,520 |
| 420 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 10,080 |
| 360 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 8,640 |
| 300 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| 240 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 8,640 |
| 180 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 6,480 |
| 144 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 6,912 |
| 120 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 5,760 |
| | 17,836 | 31,836 | 31,836 | 31,836 | 31,836 | 31,836 | 31,836 | 31,836 | 31,836 | 31,836 | 31,836 | 31,836 | |



**43**

# Thank You



**C-037**

Republic of Iraq
Communications and Media
Commission
Legal Directorate



جمهورية العراق
هيئة الإعلام والاتصالات
كؤميصيؤني راكه باندن وكَه باندن
الدائرة القانونية

العــدد : ق / ٤ / ٤ / ٥٣٣٥
التاريخ : ٢٠١٤/ ٧ / ٢٠١٤

الى / شركة كورك تيليكوم المحدودة....

م/قرار إبطال الشراكة بين شركة كورك المحدودة و فرانس تيليكوم / اجيليتي

تحيّة طيّبة وبعد،

بالإشارة الى كتاب شركتكم المرقم (١١-٥٠) تاريخ (٢٠١١/٣/١٣)،
وبالإشارة الى محضر الإجتماع تاريخ (٢٠١١/٤/٢١)،
وبالإشارة الى كتاب هيئتنا المرقم (٢٧١٣) تاريخ (٢٠١١/٥/٢٩)،
وبالإشارة الى كتابي شركتكم، الأول المرقم (١١-٩٥) تاريخ (٢٠١١/٦/٥) والثاني
المرقم (١١٦-٠١١) تاريخ (٩-٨-٢٠١١)،
وبالإشارة أيضاً الى كتاب هيئتنا المرقم (٩٦٤٢) تاريخ (٢٠١٣/١٢/١٠)،

نفيدكم أنه بعد دراسة مطولة ومكثفة لموضوع الشراكة بين شركتكم والجهة الأجنبية
فرانس تيليكوم الفرنسية/ أجيلتي ودرس مختلف جوانبه القانونية والواقعية، وتطبيقاً
للصلاحيات الممنوحة لهيئتنا بموجب بنود الإجتماع الذي عقد بتاريخ ٢٠١١/٤/٢١
بين هيئتنا وشركتكم وانطلاقا من الدور الرقابي الذي تمارسه هيئتنا في إطار التثبت
من تحقق شروط التعليق التي بنيت عليها الشراكة لترتيب النتائج القانونية المناسبة
عليها بما فيها إبطال الشراكة المذكورة في ضوء عدم تحقق شروط التعليق مجتمعة،
فقد قرر مجلس الأمناء في جلسته المنعقدة بتاريخ ٢٠١٤/٦/٢٤ بالمحضر رقم
٢٠١٤/١٩ إعتبار موافقة هيئتنا المشروطة على مبدأ الشراكة تاريخ ٢٠١١/٥/٢٩
باطلة ولاغية نتيجة عدم تحقق شروط التعليق التي سبق لكم أن التزمتم بتحقيقها
كاملة بموجب محضر الإجتماع تاريخ ٢٠١١/٤/٢١ وبموجب كتبيكم المتكررة.

لذلك، فإننا نبلغكم بموجب كتابنا الحاضر قرار هيئتنا النهائي باعتبار الشراكة
المرجوة بينكم وبين الجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي باطلة ولاغية
وغير سارية لعدم تحقق وسريان شروط التعليق الخاصة بها ولانتفاء ما يبررها
ودون أية آثار قانونية أو مادية من أي نوع كانت، وننذركم في هذا الإطار بالمبادرة
فوراً وضمن مهلة أقصاها ١٥ يوم من تاريخ هذا الكتاب الى إعادة الحال الى ما

Email: enquiries@cmc.iq
P.O.Box 2044 Jadreiah Baghdad-Iraq
Fax:00964(1)7195839
Website:www.cmc.iq

المسبح / حي بابل
بغداد ـ العراق
هاتف : ٧١٨٠٠٠٩ (١) ٩٦٤+

Republic of Iraq
Communications and Media
Commission
Legal Directorate



جمهورية العراق
هيئة الإعلام والاتصالات
كۆمیسیۆنی راگه یاندن وگه یاندن
الدائرة القانونية

كانت عليه كما كان بتاريخ ٢٠١١/٣/١٣ واتخاذ الإجراءات الكفيلة لإبطال وإلغاء أية عقود تفرغ عن حصص في رأسمال شركتكم تمت بعد تاريخ ٢٠١١/٣/١٣ وإثبات هذا الإبطال في القيود القانونية لدى مسجل الشركات وتزويد هيئتنا بإفادة حديثة تثبت إعادة الحصص الى أصحابها الأساسيين. وبخلاف ذلك تتحمل شركتكم جميع التبعات القانونية وسيصار الى اتخاذ الإجراءات اللازمة بحق شركتكم والكفيلة بإنصياعكمم وتنفيذكم لمضمون القرار المبين أعلاه.

مع التقدير...



د. صفاء الدين ربيع
رئيس الجهاز التنفيذي للهيئة

نسخة منه الى :-

*مكتب السادة الأمناء.. للتفضل بالأطلاع / مع التقدير .
* مكتب السيد رئيس الجهاز التنفيذي .. للتفضل بالأطلاع / مع التقدير
* الدائرة القانونية .. للحفظ مع الاوليات .
*اضبارة الصادر

Email: enquiries@cmc.iq
P.O.Box 2044 Jadreiah Baghdad-Iraq
Fax:00964(1)7195839
Website:www.cmc.iq

المسيح / حي بابل
بغداد - العراق
هاتف : ٧١٨٠٠٠٩ (١) ٩٦٤+



Republic of Iraq
Communications and Media
Commission
**Board of Commissioners**

جمهورية العراق

هيئة الإعلام والاتصالات

مجلس الامناء

العدد: 2014/14

التاريخ: 2014/6/25

السيد المدير العام التنفيذي وكالة المحترم

م/مصادقة

صادق مجلس الامناء في جلسته المنعقدة بتاريخ 2014/6/24 على مقترحكم بابطال مبدأ الــشـراكة بين شركة كورك وفــرانس تيليكـــوم/ انجلـــيـتي، والــوارد في مــذكرتكم المرقمـــة (131/م/1) في 2014/6/19.

مع الشكر والتقدير...

المرفقات:-

* مذكرة الادارة التنفيذية المرقمة (131/م/1) في 2014/6/19.

د.علي ناصر الخويلدي

رئيس مجلس الامناء

Email: commissioners@cmc.iq
P.O.Box 2044 Jadreiah Baghdad-Iraq
Fax:00964(1)7195839
Website:www.cmc.iq

المسبح / حي بابل
بغداد - العراق
هاتف: +964(1)7180009

**48**

Republic of Iraq
Communications and Media
Commission
CEO Office



جمهورية العراق
هيئة الإعلام والاتصالات
مكتب المدير التنفيذي العام
مذكرة داخلية

العدد : ١ / م / ١٣٧
التاريخ : ١٩ / ٦ / ٢٠١٤

الى / السادة رئيس و اعضاء مجلس الامناء المحترمون

## م / أبطال مبدأ الشراكة بين شركة كورك و فرانس تيليكوم /اجيليتي

تحية طيبة ...

نرفق لكم طياً مذكرة مكتب المدير التنفيذي بالعدد (١٣٠) في ٢٠١٤/٦/١٩
بخصوص مبدأ الشراكة بين شركة كورك و فرانس تيليكوم / أجيليتي .

راجين التفضل بالاطلاع ......مع التقدير

المرفقات :
- مذكرة مكتب المدير التنفيذي المذكورة أعلاه

د.صفاء الدين ربيع
رئيس الجهاز التنفيذي

24.6.2014

نسخة منه الى :
- اضبارة المذكرات الداخلية

Email: enquiries@cmc.iq
P.O.Box 2044 Jadreiah Baghdad-Iraq
Fax:00964(1)7195839
Website:www.cmc.iq

المسبح / حي بابل
بغداد ـ العراق
هاتف : ٠٠٩٦٤(١)٧١٨٠٠٠٩

**49**

**C-037**

Republic of Iraq
Communications and Media
Commission
Chief Executive Office



جمهورية العراق
هيئة الإعلام والاتصالات
مكتب المدير التنفيذي العام

العـدد: ١٣٠/م/١
التاريخ: ٢٠١٤/٦/١٩

م/ إبطال مبدأ الشراكة بين شركة كورك وفرانس تيليكوم/اجيليتي

بالإشارة الى كتاب شركة كورك المرقم (١١-٥٠) تاريخ (٢٠١١/٣/١٣)،
وبالإشارة الى محضر الاجتماع بتاريخ (٢٠١١/٤/٢١)،
وبالإشارة الى كتاب هيئتنا المرقم (٢٧١٣) تاريخ (٢٠١١/٥/٢٩)،
وبالإشارة الى كتابي شركة كورك، الأول المرقم (١١-٩٥) تاريخ (٢٠١١/٦/٥) والثاني المرقم (١١٦-١١.٠) تاريخ (٩-٨-٢٠١١)،
وبالإشارة أيضاً الى كتاب هيئتنا المرقم (٩٦٤٢) تاريخ ٢٠١٣/١٢/١٠،

نود ان نوضح لمجلسكم الموقر مايلي:

١- يتبين لهيئتنا أن مراجعاتنا واستفساراتنا بشأن مبدأ الشراكة بين شركة كورك والجهة الأجنبية فرانس تيليكوم الفرنسية/ اجيلتي لم يرد بشأنها أي جواب مما يفيد بعدم جدية الشريك الأجنبي حتى في إثبات تحقق الشروط المبنية عليها الشراكة.

