IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | MISC. ACTION |
| | : | |
| EX PARTE APPLICATION OF | : | |
| IRAQ TELECOM LIMITED FOR AN | : | |
| ORDER TO OBTAIN DISCOVERY FOR | : | |
| USE IN FOREIGN PROCEEDINGS | : | NO. 19-mc-00175-RBS |
| PURSUANT TO 28 U.S.C. § 1782 | : | |

ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Kristin N. Tahler</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                           J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Misc. Action No# 19-mc-00175-RBS

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Kristin N. Tahler__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| California | 12/09/2008 | 261908 |
| New York | 05/30/2003 | 618176 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Iraq Telecom Limited

(Applicant's Signature)

11/7/2019
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Quinn Emanuel Urquhart & Sullivan, LLP

865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017

(213) 443-3615

Sworn and subscribed before me this

7 Day of November 2019

Notary Public



CELIA ZETINA
Notary Public - California
Los Angeles County
Commission # 2279763
My Comm. Expires Apr 3, 2023

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Kristin N. Tahler____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| James Sandnes | [signature] | 06/27/2019 | 41721 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Skarzynski Marick & Black LLP

One Battery Plaza, New York, New York, 10004

(212) 820-7700

Sworn and subscribed before me this

8th Day of November, 2019

[signature] Michelle A. Sixto
Notary Public

MICHELLE A. SIXTO
NOTARY PUBLIC, State of New York
No. 01SI5061417
Qualified in Kings County
Commission Expires June 10, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: EX PARTE APPLICATION OF IRAQ TELECOM<br><br>v. | CIVIL ACTION<br><br><br>NO.  2:19-mc-00175-RBS |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of_____Kristin N. Tahler_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

This application has not been served upon additional counsel at this time because the matter is an

ex-parte proceeding pursant to 28 U.S.C. § 1782.

_____
Signature of Attorney
James Sandnes
Name of Attorney

James Sandnes
Name of Moving Party

11/08/2019
Date