# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>EX PARTE APPLICATION OF IRAQ TELECOM LIMITED FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 19-mc-00175-RBS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Kristin N. Tahler, of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, admitted to practice in the state of California and New York, and authorized to practice before the United States District Court of the Eastern District of Pennsylvania pursuant to Local Rule of Civil Procedure 83.5.2(b), hereby appears in this matter as counsel on behalf of Iraq Telecom Limited.

Dated: December 2, 2019

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Kristin N. Tahler*

Kristin N. Tahler
  kristintahler@quinnemanuel.com

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000

*Counsel for Iraq Telecom Limited*