IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE EX PARTE APPLICATION OF :
IRAQ TELECOM LIMITED FOR AN : MISCELLANEOUS ACTION
ORDER TO OBTAIN DISCOVERY FOR :
USE IN FOREIGN PROCEEDINGS : NO. 19-175
PURSUANT TO 28 U.S.C. § 1782 :

FILED
DEC - 5 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

**AND NOW**, this 5th day of December, 2019, upon consideration of Iraq Telecom Limited's *Ex Parte* Application Pursuant to 28 U.S.C. § 1782 for an Order to Take Discovery from Dechert LLP for Use in Foreign Proceedings ("Application," ECF No. 1), it is **ORDERED** that the Application is **GRANTED**;

**IT IS FURTHER ORDERED** that Iraq Telecom Limited is authorized to serve on Dechert LLP subpoenas that are the same or substantially the same as the draft subpoenas appended as Exhibits 2 and 3 to the Declaration of Kristin N. Tahler, which was filed with the Court on November 5, 2019 (ECF No. 1-8);

**IT IS FURTHER ORDERED** that along with the subpoenas, Iraq Telecom Limited shall serve on Dechert LLP: (1) all documents filed publicly in connection with the Application (ECF No. 1); (2) all documents filed in connection with the Motion to Seal (ECF No. 5); (3) this Order; and (4) the order regarding Iraq Telecom Limited's Motion to Seal;

**IT IS FURTHER ORDERED** that Dechert LLP shall have 14 days from the date on which the subpoenas are served to move to quash or modify the subpoenas or otherwise seek relief from the Court in accordance with Rule 45;

**IT IS FURTHER ORDERED** that Iraq Telecom Limited may change the date and time of compliance currently listed on the subpoenas in order to afford Dechert LLP sufficient time to respond to the subpoenas, consistent with this Order.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.

*Emailed to Counsel of Record. 12/5/19*