IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| EX PARTE APPLICATION OF IRAQ TELECOM LIMITED FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | MISCELLANEOUS ACTION<br><br>NO. 19-175 |

## ORDER

AND NOW, this 18th day of December 20 19, upon consideration of the *ex parte* Motion to Seal of Iraq Telecom Limited ("**Iraq Telecom**") (ECF. No. 5), which this Court granted by its December 5, 2019 Order ("**December 5 Order**"), it is **FURTHER ORDERED** that the *Ex Parte* Application of Iraq Telecom for an Order to Obtain Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 and all papers submitted in support thereof (ECF No. 1) shall be made publically available on the Court's Pacer system, excluding Exhibits 2 and 3 to Appendix A (ECF No. 1-3), which have been filed under seal pursuant to the December 5 Order.

IT IS SO ORDERED.

BY THE COURT:

R. BARCLAY SURRICK, J.

*Emailed to Counsel of Record. 12/18/19*