IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| EX PARTE APPLICATION | : | No.: 19-mc-00175-RBS |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby ORDERED that the application of __Katy Akopjan_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 19-mc-00175-RBS

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

**I. APPLICANT'S STATEMENT**

I, **Katy Akopjan**, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number **530173**, for the $40.00 admission fee.

**A.** I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New Jersey | 2015 | 178262015 |
| New York | 2016 | 5420047 |
|  |  |  |

**B.** I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Southern District of New York | 10/29/2019 | 5420047 |
| District of Colorado | 02/18/2021 | N/A |
|  |  |  |

**C.** I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____
(Applicant's Signature)

04/29/2021
(Date)

Name of Applicant's Firm: Quinn Emanuel Urquhart & Sullivan LLP
Address: 51 Madison Avenue, 22nd Floor, New York, New York 10010
Telephone Number: 212-849-7598
Email Address: katyakopjan@quinnemanuel.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/29/2021
(Date)

(Applicant's Signature)

04/20

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Katy Akopjan to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

James Sandnes  
(Sponsor's Name)

(Sponsor's Signature)

06/27/2019  
(Admission date)

41721  
(Attorney Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Skarzynski Marick & Black LLP

One Battery Park Plaza, 32nd Floor, New York, New York 10004

212-820-7760

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11 May 2021  
(Date)

(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| EX PARTE APPLICATION ( | : | No.: 19-mc-00175-RBS |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Katy Akopjan__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Electronically filed and may be viewed and downloaded from the ECF System on all parties of record.

_____
(Signature of Attorney)
**James Sandnes**
(Name of Attorney)
**James Sandnes**
(Name of Moving Party)

_____
(Date)