IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| EX PARTE APPLICATION OF IRAQ : | MISCELLANEOUS ACTION |
| TELECOM LIMITED FOR AN ORDER : | |
| TO OBTAIN DISCOVERY FOR USE IN : | NO. 19-175 |
| FOREIGN PROCEEDINGS PURSUANT : | |
| TO 28 U.S.C. § 1782 : | |

## O R D E R

**AND NOW**, this 5th day of November 2021, upon consideration of Iraq Telecom Limited's Motion to Compel Production of Documents Claimed to be Privileged (ECF No. 20), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. The Motion is **GRANTED** with respect to all documents contained in the privilege log except for Log No. 110, Log No. 227, and Log No. 284. Within three (3) days of the date of this Order, Dechert must produce all documents on the privilege log to Iraq Telecom, except for the documents located at Log Nos. 110, 227, and 284.

2. Within three (3) days of the date of this Order, Dechert must provide to the Court *in camera*, the documents located at Log Nos. 110, 227, and 284 of the privilege log. Once the court reviews these documents, it will determine whether they are privileged or must also be disclosed to Iraq Telecom.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**