IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>EX PARTE APPLICATION OF IRAQ TELECOM LIMITED FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | MISCELLANEOUS ACTION<br><br>Case No. 19-175<br><br>**ORAL ARGUMENT REQUESTED** |

**IRAQ TELECOM LIMITED'S MOTION FOR AN AWARD OF FEES AND COSTS AND FOR RECONSIDERATION OF THE COURT'S NOVEMBER 12, 2021 ORDER**

Pursuant to Federal Rule of Civil Procedure 37(a)(5), Applicant Iraq Telecom Limited ("**Iraq Telecom**"), by and through undersigned counsel, respectfully moves for an award of fees and costs related to its motion to compel (ECF 20).

In addition, pursuant to Local Rule 7.1(g), Iraq Telecom, by and through undersigned counsel, respectfully moves for reconsideration of the Order dated November 12, 2021 (ECF 56).

In support of this motion, in addition to the accompanying Memorandum of Law, Iraq Telecom submits the appended sworn declaration of Kristin N. Tahler with accompanying exhibits.

\* \* \*

| | |
|---|---|
| Dated: November 26, 2021 | By: */s/ Kristin N. Tahler* |

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Kristin N. Tahler (*admitted pro hac vice*)
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000
*kristintahler@quinnemanuel.com*

Lauren H. Dickie (*admitted pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
*laurendickie@quinnemanuel.com*

Katy Akopjan (*admitted pro hac vice*)
51 Madison Avenue, 22 nd Floor
New York, NY 10010
*katyakopjan@quinnemanuel.com*

-and –

SKARZYNSKI MARICK & BLACK, LLP

James Sandnes
PA Bar Number: 41721
One Battery Park Plaza
New York, New York, 10004
(212) 820-7700
*jsandnes@skarzynski.com*

*Counsel for Applicant, Iraq Telecom Limited*