IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| EX PARTE APPLICATION OF IRAQ : | MISCELLANEOUS ACTION |
| TELECOM LIMITED FOR AN ORDER : | |
| TO OBTAIN DISCOVERY FOR USE IN : | NO. 19-175 |
| FOREIGN PROCEEDINGS PURSUANT : | |
| TO 28 U.S.C. § 1782 : | |

**O R D E R**

**AND NOW**, this 16th day of February 2022, upon consideration of Iraq Telecom Limited's Letter Dated January 28, 2022 (ECF No. 63), and all documents submitted in support thereof and in opposition thereto, and after a telephone conference with counsel, it is **ORDERED** as follows:

Within five (5) days of the date of this Order, Dechert must provide the Court *in camera* all emails exchanged between Dechert's attorneys or agents and third party Sandy Achkouty between December 2019 and February 2020. After the Court reviews these documents, it will determine whether they are privileged or whether they must be disclosed to Iraq Telecom.[1]

**IT IS SO ORDERED.**

BY THE COURT:

**/s/ *R. Barclay Surrick*
R. BARCLAY SURRICK, J.**

---

[1] Per Dechert's statements during the telephone conference on February 16, 2022, Dechert does not oppose *in camera* inspection of the emails.