IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| EX PARTE APPLICATION OF IRAQ : | MISCELLANEOUS ACTION |
| TELECOM LIMITED FOR AN ORDER : | |
| TO OBTAIN DISCOVERY FOR USE IN : | NO. 19-175 |
| FOREIGN PROCEEDINGS PURSUANT : | |
| TO 28 U.S.C. § 1782 : | |

**O R D E R**

**AND NOW**, this 8th day of March 2023, upon consideration of Korek International (Management) Limited, Korek Telecom Company LLC, and Mr. Sirwan Saber Mustafa's (collectively, "Movants") Motion to Intervene (ECF No. 82) and Application Pursuant to 28 U.S.C. § 1782 For an Order to Take Discovery from Dechert LLP for Use in Foreign Proceedings and Motion for Expedited Discovery (ECF No. 83), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that as follows:

1. The Motion to Intervene is **GRANTED**; and

2. The Application Pursuant to 28 U.S.C. § 1782 is **GRANTED**; and

3. Dechert LLP is **ORDERED** to produce the requested discovery to Movants within 10 days of the date of this Order.

**IT IS SO ORDERED.**

BY THE COURT:

___/s/ R. Barclay Surrick___
**R. BARCLAY SURRICK, J.**