**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: EX PARTE APPLICATION OF IRAQ TELECOM LIMITED FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782** | **MISCELLANEOUS ACTION**<br><br>**NO. 19-mc-175** |

# ORDER

**AND NOW**, this 9th day of October, 2026, upon consideration of Applicant Iraq Telecom Limited's ("Iraq Telecom") Motion for Costs (ECF Nos. 59 & 62), and response thereto (ECF 60), **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**:

1. The Motion is **GRANTED** to the extent that Iraq Telecom seeks recovery of reasonable attorneys' fees and costs incurred in connection with the preparation of the privilege log. Pierre Gergi Boutros Youssef and Mansour Farid Succar shall pay to Iraq Telecom $21,000 in costs associated with the preparation of the privilege log and shall pay to Iraq Telecom Iraq Telecom's reasonable attorneys' fees incurred in connection with the preparation of its November 24, 2020 Motion to Compel (ECF No. 20) and January 12, 2021 reply in support of the same (ECF No. 27);

2. Within thirty (30) days of the entry of this Order, Iraq Telecom shall submit a supplemental briefing regarding the amount of reasonable attorneys' fees it seeks. The supplemental filing shall include, at a minimum, an itemization of the fees sought, including the identity and billing rate of each attorney or other timekeeper, the date and amount of time billed, and a description of the work performed, together with such additional documentation as Iraq

Telecom contends is necessary to permit the Court to determine the reasonableness of the fees requested. Youssef and Succar shall have fourteen (14) days from Iraq Telecom's submission of its supplemental filing to respond or object to the amount of attorneys' fees sought to be recovered;

3. The Motion is **DENIED AS MOOT** to the extent it seeks reconsideration of the Court's November 5, 2021 ruling on Iraq Telecom's Motion to Compel (ECF Nos. 50, 51).

**BY THE COURT:**

S/ WENDY BEETLESTONE

**WENDY BEETLESTONE, C.J.**