٢- يتبين لهيئتنا أيضاً ومن خلال متابعتنا الحثيثة لدور ونشاط الجهة الأجنبية فرانس تيليكوم الفرنسية/ اجيلتي في مجال الشراكة المرجوة، وجود خلل واضح وأكيد في مبدأ الشركة نثبت بما يلي:

- عدم قيام الجهة الأجنبية فرانس تيليكوم الفرنسية/ اجيلتي باستثمار مبالغ مالية بقيمة ٨٠٠ مليون دولار أميركي لدعم وتفعيل وتطوير نشاط شركة كورك، بحيث اقتصر مبدأ الشراكة على قيام الجهة الأجنبية المذكورة بإقراض مبالغ مالية لشركة كورك، استفادت منها الجهة الأجنبية، فضلاً عن استيفاء الأخيرة لجزء من ديونها عن طريق تملك حصص في رأسمال شركة كورك.

هذا مع العلم أن مبدأ الشراكة واستثمار المبالغ المالية المحددة أعلاه وكما جاء في كتاب شركة كورك المرقم (١١-٥٠) تاريخ (٢٠١١/٣/١٣) كان يحتم على الجهة الأجنبية ضخ فعلياً هذه المبالغ المالية عن طريق زيادة رأسمال الشركة وإصدار أسهم جديدة بقيمة لا تقل عن ٨٠٠ مليون دولار أميركي يتم الإكتتاب بها بالكامل نقداً من قِبَل الجهة الأجنبية لتجسيد مبدأ الشراكة وإجراء ضخ فعلي للأموال المنوي استثمارها، الأمر الذي لم يتحقق.

ومن باب الحرص والشفافية، يقتضي التأكيد على أن زيادة رأس المال الذي التزمت به شركة كورك بتحقيقها لسريان الشراكة المرجوة كانت ستؤدي بنتيجتها الى تمليك الجهة الأجنبية حصة في رأسمال الشركة وفقاً للهيكلية المقترحة سابقاً بنسبة ٤٤%، أي أن تكون الحصة المذكورة موازية لقيمة الإكتتاب في رأس المال المحدد بمبلغ ٨٠٠ مليون دولار أميركي، في حين أن الأمر الواقع أدى الى تمليك الجهة الأجنبية نسبة ألـ ٤٤% مقابل ديون وفوائد ودون أي استثمار فعلي بالمفهوم القانوني للإستثمار والمشاركة، بحيث جاءت النتيجة بتحويل شركة كورك

المسبح/ حيي بابل
بغداد- العراق
هاتف:٩٦٤(١)٧١٨٠٠٠٩+

E-mail:appeals_cmc@ymail.com
P.O.Box 2044 Jadreiah Baghdad- Iraq
Fax: 00964(1)7195839
www.cmc.iq



جمهورية العراق
هيئة الإعلام والاتصالات
مكتب المدير التنفيذي العام

من مدين لصالح أطراف ثالثين الى مدين لصالح الجهة الأجنبية المبينة أعلاه، ما جعل من العملية شراكة وهمية لا تهدف سوى الى تحويل وشراء ونقل دين من طرف ثالث الى مساهمين جدد مع البقاء على مديونية الشركة وتعديل شخص الدائن.

– عدم قيام الجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي بوضع الخطط الإستثمارية والفنية والمالية والتجارية واستقدام الخبرات اللازمة التي تتيح تطوير قطاع الإتصالات في العراق.

– عدم قيام الجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي بتقديم المساعدة الفنية المكثفة واللازمة لتحسين نوعية الخدمات ومداها وشمولها لكافة أنحاء العراق.

– عدم تأمين الجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي للتمويلات اللازمة لتمكين شركة كورك من الإلتزام بتسديد المستحقات المترتبة بذمتها، مما شكل تهديداً بحد ذاته للترخيص الممنوح للشركة.

– عدم توسيع وتطوير خدمات شركة كورك وشبكتها وزيادة حجم المتعاملين بشكل يتناسب مع النتائج المرجوة من الشراكة، الأمر الذي أدى الى عدم استثمار التردادت المخصصة للشركة وفقاً للغاية المرجوة من الشراكة مما انعكس سلباً على زيادة عدد المشتركين وانعكس بدوره سلباً أيضاً على حجم واردات هيئتنا المرتقبة من الشراكة المرجوة.

– عدم الإلتزام ببنود عقد الترخيص ولا سيما إدراج أسهم الشركة في سوق العراق للأوراق المالية، مما شكل أيضاً تهديداً بحد ذاته للترخيص الممنوح للشركة.

٣– وعليه، وبعد انقضاء أكثر من سنتين على الشراكة المرجوة بين شركة كورك والجهة الأجنبية فرانس تيليكوم الفرنسية/أجيلتي، تبين لهيئتنا أن الشراكة المرجوة فاقدة لاساسها القانوني والواقعي وأن هذه الشراكة الموهمة لا تخفي سوى عملية إقراض وتدخل أجنبي في شؤون قطاع الإتصالات العراقي دون أية نية في دعم سياسة الحكومة العراقية.

وبما أن هذا الأمر لم يساهم سوى بتحقيق مكاسب مادية ومعنوية للجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي على حساب قطاع الإتصالات العراقي دون أية نية وحقيقية بإكساب شركة كورك أي مردود فعلي ذو قيمة،

وبما أن ما اتبعته الجهة الأجنبية في هذا الإطار يفيد بوجود نوايا أكيدة بعدم تطوير وضع شركة كورك بهدف الإستيلاء بشكل مباشر أو غير مباشر على أموالها وحقوقها وإدارتها في ظل إرهاقها بديون وأعباء وفوائد تنفي بحد ذاتها مبدأ الشراكة والتشارك في الأرباح والإلتزامات معاً بحيث باتت الشراكة المرجوة تقتصر فقط على جني الأرباح والفوائد دون أية نية بتحمل الموجبات والأعباء والخسائر، ودون أية نية أيضاً بوضع بتصرف الشركة وضمن رأسمالها أموالاً نقدية تتيح لها مواجهة متطلباتها وتنفيذ موجباتها،

وبما أن موافقة هيئة الإعلام والإتصالات على مبدأ الشراكة بين شركة كورك والجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي، كانت موافقة مشروطة ومعلق سريانها على تحقق الشروط والإلتزامات كافة المبينة أعلاه،

E-mail:appeals_cmc@ymail.com
P.O.Box 2044 Jadreiah Baghdad-Iraq
Fax: 00964(1)7195839
www.cmc.iq

المسرب/ حي بابل
بغداد– العراق
هاتف:964(1)7180009+



Republic of Iraq
Communications and Media Commission
Chief Executive Office

جمهورية العراق
هيئة الإعلام والاتصالات
مكتب المدير التنفيذي العام

وبما أن الفترة المنقضية لتحقق هذه الشروط هي فترة كافية وبات يقتضي تدخل هيئتنا السريع لوقف أي تعد على قطاع الاتصالات وعلى الثروة الوطنية للعراق،

وبما أن مجلس الامناء ، وانطلاقا من دور هيئتنا في رعاية قطاع الاتصالات والإشراف والحفاظ عليه ، وبعد دراسة مطولة ومكثفة، وفي ظل التعاطي السلبي من قبل شركة كورك ومن قبل الجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي في هذا الإطار، نطلب من مجلسكم الموقر بالموافقة على اعتبار الشراكة المرجوة بين شركة كورك وبين الجهة الأجنبية فرانس تيليكوم الفرنسية/ أجيلتي باطلة ولاغية وغير نافذة لعدم تحقق شروط الشراكة الخاصة بها ولانتفاء ما يبررها ودون أية آثار قانونية أو مادية من أي نوع كانت على هيئتنا ، على ان تقوم الشركة الى المبادرة فوراً وضمن مهلة أقصاها ١٥ يوم من تاريخ تبليغهم بهذا القرار الى إعادة الحال الى ما كانت عليه كما هو قبل تاريخ ٢٠١١/٣/١٣ وعليهم اتخاذ الإجراءات الكفيلة بإبطال وإلغاء أية عقود تفرع عن حصص في رأسمال الشركه وإثبات هذا الإبطال في قيود سجل الشركات. وبخلاف ذلك تتحمل شركة كورك جميع التبعات القانونية في حالة عدم إنصياعهم وتنفيذهم لمضمون القرار المبين أعلاه.

مع التقدير....

د. صفاء الدين ربيع
رئيس الجهاز التنفيذي

E-mail:appeals_cmc@ymail.com
P.O.Box 2044 Jadreiah Baghdad- Iraq
Fax: 00964(1)7195839
www.cmc.iq

الموسبع/حي بابل
بغداد- العراق
هاتف:+964(1)7180009



كورك تيليكوم
بەريوەبەرايەتى گشتى

**KOREK**
Telecom

Head Office

كورك تيليكوم
المديرية العامة

العدد : 50-11

التاريخ : 2011/03/13

السيد الدكتور برهان شاوي المحترم
المدير العام ورئيس الجهاز التنفيذي لهيئة الإعلام و الاتصالات
بغداد-العراق

الموضوع/ طلب الموافقة على تحويل اسهم شركة كورك تليكوم من اجل تأمين استثمار استراتيجي عن طريق اشتراك
شركة فرانس تليكوم (أورانج)

تحية طيبة

نيابة عن شركة كورك تليكوم اود الكتابة اليكم راجيا موافقتكم عن الاتفاقية الموضحة في أدناه و التي تعمل شركة
كورك عن انجازها، علما بأنها تدعم في جوهرها سياسة العراق في جلب الأستثمار الأجنبي و تتفق مع متطلبات الهيئة
و احكام الرخصة الممنوحة لنا.

و يسرني أن أوكد و نتيجة مفاوضات مكثفة من فرانس تليكوم و أجلتي قد أعلنت عن عزمها في الأستثمار و
يتشكّئ بيوسي في شركة كورك تليكوم

و سيساهم هذا الأستثمار المهم في العراق و التي تزيد قيمتها عن 800$ مليون دولار في دعم سياسة الحكومة
العراقية في هذا المجال و سيتم انفاق الأستثمار المذكور في تطوير خدمات و شبكة كورك تليكوم في العراق و سيدعم
ايضا رغبة شركة كورك في تنفيذ التزاماتها المالية و الأستثمارية المترتبة عن احكام الرخصة الممنوحة لها من قبل
الهيئة الموقرة.

و كجزء من هذا العملية ستقوم فرانس تليكوم (أورانج) و أجلتي بتقديم المساعدة الفنية المكثفة و اللازمة لتحسين
نوعية الخدمات و مداها و شموليها لكافة انحاء العراق.

و تلتزم كل من فرانس تليكوم و أجلتي و عند إكمال هذه الأتفاقية بتحويل مبلغ 125$ مليون دولار الى حساب
الهيئة نيابة عن شركة كورك و ذلك عن تسديد القسط الذي كان على شركة دفعه نهاية 2010.





استاذ كوردش

شركة كورك تيليكوم للإتصالات المحدودة المؤسس في العراق منذ سنة 2000 من قبل المساهمين

سيروان صابر مصطفى      چاوشين حسن چاوشين      جقسي حمو مصطفى

شركة CSLTD المؤسس في خارج العراق من قبل المساهمين العراقيين

سيروان صابر مصطفى    اسو محمد علي    چاوشين حسن چاوشين    جقسي حمو مصطفى

شركة كورك تيليكوم القابضة (IH) الزمع تأسيسها في دبي المكون من

شركة كورك تيليكوم العالمية (CSLtd)
براتج شراكة 56% من الأسهم

شركة (ITLtd) المشارك براتج 44% من الأسهم
والمتكونة بين ( اورنج وأجاتي )

بوجب نظام الشركات القابضة لاتكون شركة كورك تيليكوم القابضة بديلاً عن شركة كورك تيليكوم العراقية ولايحل محله بل أن التصد من ذلك هو لتقديم ضمان لشركة فرانس تيليكوم و أجاتي لحماية حقوقها في ملكية الأسهم خارج العراق كما هو متبع في إدارة الأسهم في معظم الشركات الكبيرة العاملة في العراق.

تشيد الشركات القابضة بمجموعة الشركات والفرض منها هو إدارة أسهم الشركات كمظلة هيكلية معتمدة في معظم الأسواق والبورصات الدولية، معترف بها بوجب قوانين التجارة والشركات في معظم بلدان العالم ومعتمد ضمن قواعد التجارة العالمية.

عليه نطلب من هيئتكم المحترمة الموافقة على مشروع تأسيس شركة كورك تيليكوم القابضة بالشراكة مع (ITLtd) وفقاً للنسب المذكورة، بناءً على الأسس القانونية المتقدمة، وهذا طبيقاً للأستراتيجيات الإقتصادية المعتمدة في العراق وتماشياً مع روح الأمر 65 الصادر من سلطة الإئتلاف وخدمةً لقطاع الإتصالات في العراق وتمكيناً لشركتنا لتنافس شرعي على مستوى العراق وتلبية لطلبنا.

مع التقدير

KOREK
Head Office
المديرية العامة
سيروان صابر مصطفى
(رئيس مجلس الإدارة)

Korek Telecom Co.
45 Kurdistan Str.
Salahideen , Erbil-IRAQ

Tel:(066) 2423406  Mob:(0750) 4450022  Fax: 003248 4460022

www.korektel.com
mail: Info@korektel.com

**54**

وكما تم ذكره خلال الأجتماع الذي عقد بين الهيئة و فرانس تليكوم في 16 كانون الثاني الماضي فإن شركة كورك ستقوم و بعد أسابيع عدودة من إكمال الإضافة بتقديم برنامجها العملي للتخطبة الخدمية الكاملة .

و كشرط لتنفيذ هذا الأستثمار فإن كامل 100% ملكية أسهم المساهمين الحاليين في كورك سيتم نقله الى شركة قابضة يتم تأسيسها في مركز الدولي المالي في دبي و التي ستقوم فرانس تليكوم و أجلتى في استثمار فيها .

و يترتب على زيادة الرأسمال حصول فرانس تليكوم و أجلتى و بشكل غير مباشر على 44% من أسهم كورك و سيحتفظ المساهمون العراقيون في رأسمال كورك بنسبة 56% من باقي اسهم الشركة و ستقوم كورك تليكوم بأشعار الهيئة و بأنتظام بالنسب الدقيقة لأسهم الشركة القابضة.

و نود التأكيد ايضا بأن نقل الأسهم المشار اليه في إعلاه سوف لن يأثر على إدارة شركة كورك في العراق و التي سوف تبقى كليا في العراق و خاضعة لأحكام الرخصة المرقمة معكم و بالتالي خاضعة لتعليمات الهيئة الموقرة.

– في ضوء ما جاء في اعلاه نرجو التفضل بالموافقة على تحويل أسهم كورك تليكوم الى خارج العراق و كذلك على قيام   كل من فرانس تليكوم (أورانج) و أجلتى بالأستثمار في شركة كورك وفق أحكام الفصل ح/24 من الرخصة .

و تفضلوا بقبول فائق التقدير و الأحترام ....



سيروان صابر مصطفى
رئيس مجلس الإدارة

KOREK
Telecom
Head Office
المديرية العامة

نسخة منه الى
–   السيد   Eli Girard, Senior Executive Vice President, France Telecom Group
–   السيد   Tarek Sultan, Chairman, Agility Group

Korek Telecom Co.                                                    www.korektel.com
45 Kurdistan Str.                                                   mail: Info@korektel.com
Salahudeen , Erbil-IRAQ        Tel:(066) 2423406   Mob:(0750) 4450022   Fax: 003248 4460022



الهيئة الوطنية العراقية للاتصالات والإعلام
THE IRAQI NATIONAL COMMUNICATIONS AND MEDIA COMMISSION

Email: enquiries@nemc-iraq.org
Website: http://www.ncmc-iraq.org
Tel.: + 964 (1) 7187119









هيئة الإعلام والإتصالات
كۆميسيۆنى راگه ياندن وگه ياندن
Communications and Media Commission

العدد: ٧١٢ح
التاريخ:٩/٥/٢٠١١ح

إلى / شركة كورك تيليكوم ...

م/موافقة

تحية طيبة،

كتابكم المرقم (١١-٥٠٠) في (١٣/٣/٢٠١١) وتنفيذا لقرار مجلس الأمناء رقم (١٦) في (١٩/٥/٢٠١١) واستنادا إلى موافقة وزارة المالية / الهيئة العامة للضرائب بكتابهم المرقم ( ٦١س/٩٥٩ في ٢٤/٥/٢٠١١ ) و لغرض تنمية الاستثمار وصولا الى تقديم أفضل الخدمات في مجال الاتصالات في عموم العراق و استنادا إلى الصلاحيات المخولة لنا بالأمر ( ٦٥ لسنة ٢٠٠٤ ) و عملا بأحكام المادة ( ٢٤ ) الفقرة ( ب ) من عقد الترخيص مع شركة كورك قررنا ما يلي
وافقت الهيئة على الشراكة بين شركة كورك تيليكوم المحدودة ( المرخص له ) مع شركة فرانس تيليكوم الفرنسية وفق الشروط المالية

١ – تسديد مستحقات القسط الأول البالغة ( ١٢٥٠٠٠٠٠٠ $ ) فقط مائة و خمسة و عشرون مليون دولار أمريكي مع فوائدها القانونية البالغة ( ٢٧٥٠٠٠٠٠ $ ) فقط سبعة و ثلاثون مليون و خمسمائة الف دولار أمريكي عند توقيع عقد الشراكة و بخلافه تطبق الهيئة أحكام القسم التاسع (ثا) من الأمر (٦٥) لسنة ٢٠٠٤ ( قانون الهيئة النافذ ) دون إنذار أو حكم قضائي .

٢ – الالتزام بتسديد الأقساط المتبقية المستحقة وفق التواقيت المحددة بقرار مجلس الوزراء رقم ( ٨٩ لسنة ٢٠١٠ ) .

٣ – الالتزام بجميع الشروط والالتزامات القانونية والمالية والفنية الواردة في عقد الترخيص بما فيها ما ورد في البند ( ٢٤ ) الخاص بإدراج الأسهم في سوق العراق للأوراق المالية.

٤ – الالتزام بجميع قوانين جمهورية العراق النافذة بما فيها أحكام الأمر (٦٥) لسنة ٢٠٠٤ أو أي قانون يحل محله .

mail:enquiries@cmc.iq
:bsite:http://www.cmc.iq
).Box 2044 Jadreiah Baghdad - Iraq
x: 00964(1)7195839

المسبح / حـي بابل
بغداد – العراق
هاتف:964(1)7180009+

**60**



هيئة الإعلام والإتصالات
كۆميسيۆنى راگه ياندن وگه ياندن
**Communications and Media Commission**

٥ ـ تزويد الهيئة بالخطط الاستثمارية الفنية و المالية و التجارية عند توقيع عقد الشراكة .

تعد موافقتنا هذه نافذة من تاريخ استلامنا كتابكم بالموافقة على ما ورد أعلاه.

مع التقدير...



المـدير العـام
رئيس الجهاز التنفيذي للهيئة

نسخة منه إلى/
ـ مكتب دولة رئيس الوزراء/التفضل بالإطلاع ، مع التقدير.
ـ مجلس النواب / لجنة العمل والخدمات/للتفضل بالاطلاع ، مع التقدير.
ـ مجلس النواب / اللجنة القانونية/ للتفضل بالإطلاع ، مع التقدير.
ـ ديوان الرقابة المالية/ مكتب معالي رئيس الديوان للتفضل بالاطلاع ، مع التقدير.
ـوزارة المالية ـ الهيئة العامة للضرائب / كتابكم أعلاه ، مع التقدير.
ـ وزارة التجارة ـ مسجل الشركات ، لاتخاذ ما يلزم و إعلامنا بعقد الشراكة . مع التقدير
ـ وزارة الصناعة و المعادن ـ دائرة العلامات التجارية ، للعلم و اتخاذ اللازم . مع التقدير.
ـ مكتب المدير التنفيذي العام .
ـ مكتب السعادة مجلس الأمناء.
ـ الدائرة المالية.
ـ الدائرة القانونية.
ـ دائرة الترددات.
ـ التدقيق.
ـ اضبارة الصادر.

mail:enquiries@cmc.iq
ebsite:http://www.cmc.iq
O.Box 2044 Jadreiah Baghdad - Iraq
x: 00964(1)7195839

المسبح / حي بابل
بغداد ـ العراق
هاتف: +964(1)7180009

**61**

كورەك تيليكۆم
بەرێوەبەرايەتى گشتى



**KOREK** Telecom

Head Office

كورك تيليكۆم
المديرية العامة

العدد : 95-11
التاريخ : 2011/ 6 /5

الى/ هيئة الإعلام والاتصالات

م/ موافقة

تهديكم شركتنا اطيب تحياتها وبعد ,

إشارة الى كتاب هيئتكم الموقرة ذو العدد 2713 فـــي 2011/5/29 , تعلن شركتنا الموافقة على ما ذكر من شروط في كتابكم اعلاه وذلك ارغبة شركتنا الشديده في دعم وتشجيع الأستثمار وتطوير جانب الأتصالات وتقديم أفضل الخدمات للمواطنين .

للتفضل بالإطلاع ... مع الشكر والتقدير ...



الوارد
الرقم
22.94
2011/6/14



**KOREK** Telecom
Head Office
المديرية العامة

سيروان صابر مصطفى

رئيس مجلس الإدارة

نسخة منه الى :-
- مكتب رئيس الوزراء / للتفضل بالاطلاع ,مع التقدير ...
- مجلس النواب / لجنة العمل والخدمات / للتفضل بالاطلاع ,مع التقدير ...
- مجلس النواب / اللجنة القانونية/ التفضل بالاطلاع ,مع التقدير ...
- ديوان الرقابة المالية /مكتب معالي رئيس الديوان / للتفضل بالاطلاع ,مع التقدير ...
- وزارة المالية/ الهيئة العامة للضرائب / التفضل بالاطلاع ,مع التقدير ...
- وزارة التجارة / مسجل الشركات/ التفضل بالاطلاع ,مع التقدير ...
- وزارة الصناعة والمعادن /دائرة العلامات التجارية/ التفضل بالاطلاع ,مع التقدير ...

Korek Telecom Co.
45 Kurdistan Str,
Salahideen , Erbil-IRAQ

Tel:(066) 2423406    Mob:(0750) 4450022    Fax:9647504460022

www.korektel.com
mail: Info@korektel.com



Office of the Chairman

كورك

مكتب رئيس مجلس الادارة

العدد : 116-011
التاريخ :9-8-2011

الى / هيئة الاعلام والاتصالات الموقرة

م / تسديد مستحقات مالية

تحية طيبة وبعد.....

اشارة الى كتابكم المرقم 2713 في 29-5-2011 والخاص بعقد الشراكة بين شركة كورك تيليكوم و شركة فرانس تيليكوم، نود ان نعلمكم بانه قد تم توقيع عقد الشراكة النهائي بين الشركتين .

وتنفيذاً لما ورد في الشرط (1) من كتابكم المشار اليه اعلاه، نود ان اعلامكم باننا قد حولنا الى حسابكم المصرفي مبلغا قدره 162,500,000 ( مائة واثنان وستون مليون وخمسمائة الف دولار فقط) والذي يتضمن مايلي :

125,000,000 (مائة وخمسة وعشرون مليون دولار ) من مستحقات القسط الثاني الدفعة الاولى لمبلغ الرخصة مع الفوائد القانونية المترتبة عليه البالغه 37,500,000 (سبعة وثلاثين مليون وخمسمئة الف دولار فقط ) راجين من سيادتكم تاكيد الاستلام .

كما نود ان نؤكد على التزامنا بجميع بنود عقد الترخيص

وتقبلوا منا فائق التقدير

Korek Building
45 Kurdistan Str, Salahideen
Erbil-IRAQ

Tel:  (066)  2423406
Mob:  (0750)  4450022
Fax: +964 750 4460022

www.korektel.com
Mail: info@korektel.com

**63**



مكتب رئيس مجلس الادارة



Office of the Chairman

المرفقات: اشعار ايداع المبلغ لصالح الهيئه

سيروان صابر مصطفى

رئيس مجلس الادارة

نسخه منه الي.

- مكتب دولة رئيس الوزراء / للتفضل بالاطلاع ، مع التقدير
- مجلس النواب / لجنة العمل والخدمات /للتفضل بالاطلاع مع التقدير .
- مجلس النواب /اللجنة القانونية / للتفضل بالاطلاع مع التقدير .
- ديوان الرقابة المالية / مكتب معالي رئيس الديوان للتفضل بالاطلاع ، مع التقدير .
- وزارة المالية -- الهيئة العامة للضرائب  مع التقدير .
- وزارة التجارة -- سجل الشركات ، مع التقدير .
- وزارة الصناعة والمعادن -- دائرة العلامات التجارية ، للعلم مع التقدير .
- مكتب المدير التنفيذي العام .
- مكتب السادة مجلس الأمناء .
- الدائرة المالية .
- الدائرة القانونية .
- دائرة الترددات .
- التدقيق .

Korek Building
45 Kurdistan Str, Salahideen
Erbil-IRAQ

Tel:  (066)  2423406
Mob:  (0750)  4450022
Fax: +964 750 4460022

www.korektel.com
Mail: info@korektel.com

**64**

Republic of Iraq
Communications and Media
Commission
Director General's Office



جمهورية العراق
هيئة الإعلام والاتصالات
كؤميسيوني راته باندن وگه باللدن
للخدد **مكتب المدير العام**
التاريخ:
العدد: ٢٦٤٩ ٠٠
التاريخ ٢٠١١/٤/٦ الى / شركة كورك تيليكوم المحدودة....

م/ إستفسار وتوضيح حول مبدأ الشراكة

تحيّة طيّبة وبعد،

بالإشارة الى كتاب شركتكم المرقم (١١ـ٥٠) تاريخ (٢٠١١/٣/١٣)،
وبالإشارة الى كتاب هيئتنا المرقم (٢٧١٣) تاريخ (٢٠١١/٥/٢٩)،
وبالإشارة الى كتابي شركتكم الأول المرقم (١١ـ٩٥) تاريخ (٢٠١١/٦/٥) والثاني المرقم (١١١ـ١١٦) تاريخ (٢٠١١/٨/٩)،

وبعد انقضاء أكثر من سنتين على الشراكة بين شركتكم وشركة فرانس تيليكوم الفرنسية ومتابعة هيئتنا لوضع شركتكم التقني والمالي ، نُعيدكم بما يأتي :

١ـ إن موافقة هيئة الإعلام والاتصالات على مبدأ الشراكة بين شركتكم (المرخص له) وشركة فرانس تيليكوم الفرنسية، هي موافقة مبدئية ومعلقة على تحقق عدد من الشروط والإلتزامات لاسيما:

ـ تقديم أفضل الخدمات في مجال الإتصالات في عموم العراق.
ـ الإستفادة من تقنيات شركة فرانس تيليكوم الفرنسية لجهة وضع الخطط الإدارية والفنية والمالية والكثير من استخدام الخبرات اللازمة لتطوير قطاع الإتصالات في العراق.
ـ تقديم فرانس تيليكوم للمساعدة الفنية المتعلقة واللازمة لتحسين نوعية الخدمات ومداها وشمولها لكافة أنحاء العراق.
ـ تأمين التمويلات اللازمة لتمكين شركة كورك من الإفادة لتجديد المستحدثات التقنية بنمتها وتوسيع وتطوير خدماتها وشبكتها والبني التحتية.
ـ الإدراج المورد عند الترخيص في سوق العراق في سوق العراق للأوراق المالية.

٢ـ لم يتبين لهيئتنا لحد تاريخه تحقق الشروط المبينة أعلاه، مما يؤثر بالتالي السلبي على تحقق الشراكة بصورة غايتها الأساسية ويتيح لشركة أجنبية في الاستفادة من موارد قطاع الإتصالات في العراق بدون أي دور إيجابي من قبل الشركة الأجنبية على النطاق المذكور.

لذلك، وانطلاقاً من دور الهيئة في رعاية قطاع الإتصالات والإعلام والحفاظ عليه بوصفه عنصراً أساسياً من عناصر الثروة الوطنية واستناداً إلى أحكام قانون الاتصالات رقم (٦٥) لسنة ٢٠٠٤ نطلب من شركتكم ضمن مهلة أقصاها أسبوع من تاريخ هذا الكتاب توضيح للهيئة بشأن الأسباب التي حالت دون تحقق الشروط أعلاه التي عُلقت الشراكة على تحققها، ليصار على ضوء ذلك الى اتخاذ الإجراءات اللازمة والكفيلة بالحفاظ على قطاع الإتصالات في العراق.

د. صفاء الدين ربيع
المدير العام بالوكالة
رئيس الجهاز التنفيذي للهيئة

نسخة منه الى:
ـ مكتب السادة الأمناء .. للتفضل بالإطلاع
ـ دائرة تنظيم الاتصالات / للتفضل بالإطلاع
ـ اشيارة الصادر / للحفظ

Email: enquiries@cmc.iq
P.O.Box 2044 Jadreiah Baghdad-Iraq
Fax:00964(1)7195839
Website:www.cmc.iq

المسبح / حي بابل
بغداد ـ العراق
هاتف : ٠٠٩+٩٦٤(١)٧١٨٠

**65**



كورك تيليكوم
بەرێوەبەرايەتى گشتى

**Head Office**

كورك تيليكوم
المديرية العامة

العدد: ١٤-٩-٤٠

تاريخ: ٢٠١٤/١/٢٢

الى/ هيئة الاعلام والاتصالات المحترمة،

م/ انذار نهائي

تهديكم شركتنا اطيب تحياتها وبعد،

إشارة الى كتابكم ذو العدد ٣٥٥ والمؤرخ في ٢٠١٤/١/١٦ وكتابكم ذو العدد ٩٦٤٢ والمؤرخ في ٢٠١٣/١٢/١٠، ندرج لهيئتكم الموقرة ادناه الاجوبة على الاستفسارات عن الشراكة مع فرانس تيليكوم/اجياتي من كلا الجانبين المالي والفني:

## الجانب المالي:

١- المساهمين الجدد قد ساهموا بأكثر من ٨٠٠ مليون دولار مما ساعد شركة كورك تيليكوم بتسديد ديونها و توسيع وتطوير شبكتها في جميع انحاء العراق، فبدون هذه المساهمة لم يكن باستطاعة شركة كورك الإيفاء بالتزاماتها المالية والتقنية تجاه الدائنين والجهات المعنية ولم تكن في هذا الوضع المستقر.

٢- كما ساعدت هذه المساهمة شركة كورك على دفع مبلغ ١٦٥ مليون دولار بالإضافة الى فوائد هيئتكم الموقرة في سنة ٢٠١١ حسب الجدول الزمني المتفق عليه.

٣- فيما بعد كان بإستطاعة شركة كورك دفع المبالغ المتبقية من دفعات الرخصة وفقاً للجدول الزمني المتفق عليها ولكن للأسف النزاعات القانونية العالقة امام المحاكم و الهيئات المختصة مع هيئتكم الموقرة حالت دون استكمال الدفعات حتى يتم حل تلك النزاعات.

## الجانب الفني:

نود ان نسلط الضوء على ان شركة كورك بعد الشراكة قد قامت بتعيين فريق اداري جديد عالي الكفاءة والمتكون من مدير تنفيذي ومدير مالي ومدير تجاري ومدير فني الخ ... وذلك بدعم من المساهمين ليتمكن هذا الفريق من قيادة الشركة الّتي توسيع شبكتها في جميع انحاء العراق، وفعلاً نجح الفريق الاداري الجديد بتحقيق إنجازات كبيرة في وقت قصير ورغم الظروف الصعبة التي واجهها، كما ندرج لحضراتكم ادناه بعض من الانجازات التي تحققت خلال فترة قيادة الفريق الجديد والتي اظهرت القيمة الحقيقية لشركة كورك لمساهميها و بالتالي حققت تطوير في قطاع الاتصالات في العراق:-

١. إضافة اكثر من ١٠٠٠ محطة جديدة في كافة انحاء العراق والتي تمثل اكثر من ضعف عدد المحطات التي كانت موجودة قبل الشراكة، علماً ان من اصل ١٠٠٠ محطة جديدة قد تم انشاء اكثر من ٧٠٠ محطة خارج المناطق الشمالية.

٢. إضافة اكثر من ٢,٧ مليون مشترك للمشتركين الفعليين وهذا العدد يمثل اكثر من ضعف المشتركين قبل الشراكة، ومنهم اكثر من ١,٤ مليون مشترك تقريباً من خارج المناطق الشمالية بعد الشراكة.

www.korektel.com
mail: info@korektel.com

Korek Telecom Co.
45 Kurdistan Str.
Sulaihideen , Erbil-IRAQ

Tel:(066) 2423406   Mob:(0750) 4450022   Fax: 009647504460022

 

كورەك تيليكوم
بەرێوەبەرايەتى گشتى

**Head Office** KOREK

كورك تيليكوم
المديرية العامة

٣. نتيجة اضافة المحطات الجديدة ودعم المساهمين قد ارتفعت ايرادات الشركة من ٣٥١ مليون دولار الى ٦٩٢ مليون دولار تقريباً من سنة ٢٠١٠ لغاية ٢٠١٣ اي زيادة حوالي %١٠٠ من الايرادات بعد الشراكة، فكان لذلك تأثير ايجابي على زيادة حصة هيئتكم الموقرة من ايرادات الشركة الصافية.

٤. اجرت مؤخراً شركة محايدة دراسة وتقييم عن اداء شبكة كورك و نسبة رضاء مشتركيها عن جودة الخدمات المقدمة من قبلها، وكانت النتائج ايجابية جداً بحيث اشادت هذه الشركة ان شركة كورك تدير شبكة عالية الجودة وان مشتركيها راضين جداً عن الخدمات المقدمة من قبلها.

٥. وفي الأونة الاخيرة ايضاً وبدعم من شركة فرانس تيليكوم طبقت شركة كورك نظام الـ (CBIO) من شركة ايركسون العالمية ويشكل حصري في العراق والشرق الاوسط والرابع عالمياً وهو نظام ايتكرئه شركة اريكسون سيزود مشتركي كورك بالتحكم بجودة الخدمة، ومع الشروع بالعمل بهذا النظام تمتلك شركة كورك نظام ايرادات واحد لجميع خدماتها ومشتركيها البالغ عددهم أكثر من خمسة مليون مشترك فعال في انحاء العراق والذي يتضمن مميزات كالخصومات والاسعار والعروض الترويجية، وقد اعلن ذلك المشتركين عن طريق الصحف اليومية ونرفق لحضراتكم تقرير يتضمن الاعلانات في الصحف.

٦. ويجدر ذكر الانجازات من الناحية الفنية بعد الشراكة وكما مبين ادناه:

أ. استحداث ثلاثة بدالات رئيسية في بغداد واربيل وبابل لزيادة سعة المشتركين وتحسين جودة الخدمة.

ب. تم إعادة بناء شبكة (MW) متطورة لغرض استقرار الشبكة وزيادة السعات.

ت. تم تحديث البرمجيات (Software) للمحطات والبدالات وكذلك مركز خدمة المشتركين للارتقاء الى احدث التقنيات العالمية المعتمدة من قبل فرانس تيليكوم.

ث. تم استحداث خدمة بيانات سريعة في كل انحاء العراق وتم اضافة خدمات جديدة للمشتركين ومنها:

- E-TOPUP, ANTI BILLSHOCK, ANTI SMS SPAM, MALICIOUSE CALL BARRING الخ....

- تم تطوير مركز خدمات المشتركين في اربيل باضافة اجهزة حديثة ذات امكانيات اعلى وكذلك تم استحداث مركز خدمة مشتركين جديد في بغداد لخدمة المشتركين في وسط وجنوب العراق.

- تم شراء ادوات ومعدات جديدة لتحسين اداء العمليات الفنية (OPERATION) و جودة خدمة المشتركين (ASTELLIA , DASET , OSIRIS) الخ ...

- إضافة خدمات تقنية مستحدثة على الشبكة (NEW FEATURES) لتحسن جودة الخدمة في الشبكة (IRC) لكبح تأثير التداخلات الراديوية على الشبكة.

- تم شراء اجهزة لقياس الاشعاعات الغير مؤينة والمطلوبة من قبل هيئتكم الموقرة وذلك لبيان تأثير الارسال على المواطنين.

- تم شراء (DATA WARE HOUSE) لتوفير منظومة بيانات تحوي معلومات دقيقة عن التقارير المالية والمعلومات التقنية.

الحقائق المذكورة اعلاه هي جزء من الانجازات التي تحققت فلا يجب ان تعتبر بمثابة قائمة شاملة لكل القيم الناتجة عن الشراكة لان الشراكة الجديدة لها الكثير من الانجازات التي سوف تساعد على تقدم وتطوير شركة كورك في مجال الاتصالات نحو الافضل في العراق، فمن الواضح ان الادارة الجديدة والمساهمة والدعم المباشر والغير المباشر من قبل مساهمين كورك قد خلقوا قيمة عالية للشركة وساعدوا في تطوير قطاع الاتصالات في العراق في السنوات القليلة الماضية، فان هذه الامور لم تكن ممكنة دون هذه الشراكة.

Korek Telecom Co.
45 Kurdistan Str.
Salahideen - Erbil-IRAQ
Tel:(066) 2423406  Mob:(0750) 4450022  Fax: 00964750 4460022
www.korektel.com
mail: Info@korektel.com

C-037

كورك تيليكوم
بەرێوەبەرايەتى گشتى



**Head Office**

كورك تيليكوم
المديرية العامة

نأمل ان نكون قد وضحنا الصورة لهيئتكم الموقرة وتمكنا من عرض الفوائد الكبيرة التي انجزتها شركة كورك ومساهميها من خلال تطوير قطاع الاتصالات في العراق ونؤكد اننا سوف نعمل دائما جاهدين لتطوير قطاع الاتصالات في العراق.

شاكرين تفهمكم لموقفنا

وتقبلوا منا فائق الشكر والتقدير

المرفقات:

-تقارير (CBIO)

KOREK
Head Office
المديرية العامة

*نسخة منه الى:
-- الاضبارة الصادرة

Korek Telecom Co.
45 Kurdistan Str.
Salahideen , Erbil-IRAQ

Tel:(066) 2423406   Mob:(0750) 4450022   Fax: 00964750 4460022

www.korektel.com
mail: Info@korektel.com







000000000 :رقم

dr_bahaa19@yahoo.com :ايميل



حتى متى أنت نائم





# Vision & Scope



**Vision**

To build up a national main distributor who provides the Iraqi market with KOREK golden, platinum and diamond numbers as per KOREK pricing policy

| KOREK | Golden Distributor | End users |
|---|---|---|

Korek will provide the Golden Distributor with stock of Golden, Platinum and diamond numbers

The Golden Distributor will supply the distribution channels with numbers as per pre set pricing scheme and sales strategies via sales channels.

End users

Korek MDs

End user

Korek SDs

# Opportunity



- Huge demand for golden numbers in Iraq as kind of social

  state who are usually high ARPU users.
- Business segment
- First to market with such a concept
- Maximize profit
- Variety of sales channels
- Requested special numbers
- Selling adds within the internet site



# Business Rules

**Business Rules**

- Outsourcing Concept, to be managed through Independent Entity/Sister Company.
- Commission Margin 25%
- Minimum order $2M.
- Categories/formulas of numbers that are provided Super Silver to Super platinum.
- 15% of numbers' stock will be managed separately by KOREK.
- Special Welcome Pack & Package Design (Dual Branding with KOREK).
- Sales Channels: Sales through conventional channels; Main Distributors, Retailers POS, Korek Shops.
- Direct Sales: Telesales/Call center, Dedicated Corporate & VIP team
- Online Sales: Sales though Dedicated Website for Online Reservation, online Bidding/Auction.



750 8188888

Korek Sub Dealers
Korek Main Dealers
Korek Subcribers
Korek Web Site
Korek Shops



**75**



# Number Purchase-Online

ELITE NUMBERS

⊞ Tell a Friend/Boss  ⊞ Add to favourites ▣ View Cart (0)

▸ Elite Numbers™   ▸ Gold Numbers   ▸ Silver Numbers



ELITE NUMBERS
Be Envied, Be The Elite!

| Elite Numbers™ |
| From £700 |
| Gold Numbers |
| From £300 |
| Silver Numbers |
| From £100 |
| Bronze Numbers |
| From £30 |

Home
About us
How it works
View mobile numbers
Alphanumeric numbers
Request a number
Contact us

At Elite Numbers™ Ltd we specialise in memorable mobile phone numbers otherwise categorised as either an Elite Number, Gold Number, Silver Number or a Bronze Number. All of our mobile numbers are available on any UK network and a Gold Number can replace your current mobile number.

Whether on contract or Pay As You Go ("See how it works"). The important thing is, once you purchase a memorable mobile number its yours for life and you can cherish it.

Please use the links below to view the memorable mobile numbers that are currently available today. The numbers are categorised by price, so there is a



KOREK
اكثر من اتصال

# Revenue Stream

| Core Revenue | Revenue Generators | | |
|---|---|---|---|
| | **Auctions** | **Special Numbers** | **Adds** |
|  Selling KOREK Golden, Platinum & Diamond numbers via multi sales channels. Revenue : Sales value as per KOREK pricing list Profit :<br>- End user     25%<br>- KOREK POSs & MDs 10% | **Golden Distributor**<br>Will be allowed to organize auctions using approved numbers by KOREK through his own web site or an event or any other channels .<br>KOREK will receive (25%)of the extra value of the sold numbers through auctions | **Golden Distributor**<br>is allowed to request special numbers from KOREK.<br>KOREK will charge the **Golden Distributor with 50$ for every approved number.** | **Golden Distributor**<br>is allowed to use his own web site for advertising for others.<br>KOREK will has a free advertising offer and special discount for its MDs |

All the operation will be fully automated through web site for all levels



KOREK

**79**



Distributor Org. Chart

# Annex 2



| Price category | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | M12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 36000 | 432,000 |
| 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 24000 | 288,000 |
| 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 108,000 |
| 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 72,000 |
| 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 57,600 |
| 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 50,400 |
| 3600 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 86,400 |
| 3000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 72,000 |
| 2400 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 57,600 |
| 2160 | 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 4320 | 51,840 |
| 1800 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 43,200 |
| 1560 | 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 3120 | 37,440 |
| 1440 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 34,560 |
| 1200 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 28,800 |
| 960 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 34,560 |
| 900 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 32,400 |
| 840 | 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 2520 | 30,240 |
| 720 | 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 2160 | 25,920 |
| 600 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 21,600 |
| 540 | 1620 | 1620 | 1620 | 1620 | 1620 | 1620 | 1620 | 1620 | 1620 | 1620 | 1620 | 1620 | 19,440 |
| 480 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 57,660 |
| 420 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 50,400 |
| 360 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 43,200 |
| 300 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 36,000 |
| 240 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 43,200 |
| 180 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 32,400 |
| 144 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 2880 | 34,560 |
| 120 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 28,800 |
| | 159180 | 159180 | 159180 | 159180 | 159180 | 159180 | 159180 | 159180 | 159180 | 159180 | 159180 | 159180 | |

# Sales Forecast & Profit

### Sales Forecast & Profit 1-xj

| Total | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | M12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Core Business | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 382,032 |
| Others | 25000 | 3000 | 3000 | 23000 | 3000 | 3000 | 23000 | 3000 | 3000 | 23000 | 3000 | 48000 | 156,000 |
| Total | 54836 | 34836 | 34836 | 54836 | 34836 | 34836 | 54836 | 34836 | 34836 | 54836 | 34836 | 74836 | 538,032 |

### Other revenue forecast for other Plan 1-xj

| Other | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | M12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Auctions | 20000 | 2000 | 2000 | 20000 | 2000 | 2000 | 20000 | 2000 | 2000 | 20000 | 2000 | 40000 | 120,000 |
| Special numbers | 2000 | 1000 | 1000 | 2000 | 1000 | 1000 | 2000 | 1000 | 1000 | 2000 | 1000 | 2000 | 24,000 |
| Adds | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | -1000 | 1000 | 1000 | 12,000 |
| Total | 23000 | 3000 | 3000 | 23000 | 3000 | 3000 | 23000 | 3000 | 3000 | 23000 | 3000 | 43000 | 156,000 |



# Distributor Cost Model



| Cost | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Rent | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 |
| Decoration & Furnature | 15,000 | | | | | | | | | | | 15,000 |
| Salaraies | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 11,750 | 129,250 |
| GM | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 27,500 |
| Fin Manager | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 |
| Casheir | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 5,500 |
| Accountant | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 8,250 |
| Sales manager | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 |
| Sales Cor. | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 |
| IT manager | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 |
| Web desiner | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,000 |
| Market manager | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,000 |
| Adminstration | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 22,000 |
| Web site | 10,000 | | | | | | | | | | | 10,000 |
| Launching event | 50,000 | | | | | | | | | | | 50,000 |
| | 90,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 242,750 |

83

# Distributor Business Case



Chart: Acc. Profit — Acc. Cost

| | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | M12 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Profit | 54836 | 34836 | 34836 | 54836 | 34836 | 34836 | 54836 | 34836 | 34836 | 54836 | 34836 | 74836 | 538032 |
| Cost | 90,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,250 | 15,251 | 258001 |
| Net | -35,414 | 19,586 | 19,586 | 39,586 | 19,586 | 19,586 | 39,586 | 19,586 | 19,586 | 39,586 | 19,586 | 59,585 | 280031 |
| | | | | | | | | | | | | | |
| Acc. Profit | 54836 | 89672 | 124508 | 179344 | 214180 | 249016 | 303852 | 338688 | 373524 | 428360 | 463196 | 538032 | |
| Acc. Cost | 90,250 | 105,500 | 120,750 | 136,000 | 151,250 | 166,500 | 181,750 | 197,000 | 212,250 | 227,500 | 242,750 | 258,001 | |
| Net | -35,414 | -15,828 | 3,758 | 43,344 | 62,930 | 82,516 | 122,102 | 141,688 | 161,274 | 200,860 | 220,446 | 280,031 | |



# Available Numbers & Potential Value

| Price | Ranges | | | | | | | | | | Total | Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7500 | 7501 | 7502 | 7503 | 7505 | 7506 | 7507 | 7508 | 7509 | 7510 | | |
| 100 $ | 83,159 | 27,955 | 90,501 | 16,089 | 57,404 | 24,128 | 6,572 | 4,794 | 39,631 | 94,582 | 444,815 | 44,481,500 |
| 120 $ | 3,813 | 1,227 | 5,124 | 1,940 | 3,972 | 2,784 | 360 | 247 | 3,552 | 5,329 | 28,328 | 3,399,360 |
| 150 $ | 13,418 | 4,003 | 10,911 | 1,508 | 9,196 | 3,188 | 815 | 861 | 7,242 | 11,468 | 62,710 | 9,406,500 |
| 200 $ | 1,808 | 550 | 2,596 | 369 | 2,220 | 754 | 112 | 126 | 1,702 | 2,282 | 12,629 | 2,525,800 |
| 250 $ | 845 | 342 | 1,485 | 690 | 1,492 | 918 | 31 | 105 | 1,372 | 1,422 | 8,703 | 2,175,750 |
| 300 $ | 1,496 | 499 | 1,518 | 366 | 1,094 | 548 | 135 | 133 | 985 | 1,616 | 8,391 | 2,517,300 |
| 350 $ | | 1 | 70 | 72 | 72 | 72 | | | 72 | 72 | 431 | 150,850 |
| 400 $ | 792 | 256 | 731 | 128 | 753 | 211 | 29 | 103 | 549 | 792 | 4,344 | 1,737,600 |
| 450 $ | | 1 | 37 | | 40 | 8 | 1 | | 55 | | 143 | 64,350 |
| 500 $ | 720 | 231 | 982 | 231 | 525 | 523 | 22 | 208 | 916 | 873 | 5,231 | 2,615,500 |
| 600 $ | | 67 | 305 | 71 | 142 | 189 | 12 | 391 | 411 | 9 | 1,597 | 958,200 |
| 700 $ | | 15 | 61 | 1 | 49 | 26 | 6 | 55 | 65 | | 278 | 194,600 |
| 750 $ | 72 | 39 | 127 | 21 | 118 | 56 | | 107 | 123 | 72 | 735 | 551,250 |
| 800 $ | | 5 | 60 | | 57 | 27 | | 49 | 64 | | 262 | 209,600 |
| 1,000 $ | 72 | 54 | 173 | 37 | 173 | 90 | 9 | 160 | 185 | 72 | 1,025 | 1,025,000 |
| 1,200 $ | | 2 | 33 | 20 | 32 | 9 | | 21 | 31 | | 148 | 177,600 |
| 1,300 $ | | 2 | 11 | | 13 | 2 | | 7 | 12 | | 47 | 61,100 |
| 1,500 $ | | 13 | 43 | 5 | 40 | 21 | 2 | 25 | 44 | | 193 | 289,500 |
| 1,800 $ | 5 | 1 | 17 | 8 | 18 | 6 | 7 | 21 | 24 | 9 | 116 | 208,800 |
| 2,000 $ | | 2 | 7 | | 6 | 5 | 2 | 3 | 8 | | 33 | 66,000 |
| 2,500 $ | | 2 | 11 | 2 | 9 | 4 | 1 | 8 | 12 | | 49 | 122,500 |
| 3,000 $ | 8 | 2 | 10 | 11 | 9 | 12 | | 8 | 16 | | 76 | 228,000 |
| 3,500 $ | | 1 | 4 | 1 | 8 | 1 | 1 | 8 | 8 | | 32 | 112,000 |
| 4,000 $ | | | 9 | 9 | 9 | | 1 | 8 | | | 36 | 144,000 |
| 5,000 $ | | | 1 | | 1 | | | 1 | 1 | | 4 | 20,000 |
| 7,500 $ | 1 | 3 | 2 | 2 | 3 | 4 | 1 | 7 | 7 | | 29 | 217,500 |
| 30,000 $ | | | | 1 | | | | 1 | 1 | | 3 | 90,000 |
| Grand Total | 106,210 | 35,384 | 114,829 | 21,682 | 77,455 | 33,586 | 8,118 | 7,457 | 57,069 | 118,598 | 580,388 | $73,750,160.00 |

KOREK

# Annex 1



| Price category | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | M12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36000 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 24000 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 9000 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 6000 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 4800 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 4200 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3600 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 3000 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 2400 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 2160 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 1800 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 1560 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 1440 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 1200 | 2 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 960 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 900 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 840 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 720 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 600 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 540 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 480 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 420 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 360 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 300 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 240 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| 180 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| 144 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 120 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |



# Annex 3



| Price category | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | M12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38000 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 7200 | 86,400 |
| 24000 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 57,600 |
| 5000 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 21,600 |
| 6000 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 14,400 |
| 4800 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 11,520 |
| 4200 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 10,080 |
| 3600 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 1440 | 17,280 |
| 3000 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 14,400 |
| 2400 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 11,520 |
| 2160 | 864 | 864 | 864 | 864 | 864 | 864 | 864 | 864 | 864 | 864 | 864 | 864 | 10,368 |
| 1800 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 8,640 |
| 1550 | 624 | 624 | 624 | 624 | 624 | 624 | 624 | 624 | 624 | 624 | 624 | 624 | 7,488 |
| 1440 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 6,912 |
| 1200 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 5,760 |
| 960 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 6,912 |
| 900 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 6,480 |
| 840 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 504 | 6,048 |
| 720 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 432 | 5,184 |
| 600 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 4,320 |
| 540 | 324 | 324 | 324 | 324 | 324 | 324 | 324 | 324 | 324 | 324 | 324 | 324 | 3,888 |
| 480 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 960 | 11,520 |
| 420 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 10,080 |
| 360 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 8,640 |
| 300 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| 240 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 8,640 |
| 180 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 540 | 6,480 |
| 144 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 6,912 |
| 120 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 5,760 |
| | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31836 | 31835 | 31836 | 31836 | 31836 | 31836 | |



# EXHIBIT 13

**C-053**

**IRAQ TELECOM LIMITED**
Office 11, Level 3, Gate Village 10, PO Box 506672, DIFC, Dubai, UAE
--------------------------------------------------------------------------------------------------------

**Call Exercise Notice**

Korek International (Management) Limited
Close Brothers (Cayman) Limited
Box 1034
4th Floor Harbour Place
103 South Church Street
George Town
Grand Cayman KY1-1102
Cayman Islands

5 November 2014

Dear Sir/Madam,

We refer to the Shareholders' Agreement, dated 10 March 2011, between (i) International Holdings Limited; (ii) Korek Telecom Company LLC; (iii) Mr. Sirwan Saber Mustafa; (iv) Korek International (Management) Ltd.; and (v) Iraq Telecom Limited, pursuant to which the Call Option was granted to us (the "**IH Shareholders' Agreement**"). Capitalised terms used in this notice but not otherwise defined herein shall have the meanings given to them in the IH Shareholders' Agreement.

This notice is a Call Option Notice for the purposes of Clause 23.4 of the IH Shareholders' Agreement.

We hereby give you notice of our exercise of the Call Option, which entitles us to acquire, and requires you to sell 83,523 Call Option Shares (i.e. 7% of the total issued share capital of International Holdings on a fully diluted basis) (subject to verification upon inspection of the register of Shares), at the Call Option Sale Price of US$ 89,750,000 (US Dollar Eighty Nine Million and Seven Hundred Fifty Thousand Only), on the terms set out in the IH Shareholders' Agreement.

Yours faithfully

_____
for and on behalf of
Iraq Telecom Limited

cc:     Camille Abousleiman, Dewey & LeBoeuf LLP, 1 Minster Court, Mincing Lane, London, EC3R 7YL, United Kingdom

        Nawzad Junde, English Village, Villa 203, Erbil, Kurdistan, Republic of Iraq

KE 94028317.2

# EXHIBIT 14

**Call Exercise Notice**

Iraq Telecom Limited
Office 11, Level 3
Gate Village Building 10
Gate Village
DIFC
PO Box 506672
Dubai

Iraq Telecom Limited
Suite 904, Level 9 Park Place
Sheikh Zayed Road
PO Box 506672
Dubai
UAE

3 November 2014

Dear Sir/Madam,

We refer to the Shareholders' Agreement relating to Iraq Telecom Limited, dated 10 March 2011, between (i) Iraq Telecom Limited; (ii) Atlas Services Netherlands B.V.; and (iii) Alcazar Capital Partners (the "**IT Shareholders' Agreement**"). Capitalised terms used in this notice but not otherwise defined herein shall have the meanings given to them in the IT Shareholders' Agreement.

This notice is an ACP First Call Option Notice for the purposes of Clause 16.6 of the IT Shareholders' Agreement.

We hereby give you notice requiring you to exercise the Korek Call Option in accordance with the terms of the Korek Shareholders' Agreement. The preferred form of notice to be used by you for such purpose is attached hereto as Appendix A.

Yours faithfully



_____
for and on behalf of
Alcazar Capital Partners

cc:     Atlas Services Netherlands B.V.
        1043 BW Amsterdam, Naritaweg 165, The Netherlands

        France Telecom Legal Department M&A and International
        6 Place d'Alleray, 75015 Paris, France

KE 94028317.2

# APPENDIX A

## Form of notice

[To be printed on IT Ltd's letterhead]

## Call Exercise Notice

Korek International (Management) Limited
Close Brothers (Cayman) Limited
Box 1034
4th Floor Harbour Place
103 South Church Street
George Town
Grand Cayman KY1-1102
Cayman Islands

_____ 2014

Dear Sir/Madam,

We refer to the Shareholders' Agreement, dated 10 March 2011, between (i) International Holdings Limited; (ii) Korek Telecom Company LLC; (iii) Mr. Sirwan Saber Mustafa; (iv) Korek International (Management) Ltd.; and (v) Iraq Telecom Limited, pursuant to which the Call Option was granted to us (the "**IH Shareholders' Agreement**"). Capitalised terms used in this notice but not otherwise defined herein shall have the meanings given to them in the IH Shareholders' Agreement.

This notice is a Call Option Notice for the purposes of Clause 23.4 of the IH Shareholders' Agreement.

We hereby give you notice of our exercise of the Call Option, which entitles us to acquire, and requires you to sell 83,523 Call Option Shares (i.e. 7% of the total issued share capital of International Holdings on a fully diluted basis) (subject to verification upon inspection of the register of Shares), at the Call Option Sale Price of _____, on the terms set out in the IH Shareholders' Agreement.

KE 94028317.2

**C-052**

Yours faithfully

_____
for and on behalf of
Iraq Telecom Limited

cc:    Camille Abousleiman, Dewey & LeBoeuf LLP, 1 Minster Court, Mincing Lane, London, EC3R 7YL, United Kingdom

        Nawzad Junde, English Village, Villa 203, Erbil, Kurdistan, Republic of Iraq

# EXHIBIT 15

**C-054**

---

**From:**   Louis AbouCharaf [Louis.AbouCharaf@korektel.com]
**Sent:**   Sunday, November 09, 2014 9:32 PM
**To:**   Deepak Jain
**Cc:**   Sirwan Mustafa; Dr. Hameed Akrawi; Nawzad Junde; Raymond Rahmeh (ray.rahmeh@zr-group.net); RENNARD Marc AMEA; Ehab Aziz; MONZANI Michel AMEA; FROISSART Olivier FG/DFA (olivier.froissart@orange.com); HAMDANI Anis AMEA (anis.hamdani@orange.com); Ghada Gebara
**Subject:** Re: 3G CMC Meeting in Baghdad


Dear Deepak,

Thank you for your last four emails, which would have been received by the KSC/IH Board Members (all copied).

Please note, however, that the last time I was able to touch base with the Chairman was before 8 PM Erbil time, when he advised me (and, accordingly, asked me to advise the IT Representatives of the KSC/IH Board) as follows:

- As no answer has been received by 8 PM Erbil time (i.e., more than 6 hours after the deadline set by the Chairman), the Chairman considered that (i) IT Representatives of the KSC/IH Board did not grant their consent to the signature of the 3G Spectrum Annex, and, accodingly (ii) they will be held fully responsible for all the consequences (including the financial ones) as stated in an earlier email.

- Based on the above, faced with this obstruction, Korek will neither attend tomorrow's meeting in Baghdad nor will it sign the 3G Spectrum Annex.

Best,

Louis.


On Nov 9, 2014, at 6:39 PM, Deepak Jain <DJain@agility.com> wrote:

> Louis,
>
> On behalf of Iraq Telecom, in its capacity as a shareholder of IH, we are sending this letter to the Board of IH and the members of the KSC.
> IT's position was set out clearly in our letter of 5 November. It is not correct to state that the 3G Annex has been agreed in principle - you require our consent to enter into the 3G Annex in accordance with clauses 11.3 and 11.4(l) of the IH SHA. There are no shareholders resolutions in place that would allow Korek's Chairman or CEO to sign the 3G Annex.
>
> From IT's perspective, it is worth taking a step back and bearing in mind the background.
> The CMC issued a decision on 2 July 2014 which ruled that the partnership was null and void and that the shareholding structure should be re-instated as it was on 13 March 2011 and this decision was affirmed on 18 August (the "**CMC Decision**"). Despite the issuance of a Parliamentary Order suspending the CMC Decision, the CMC has not reacted to this. However, the CMC has recently sent a letter to Korek in which it reaffirmed  its position that Orange/Agility did not have any standing and that the CMC does not recognize them as shareholders of Korek and refused to extend the courtesy of a simple meeting.  Furthermore, the CMC threatened to revoke the License at a

meeting with the CEO of Korek as recently as 16 October 2014.  It is in this context that IT needs to consider whether to provide its consent to the signature of the 3G Annex.  As you will appreciate this is a very difficult position to be put in.

However, in these difficult circumstances we are prepared to consent to the signing of the 3G Annex if all of the following conditions are fulfilled:

(1) Following signing of the 3G Annex, Korek will use its best endeavours to seek amendments to the terms of the 3G Annex (as set out in the reservation letter that was sent to you on 5 November - a copy of which is attached) by exhausting all legal and political avenues.

(2) Korek should communicate to the CMC in writing (in the form of the attached letter) that it is signing the 3G Annex under duress. In addition, the Korek signatory will seek to state  clearly on the 3G Annex itself at the time of signature that the 3G Annex is being signed under duress.

(3) CS Ltd will need to confirm in writing, by 10pm Erbil time today (9 November 2014), that it will not object to the completion of the call option, pursuant to IT's call option notice of 5 November 2014, and the requisite share transfer, on any ground (irrespective of any 3G Annex that may be signed in the future and irrespective of the CMC's position). Furthermore, Korek will need to send, by 7 am Erbil time tomorrow (10 November 2014), a letter (in the form attached) to the CMC informing it that IT has exercised the call option in accordance with the existing terms of the License, which does not require the CMC's consent.

For the avoidance of doubt, neither this consent, nor any actions on IT's part, constitutes any waiver under the terms of the IH Shareholders Agreement, the terms of which will continue to apply in full force and effect.

We should be grateful if you would please forward this correspondence to the IH Board and KSC members.

We will require a response to our proposal by no later than 10 pm Erbil Time today( 9 November 2014)

Regards,

Deepak Jain

**From:** Louis AbouCharaf [mailto:Louis.AbouCharaf@korektel.com]
**Sent:** Sunday, November 09, 2014 4:18 AM
**To:** Sirwan Mustafa; Dr. Hameed Akrawi; Nawzad Junde; Raymond Rahmeh (ray.rahmeh@zr-group.net); RENNARD Marc AMEA; Ehab Aziz; Deepak Jain
**Cc:** 'MONZANI Michel AMEA'; FROISSART Olivier FG/DFA (olivier.froissart@orange.com); HAMDANI Anis AMEA (anis.hamdani@orange.com); Ghada Gebara
**Subject:** RE: 3G CMC Meeting in Baghdad

Dear Members of the IH Board,

Further to the below correspondence, I was asked by the Chairman to forward you the below email:

*Dear IT Representatives Members of the IH Board,*

*Further to my email below, I note that you still have not provided us with a realistic alternative achievable within the timeframe set by the CMC (forcing the competitors (i.e., a third party) to agree with us on not signing the annex is unrealistic and unachievable). As time is running out, there is no room for manoeuvring anymore: the CMC made it very clear that we only have two options, signing and going 3G, or not signing and being definitively deprived from our right to launch 3G services in the future.*

*Faced with the current situation, the IH Board having already approved the principle along with the investment, management having already paid the first instalment of the 3G license fee (U.S.\$77 Million), as well as U.S.\$300 Million in capex and the company having invested considerable time and efforts to be treated like its two competitors (despite the outstanding numerous disputes with the CMC), I believe that Korek has no other option than attending the meeting on Monday, signing the annex and providing 3G services, as strongly recommended by the CEO.*

*In addition, and as the Council of Ministers gave Korek the opportunity to be granted 3G spectrum along with the two other operators, any decision depriving the company from this right and, accordingly, limiting its growth and expansion, cannot be taken by a minority of the shareholders as it would definitely lead to its collapse in the near future, which is not and cannot be acceptable.*

*That being said, and should you still insist on not going 3G, which is contrary to the best interest of the company, please be aware that we will hold you fully responsible for all the consequences of such obstruction, including, without limitation, the reimbursement of U.S.$300 Million disbursed by the company in terms of capex, the U.S.$77 Million spent as first instalment of the 3G license fee, as well as the loss of profits, loss of business and the potential collapse of the company.*

*Please provide me with your final position no later than 2 PM Erbil time on Sunday, bearing in mind that your insistence on not going 3G will clearly mean that you accept being held responsible as stated above and that you will bear all the consequences of such position (including, without limitation, the financial consequences).*

*Best regards,*

*Sirwan.*

Best,

Louis.

**From:** Louis AbouCharaf
**Sent:** Thursday, November 06, 2014 9:28 PM
**To:** Sirwan Mustafa; Dr. Hameed Akrawi; Nawzad Junde; Raymond Rahmeh (ray.rahmeh@zr-group.net); RENNARD Marc AMEA; 'Ehab Aziz (EAziz@agility.com)'; 'Deepak Jain (DJain@agility.com)'
**Cc:** 'MONZANI Michel AMEA'; FROISSART Olivier FG/DFA (olivier.froissart@orange.com); HAMDANI Anis AMEA (anis.hamdani@orange.com); Ghada Gebara
**Subject:** RE: 3G CMC Meeting in Baghdad
**Importance:** High

Dear Members of the IH Board,

In light of the outcome of today's CMC meeting in Baghdad (as outlined by Korek's Management earlier today), I was asked by the Chairman to forward you the below email:

*Dear Members of the IH Board,*

*Faced with the current situation, the IH Board having already approved the investment, management having already (i) paid the first instalment of the 3G license fee (i.e., U.S.$77 Million), (ii) paid approximately U.S.$300 Million in capex and (iii) tried to negotiate very hard (and continuing to do so until the last minute) the current terms of the proposed 3G spectrum annex but without success, and the company having invested considerable time and efforts to be treated like its two competitors and, accordingly, to be in a position to get 3G spectrum (despite the outstanding disputes with the CMC (e.g., license fee), the tax authorities, the Iraqi Stock Exchange, the MoT and the ITPC), we believe that Korek has no other option than to attend the meeting on Monday and sign the annex.*

*If you have any other suggestion that is realistic, achievable within the timeframe before Monday morning and in the best interest of the company, please let us know; otherwise, relying on the existing authorities, we will proceed with the signature process. As IH Board Members, your duty is to act in the best interest of the company, not of the shareholders.*

*Best regards,*

*Sirwan.*

Best,

Louis.

**From:** Louis AbouCharaf
**Sent:** Thursday, November 06, 2014 1:04 PM

11/9/2014

**3**

**C-054**

**To:** Sirwan Mustafa; Dr. Hameed Akrawi; Nawzad Junde; Raymond Rahmeh (ray.rahmeh@zr-group.net); RENNARD Marc AMEA; 'Ehab Aziz (EAziz@agility.com)'; 'Deepak Jain (DJain@agility.com)'
**Cc:** 'MONZANI Michel AMEA'; FROISSART Olivier FG/DFA (olivier.froissart@orange.com); HAMDANI Anis AMEA (anis.hamdani@orange.com); Ghada Gebara
**Subject:** RE: 3G CMC Meeting in Baghdad

Dear Members of the Korek Supervisory Committee (**KSC**),

Further to the below email, Management would like to advise you as follows:

- <!--[if !supportLists]-->    <!--[endif]-->Korek had received the attached email late last night, pursuant to which the CMC informed Korek that the purpose of today's meeting would not be to discuss the terms of the 3G Spectrum Annex but rather the proposed signature process on Monday the 10th of November.
- <!--[if !supportLists]-->    <!--[endif]-->Despite this email, Korek's CEO attended the meeting in Baghdad with the Head of the CMC earlier today.
- <!--[if !supportLists]-->    <!--[endif]-->During the meeting, Korek's CEO stressed on the need to amend the 3G Spectrum Annex, especially the provisions relating to share ownership/transfer, governing law (CPA Order 65) and jurisdiction.
- <!--[if !supportLists]-->    <!--[endif]-->Despite Korek's CEO insistence on amending the terms of the 3G Spectrum Annex, the Head of the CMC advised her that (i) the current version of the 3G Spectrum Annex (as sent to the KSC on the 27th of October) was non-negotiable (a revised version including the correction of typos would be circulated in the coming days), (ii) the signature process would take place on Monday the 10th of November at the Al Rasheed Hotel in Baghdad in presence of many officials, including the Iraqi Prime Minister and the Minister of Telecommunications and (iii) should any of the three mobile operators not take part in the signature process on Monday, it will definitively be prohibited from launching 3G services and the 3G spectrum would be granted to another licensee.

Best,
Louis.

**From:** Louis AbouCharaf
**Sent:** Wednesday, November 05, 2014 11:01 AM
**To:** Sirwan Mustafa; Dr. Hameed Akrawi; Nawzad Junde; Raymond Rahmeh (ray.rahmeh@zr-group.net); RENNARD Marc AMEA; 'Ehab Aziz (EAziz@agility.com)'; 'Deepak Jain (DJain@agility.com)'
**Cc:** 'MONZANI Michel AMEA'; FROISSART Olivier FG/DFA (olivier.froissart@orange.com); HAMDANI Anis AMEA (anis.hamdani@orange.com); Ghada Gebara
**Subject:** 3G CMC Meeting in Baghdad

Dear Members of the Korek Supervisory Committee (**KSC**),

Please be advised that, in light of the recent KSC written resolutions, Korek's CEO succeeded at setting a meeting with the CMC tomorrow (Thursday 6 November) in Baghdad in order to try to further negotiate the proposed 3G Spectrum Annex, especially the provisions relating to share ownership/transfer, governing law (CPA Order 65)/jurisdiction. Management will keep you updated as to the outcome of tomorrow's meeting in a timely manner.

Best,
Louis.

_____
Take a green step today. Think before you print.

*********************************NOTICE*********************************

All business handled is subject to any compulsory country legislation where applicable or unless specifically agreed will be based by default on our General Trading Conditions, a copy of which will be made available upon request.

This transmittal and/or attachments have been issued by Agility. The information contained here within may be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is

**4**

**C-054**

strictly prohibited. If you have received this transmittal and/or attachments in error, please notify us immediately by reply and immediately delete this message and all its attachments.

<Letter Korek to CMC re Option.docx>

<141109_Letter_Korek_to_CMC-Option_ARABIC.DOCX>

<141109_Letter_Korek_to_CMC_Signing_ARABIC.DOCX>

<141109_Letter_Korek_to_CMC_Signing_ENGLISH.DOCX>

<Reservation Letter.pdf>

11/9/2014